# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Klamath Forest Alliance, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-03424-DMC |
| Jones et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date:   11/26/2025

/s/ Erika Danielle Norman
*Attorney's signature*

Erika Danielle Norman (CA 268425)
*Printed name and bar number*
U.S. Department of Justice
Environment and Natural Resources Division
150 M Street, NE
Washington, D.C. 20002
*Address*

erika.norman@usdoj.gov
*E-mail address*

(202) 532-3143
*Telephone number*

(202) 305-0506
*FAX number*