1  Meriel L. Darzen (OR Bar No. 113645)
   (503) 525-2725 | meriel@crag.org
2  Oliver J. H. Stiefel (OR Bar No. 135436)
   (503) 227-2212 | oliver@crag.org
3  Kelsey Y. Dunn (OR Bar No. 244709)
   (503) 234-0788 | kelsey@crag.org
4  CRAG LAW CENTER
   3141 E. Burnside St.
5  Portland, OR 97214
   LEAD COUNSEL
6  *Applicants Pro Hac Vice*

7  Thomas E. Wheeler (CA Bar No. 304191)
   (707) 446-9027 | tom@wildcalifornia.org
8  ENVIRONMENTAL PROTECTION INFORMATION CENTER
   145 G. Street, Suite A
9  Arcata, CA 95521
   LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **Safe Alternatives for our Forest Environment**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**TARA JONES**, in her official capacity as District Ranger of the Weaverville Ranger District, **RACHEL BIRKEY**, in her official capacity as Forest Supervisor of the Shasta-Trinity National Forest, **JACQUELINE BUCHANAN**, in her official capacity as Acting Regional Forester of the Pacific Southwest Region, **TOM SCHULTZ**, in his official capacity as Chief of the U.S. Forest Service, and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | No. 2:25-cv-03424-DMC<br><br>**DECLARATION OF OLIVER J. H. STIEFEL** |

I, Oliver J. H. Stiefel, declare as follows,

1. I am over the age of eighteen, have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of the Plaintiffs' Motion for Temporary Restraining Order.

2. I am counsel of record to Plaintiffs in this matter.

3. I submit this declaration pursuant to Local Rule 231(c)(5) to detail Plaintiffs efforts to effect notice to the affected parties.

4. On November 4, 2025, I was carbon-copied on an email from a representative of my client Conservation Congress, Denise Boggs, to District Ranger Tara Jones (a defendant in the instant matter) requesting information about the North Trinity Project, including the Rainier and Long Canyon timber sales. My understanding is that no notice regarding implementation of the Project had been provided to the public.

5. Although, to the best of my knowledge, the Rainier and Long Canyon timber sales were advertised and bids accepted during the government shutdown, District Ranger Jones did not respond to Ms. Boggs' email until after the shutdown ended, on November 13, 2025. I was cc'd on the email. Ms. Jones confirmed that the Rainier and Long Canyon timber sales were part of the Project, and that the Shasta-Trinity National Forest had requested and received approval from Tom Shultz, Chief of the U.S. Forest Service to conduct these activities pursuant to emergency authority under 7 C.F.R. § 1b.9(w).

6. On November 14, Ms. Boggs sent District Ranger Jones several follow-up emails (to which I was cc'd) asking for documents and additional information, including the emergency authorization request and approval.

7. On November 19, 2025, Ms. Boggs followed up with another email to District Ranger Jones (to which I was cc'd) again requesting the emergency authorization request and approval

8. After several days with no response, on November 20, I personally sent an email to Ritu Ahuja of the U.S. Department of Agriculture Office of General Counsel. From previous cases, I know that Ms. Ahuja provides legal representation for the Shasta-Trinity National Forest.

In the email, I requested, *inter alia*, the emergency authorization request and approval.

9. On November 21, 2025, Ms. Ahuja responded by email providing documents related to emergency Endangered Species Act consultation, but stated that the emergency authorization request and approval was not available because a revised version was awaiting a new signature from Chief Shultz.

10. On November 21, 2025, I sent Ms. Ahuja a copy of a Notice of Intent to Sue under the Endangered Species Act. The original was mailed on November 24, 2025. A copy is attached hereto as Exhibit 1.

11. On November 25, 2025, I received an email from Ms. Ahuja providing the emergency authorization request and approval document.

12. That same say, I responded to Ms. Ahuja (1) acknowledging receipt of the document; (2) advising that, based on the document, Plaintiffs moved forward with the filing of a complaint; and (3) beginning a conferral over a possible temporary restraining order, including by suggesting possible ways to avoid a TRO.

13. On November 26, 2025, I received an email from Erika Norman informing me that she would be handling the case on behalf of DOJ, and requesting a phone conferral on Friday, November 28, 2025 once she had received more information from the Forest Service.

14. That same day, my colleague Ms. Darzen responded to Ms. Norman by email (to which I was cc'd) confirming availability for a Friday conferral.

15. Following those emails, Ms. Darzen took the lead on conferring with Ms. Norman.

16. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Executed on December 1, 2025 in Portland, OR.

_____
Oliver J. H. Stiefel

STIEFEL DECL. - 2

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*