Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Applicants Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **SAFE ALTERNATIVES FOR OUR FOREST ENVIRONMENT**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**TARA JONES**, in her official capacity as District Ranger of the Weaverville Ranger District, **RACHEL BIRKEY**, in her official capacity as Forest Supervisor of the Shasta-Trinity National Forest, **JACQUELINE BUCHANAN**, in her official capacity as Acting Regional Forester of the Pacific Southwest Region, **TOM SCHULTZ**, in his official capacity as Chief of the U.S. Forest Service, and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | No. 2:25–cv–03424–DMC<br><br>**DECLARATION OF KELSEY Y. DUNN** |

1  I, KELSEY Y. DUNN, state and declare as follows:

2      1.    I am over the age of 21 and have personal knowledge of the matters set forth below.

4      2.    I am counsel of record to Plaintiffs Klamath Forest Alliance, Conservation Congress, Environmental Protection Information Center, and SAFE Alternatives for Our Forest Environment. I offer this declaration to attach exhibits filed in support of Plaintiffs' *Motion for Temporary Restraining Order*, filed herewith.

8      3.    **Exhibit 1** is a true and correct copy of the Biological Opinion and Conclusion of Formal and Informal Consultation for the South Forest Sacramento Safety and Forest Restoration Project, Shasta-Trinity National Forest, California (Nov. 20, 2023), Fish and Wildlife Service, U.S. Department of the Interior, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/projects/61863 (last visited Dec. 2, 2025).

13      4.    **Exhibit 2** is a true and correct copy of the Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*) (June 28, 2011), Fish and Wildlife Service, U.S. Department of the Interior, retrieved from https://www.fws.gov/media/revised-recovery-plan-northern-spotted-owl-strix-occidentalis-caurina (last visited Dec. 2, 2025).

17      5.    **Exhibit 3** is a true and correct copy of the North Trinity County Community Risk Reduction Project ("North Trinity Project") Scoping Letter (Nov. 15, 2024), retrieved from https://usfs-public.app.box.com/v/PinyonPublic/file/1704228073301 (last visited Nov. 26, 2025).

20      6.    **Exhibit 4** is a true and correct copy of the North Trinity County Community Risk Reduction Project Scoping Proposal (last updated Nov. 19, 2024), retrieved from https://usfs-public.app.box.com/v/PinyonPublic/file/1704226647741 (last visited Nov. 26, 2025).

23      7.    **Exhibit 5** is a true and correct copy of the Draft North Trinity County Community Risk Reduction Project Overview Map (Oct. 29, 2024), retrieved from https://usfs-public.app.box.com/v/PinyonPublic/file/1704208602373 (last visited Nov. 26, 2025).

26      8.    **Exhibit 6** is a true and correct copy of the scoping comment regarding the North Trinity Project submitted to the Shasta-Trinity National Forest by Conservation Congress (Dec. 31, 2024), received from Plaintiff Conservation Congress on November 18, 2025.

DUNN DECL. - 1

9. **Exhibit 7** is a true and correct copy of the scoping comment regarding Northern Spotted Owls in the North Trinity Project submitted to the Shasta-Trinity National Forest by Tonja Chi, M.S. (Dec.18, 2024), received from Tonja Chi on November 16, 2025.

10. **Exhibit 8** is a true and correct copy of the scoping comment regarding the North Trinity Project submitted to the Shasta-Trinity National Forest by Plaintiffs EPIC, KFA, and SAFE Alternatives for our Forest Environment (Dec. 18, 2024), received from Plaintiff KFA on November 18, 2025.

11. **Exhibit 9** is a true and correct copy of Executive Order 14225—Immediate Expansion of American Timber Production (Mar. 1, 2025), published at 90 FR 11365 (Mar. 6, 2025), retrieved from https://www.govinfo.gov/content/pkg/FR-2025-03-06/pdf/2025-03695.pdf (last visited Nov. 29, 2025).

12. **Exhibit 10** is a true and correct copy of Secretary's Memorandum 1078–006, Increasing Timber Production and Designating An Emergency Situation on National Forest System Lands (Apr. 3, 2025), Office of the Secretary, USDA, retrieved from https://www.usda.gov/sites/default/files/documents/sm-1078-006.pdf (last visited Nov. 29, 2025).

13. **Exhibit 11** is a true and correct copy of the Swift Complex Update for September 2, 2025, Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/newsroom/releases/swift-complex-update-september-2-2025 (last visited Dec. 2, 2025).

14. **Exhibit 12** is a true and correct copy of the Swift Complex Update for September 10, 2025, Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/newsroom/releases/swift-complex-update-september-2-2025 (last visited Dec. 2, 2025).

15. **Exhibit 13** is a true and correct copy of the Swift Complex Incident Report, CAL FIRE (last updated Sept. 15, 2025), retrieved from https://www.fire.ca.gov/incidents/2025/9/2/swift-complex (last visited Dec. 2, 2025).

16. **Exhibit 14** is a true and correct copy of a map depicting the Peak Fire Emergency Response Treatments, overlaid with occupied and historic NSO activity centers (Sept. 23, 2025), Forest Service, USDA, received from counsel for Defendants on Nov. 28, 2025.

17. **Exhibit 15** is a true and correct copy of Decision Memorandum for the Chief, Re:

DUNN DECL. - 2

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*

Shasta-Trinity National Forest, Peak Fire – North Trinity Proposed Emergency Response Approval Request (7 CFR part 1b.9(w)), *Revised* (Nov. 25, 2025), received from counsel for Defendants on November 25, 2025.

18. **Exhibit 16** is a true and correct copy of the Post Award 2400-17 for the Rainier Timber Sale (Nov. 3, 2025), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales/rainier-timber-sale (last visited Dec. 2, 2025).

19. **Exhibit 17** is a true and correct copy of Rainier Timber Sale C Provisions (undated), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales/rainier-timber-sale (last visited Dec. 2, 2025).

20. **Exhibit 18** is a true and correct copy of Rainier Timber Sale C Provisions Tables (undated), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales/rainier-timber-sale (last visited Dec. 2, 2025).

21. **Exhibit 19** is a true and correct copy of the Sale Area Map for the Rainier Timber Sale (Oct. 20, 2025), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales/rainier-timber-sale (last visited Dec. 2, 2025).

22. **Exhibit 20** is a true and correct copy of the Post Award 2400-17 for the Long Canyon Timber Sale (Nov. 7, 2025), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales (last visited Dec. 2, 2025).

23. **Exhibit 21** is a true and correct copy of Long Canyon Timber Sale C Provisions (undated), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales (last visited Nov. 23, 2025) (no longer publicly available).

24. **Exhibit 22** is a true and correct copy of Long Canyon Timber Sale C Provisions Tables (undated), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales (last visited Nov. 23, 2025) (no longer publicly available).

25. **Exhibit 23** is a true and correct copy of the Sale Area Map for the Long Canyon Timber Sale (Oct. 24, 2025), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/forest-products/timber-sales (last visited Nov. 23,

2025) (no longer publicly available).

26.     **Exhibit 24** is a true and correct copy of Chapters 4 and 5 of the Land and Resource Management Plan for Shasta-Trinity National Forest (Apr. 28, 1995), Forest Service, USDA, retrieved from https://www.fs.usda.gov/r05/shasta-trinity/planning/land-and-resource-management-plan-and-final-environmental-impact (last visited Nov. 29, 2025).

Executed this 2nd day of December 2025, in Portland, Oregon.

*/s/ Kelsey Dunn*

Kelsey Y. Dunn

DUNN DECL. - 4

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*