December 18, 2024

Shasta-Trinity National Forest
Attn: Callen Keller/North Trinity
14225 Holiday Road
Redding, CA 96003.

https://www.fs.usda.gov/project/stnf/?project=66894

Re: North Trinity County Community Risk Reduction Project

I appreciate the opportunity to provide comments on the North Trinity County Community Risk Reduction Project Scoping Proposal and hope that my expertise is helpful.

North Trinity County
Community Risk Reduction Project
Shasta-Trinity National Forest
Northern Spotted Owl
Public Comments Submitted by Tonja Chi, MS[1],
December 17, 2024

INTRODUCTION

I reviewed the North Trinity County Community Risk Reduction Project Scoping Proposal (uploaded for public access on November 19, 2024), project maps, proposed treatment plan, Northern Spotted Owl Final Critical Habitat, and California Natural Diversity Database (northern spotted owl and barred owl data. Accessed: December 14, 2024). I am a professional field researcher and have prepared public comments utilizing my expertise in wildlife biology and ecology (spotted owls, mixed conifer forest ecosystems, and post-fire forest ecology) to carefully evaluate the information shared in preliminary planning documents by Shasta-Trinity National Forest. I have extreme concern regarding the adverse impacts project activities will have on the continued occupancy of 15 northern spotted owl (NSO) Activity Centers (records indicate high occupancy and reproduction in the last 10 years) and the creation of conditions supporting barred owl expansion. Management activities will reduce and remove essential spotted owl habitat (already maximally fragmented) in this checkerboard landscape interspersed with private timber lands, where very little spotted owl habitat remains, while simultaneously encouraging establishment of barred owls in these areas.

BACKGROUND

The NSO is a Federally listed species, protected by the Endangered Species Act. It was originally listed as threatened in 1990 by the United States Fish and Wildlife Service (USFWS, 1990) and USFWS has just completed another review to evaluate and update status and current threats. Since 1990 and despite protected status, NSO populations have continued to decrease throughout

---

[1] See attached summary of qualifications.

1

their range annually, as represented by steadily declining numbers in all demographic study sites[2]. These alarming rates of population declines prompted the USFWS to warrant the change in status from the less serious 'threatened' to 'endangered', although it was precluded from formal change by higher priority species (USFWS, 2020).

The northern spotted owl is rapidly moving toward extinction due to one or more range-wide conditions; dynamic threats that may shift in time as we gain knowledge through observation; insight gained from field observations and the most recently published science. The Revised Recovery Plan (USFWS 2011) identified the following threats: 1) **Competition with barred owl**; 2) **Ongoing loss of habitat as a result of timber harvest**; 3) **Habitat loss or degradation from stand replacing wildfire and other disturbances**; 4) **Loss of amount and distribution of spotted owl habitat as a result of past activities and disturbances**. In 2011, there was no established order of significance to evaluate one threat being greater than another.

Published studies since 2011 now recognize competition with barred owls to be **the** primary and most immediate threat facing NSO range-wide population survival (Dugger et al. 2016, Franklin et al. 2021). Extensive scientific data sets from 26 years of long term NSO demographic study sites have provided the framework to demonstrate the complex interspecific relationships between NSO and barred owls. Downward trends define the populations with annual declines of 6-9% on 6 study areas and 2-5% annually on 5 other study areas. These have resulted in measurements of reduced apparent survival, declining recruitment, increased territorial extinction, decreased territorial colonization, reduced fecundity, and reduced occupancy (Dugger et al. 2016, Franklin et al. 2021). The NSO is travelling toward extinction as barred owl numbers continue to increase across the landscape (Franklin et al. 2021). Furthermore, severely burned forests need further examination as they may still be biologically valuable habitat for NSO in the absence of post-fire logging (Bond et al. 2022). Additional threats are just as harmful as barred owl competition but are less widespread and more localized in nature. These factors also contribute to accelerated population decline and continue to threaten NSO survival due to habitat degradation and loss resulting from timber harvest (including fuels treatments), climate change, and increasing incidence of fire on the landscape.

GENERAL COMMENTS

 The local NSO population within the proposed project area has at least 23 Northern Spotted Owl Activity Centers (ACs), with many located in USFWS-designated spotted owl Critical Habitat. Critical Habitat protects locations with habitat qualities crucial to support NSO pairs and their fundamental biological life history requirements. It is recognized that designated Critical Habitat may (in theory) need "special management" to improve overall habitat value and increase resilience to wildfire and insect infestations. However, this was not meant to result in resident owl pairs abandoning Activity Centers for the sake of the theoretical promise of improved future habitat. As the populations of northern spotted owls continue to plummet range-wide, reduction or removal of *any* currently occupied habitat, at the risk of temporary or permanent displacement is not advised. Treatments that will reduce or remove quality spotted owl habitat will accelerate

---

[2] Franklin et al. 2021 recently reported annual declines translating to ≤ 35% of the populations remaining on 7 study areas since 1995.

trending population declines and be a massive failure to protect the existing spotted owl population. Without extant spotted owls, there is no population to benefit from the future habitat created by forest managed for resilience.

It is essential to look at spatial configuration and quality of available NSO habitat within the constraints of this area and to also note that private lands managed for timber production, offer little to no habitat value for spotted owls. The project units include small parcels of Critical Habitat clustered in the north and south ends of the project. Connectivity between these patches of Critical Habitat occurs along an isolated 25-mile north-to-south corridor where there is no Critical Habitat (Figure 1). Being bordered on the west by the Trinity Alp Wilderness area and on the east by Trinity Lake at widths ranging from 4 to 8 miles, there is very limited suitable spotted owl habitat. In addition, this narrow corridor has an almost solid 8-mile north-to-south swath of private timberlands (Figure 2) that do not provide habitat for spotted owls. Although this swath has a few isolated square mile parcels of public land, there are only two historic records of spotted owls dating back more than 30 years.



**Figure 1. Northern Spotted Owl Critical Habitat locations indicated in pink and separated by approximately 25 miles on the west shore of Trinity Lake and the orange spider diagrams of northern spotted owl activity**



**Figure 2. Private Timberlands are not a source of suitable habitat for northern spotted owls and are indicated in light pink. This map shows the approximately 8-mile solid swath of non-habitat separating the north and south ends of the project**

Spotted owls are highly sensitive to habitat fragmentation making the quantity, quality, size and spatial configuration of land ownership a critical issue. Spotted owls in this corridor currently occupy the only available high-value habitat found on small, fragmented patches of publicly managed lands to meet their life history needs. Any alteration of this limited habitat will result in a loss of the fundamental NSO resources (temporary or permanent) required for nesting, roosting, and foraging. Reduction in available resources will increase competition with barred owls. Barred owls are currently found throughout the southern two-thirds portion of the project (Figure 3). Management activities will destabilize established pairs of resident northern spotted owls and make the habitat more hospitable for barred owls than for spotted owls. Immediate effects of proposed treatments would deter northern spotted owl use and promote occupancy by barred owls, thereby increasing expansion of barred owls into all treated areas while also creating a segway for them to populate the northern patch of Critical Habitat, where barred owls have not yet been detected.



**Figure 3. The purple dots represent the barred owl detections since 2009 in the southern portion of the proposed project area**

PROJECT OBSERVATIONS

The North Trinity County Community Risk Reduction Project Scoping Proposal has at least 23 NSO Activity Centers entirely or partially within the project. Eleven Activity Centers are located in Critical Habitat. Reproductive output for the occupied owl territories has been very high with eight ACs having recorded at least one nest in the last 5 years, and six of these consistently nesting in multiple years since 2014. It is noteworthy that the local population has recent and regular reproduction; offspring to replenish the local population at a time when there have been range-wide declines in most populations.

A careful review of proposed treatment types and locations were undertaken for each of the 23 owl ACs found to be within 1 – 2 miles of the proposed project treatment areas. I identified twelve of the 23 ACs where treatments were highly likely to result in adverse effects to resident owls and concluded effects to seven of these ACs were certain to create adverse local population impacts. All these ACs have had recent, successful, consistent occupancy and reproduction: four (TRI0358, TRI0302, TRI0149, and TRI0244) are within Critical Habitat to be treated for Forest Resilience, two (TRI0064 and TRI0243) to be treated for Post Fire Recovery, and one (TRI0182) will be impacted by the Plantation Thinning treatment. Two of these have been identified as overlapping with barred owl activity.

Forest Resilience Treatment descriptions and goals are not reasonable and will not maintain or improve spotted owl wildlife habitat (in the short term) or reduce wildfire risk. Thinning and removing trees across all species and diameter classes will reduce the complexity and structure of the forest and make it less suitable for current spotted owl use and occupancy. Specifically resulting in the removal or reduction of nesting/roosting habitat qualities (such as high percentage, multi-layer canopy coverage, snags, downed wood and decadent features). The simplification of

the forest structure makes it more suitable for the less specialized needs consistent with barred owl requirements. In addition, opening the canopy and removing the understory layers will increase the airflow, reduce the humidity, and dry out the understory, increasing susceptibility to fire, especially under increasing wind, heat, and low humidity conditions. Furthermore, most of the treatment units are adjacent on multiple sides to private timberlands, where the management for resources on those parcels have resulted in extensive reduction and removal of potential fuels, thereby making each untreated public parcel less susceptible to burning.

Post Fire Recovery efforts propose the need for site preparation and replanting conifers that are not regenerating in the absence of live seed sources. Careful site and ground evaluation needs to occur to ensure the lack of natural regeneration is not an unverified assumption. Hanson and Chi (2021) found high severity burn sites in mixed conifer forest throughout the 2013 Rim Fire, had consistent natural conifer regeneration > 300 m from any live seed sources. Post fire recovery efforts should not include salvage logging or removal of remaining burned snags, as these are important structural components for NSO, other wildlife, and early seral forest establishment. Retaining large partially burned tree remains are also an essential form of carbon storage. These landscapes have already burned and have little flammable flashy fuels remaining. The post-fire burned habitat may also be used by spotted owls for foraging and may possibly be used for spotted owl nesting. I have recently documented a pair of NSO successfully nesting in a stand of trees within a late successional reserve of high severity burn within the August Complex Fire two years post fire. Although this may be an isolated event, it could also be a more frequent undetected occurrence due to widespread assumptions that high severity burned forests are "not suitable habitat" for spotted owls. I would strongly recommend extensive surveys be conducted in the owl activity centers located in the River Complex Fire scar to ensure that unsupported assumptions are not being made, and to confirm that those pairs of spotted owls are no longer present.

CONCLUDING STATEMENT

Existing scientific literature reports a decline in spotted owl habitat use following loss of structural complexity and heterogeneity associated with forest management: timber removal, stand manipulation, or fuels treatments. Such activities at a minimum have short-term effects, reduce habitat value, and lower the quality to spotted owls for nesting, roosting, and foraging. These factors often result in reduced occupancy or abandonment of territories (Gallagher et al. 2019, Seamans and Gutierrez 2007, Stephens et al. 2014) and have potential to displace NSO from Activity Centers (Forsman et al. 1984, Meiman et al. 2003).

Land managers are recommended to use strong caution implementing fuels treatments in spotted owl territories. Spotted owls are highly sensitive to temporal changes in their existing habitat and should have spatially distributed complex high-canopy forest available (Tempel et al. 2014).

Please keep me informed of any future developments on this project by contracting me at: tonja_chi@hotmail.com.

Sincerely,



Tonja Y. Chi

Cc: Denise Boggs, Director, Conservation Congress


LITERATURE CITED

Bond, M. L., Chi, T. Y., Bradley, C. M., & DellaSala, D. A. (2022). Forest management, barred owls, and wildfire in northern spotted owl territories. Forests, 13(10), 1730.

Dugger K.M., Forsman E.D., Franklin A.B., Davis R.J., White G.C., Schwarz C.J., Burnham K.P., Nichols J.D., Hines J.E., Yackulic C.B., Doherty Jr. P.F. (2016). The effects of habitat, climate, and Barred Owls on long-term demography of Northern Spotted Owls. The Condor: Ornithological Applications, 118(1):57-116.

Franklin A.B., Dugger K.M., Lesmeister D.B., Davis R.J., Wiens J.D., White G.C., Nichols J.D., Hines J.E., Yackulic C.B., Schwarz C.J., Ackers S.H. (2021). Range-wide declines of northern spotted owl populations in the Pacific Northwest: A meta-analysis. Biological Conservation, 259:109168.

Forsman, E., Meslow, E., and H. Wight (1984) Distribution and biology of the spotted owl in Oregon. Wildlife Monographs, No. 87.Franklin, A., Dugger, K., Lesmeister, D., Davis, R., Wiens, D., White, G., Nichols, J., Hinnes, J., Yackulic, C., Schwarz, C., Ackers, S., Andrews, L., Bailey, L., Bown, R., Burgher, J., Burnham, K., Carlson, P., Chestnut, T., Conner, M., Dilion, K., Forsman, E., Glenn, E., Gremel, S., Hamm, K., Herter, D., Higley, J., Horn, R., Jenkins, J., Kendall, W., Lamphear, D., McCafferty, C., McDonald, T., Reid, J., Rockweit, J., Simon, D., Sovern, S., Swingle, J., and H. Wise.

Gallagher C.V., Keane J.J., Shaklee P.A., Kramer H.A., Gerrard R. (2019). Spotted owl foraging patterns following fuels treatments, Sierra Nevada, California. The Journal of Wildlife Management, 83(2):487-501.

Hanson C.T., Chi T.Y. Impacts of postfire management are unjustified in spotted owl habitat. (2021). Frontiers in Ecology and Evolution, 9:596282.

Meiman, S., Anthony, R., Glenn, E. Bayless, T., Ellingson, A., Hansen, M., and C. Smith (2003). Effects of commercial thinning on home range and habitat use patterns of a male northern spotted owl: a case study. The Wildlife Society Bulletin, 31, 1254-62.

Seamans, M. and R. Gutierrez. (2007). Habitat selection in a changing environment: the relationship between habitat alteration and spotted owl territory occupancy and breeding dispersal. Condor, 109:566-579.

Stephens, S., Bigelow, S., Burnett, R., Collins, B., Gallagher, C., Keane, J., Kelt, D., North, M., Roberts, L., Stine, P. and D. Van Vuren (2014). California spotted owl, songbird, and small mammal responses to landscape fuel treatments. Bioscience, Vol. 64 No. 10, 893-906.

Tempel, D., Gutierrez, R., Whitmore, S., Reetz, M., Stoelting, R., Berigan, W., Seamans, M. and Z. Peery (2014). Effects of forest management of California spotted owls: implications for reducing wildfire risk in fire-prone forests. Ecological Applications, 24:2089-2106.

USDA U.S. Forest Service. (1995) Vallejo, CA: USDA Forest Service, Pacific Southwest Region. ShastaTrinity Land and Resource Management Plan. Retrieved from:
https://www.fs.usda.gov/main/stnf/landmanagement/planning

USDA. U.S. Forest Service Wildfire Crisis Strategy and Implementation Plan (2022).

USDI Fish and Wildlife Service. (2012). Designation of Revised Critical habitat for the Northern Spotted Owl, Final Rule. U.S. Department of the Interior. Washington, DC, Federal Register. Vol. 77: 43 pp.
USFWS (U.S. Fish and Wildlife Service). (1990). 50 CFR part 17 endangered and threatened status for the northern spotted owl. Fed. Reg. 55, 26114-826194.

USFWS (U.S. Fish and Wildlife Service). (2011). Revised Recovery Plan for the northern spotted owl (*Strix occidentalis caurina*). p. xvi+258. U. S. Fish and Wildlife Service Region 1, Portland, Oregon.

USFWS (U.S. Fish and Wildlife Service). (2020). Endangered and threatened wildlife and plants; 12-month finding for the northern spotted owl. Fed. Reg. 85, 81144-81152.