Case 2:25-cv-03424-DMC     Document 9-11     Filed 12/02/25     Page 1 of 3

 An official website of the United States government  Here's how you know

|  | **Official websites use .gov** |  | **Secure .gov websites use HTTPS** |

A **.gov** website belongs to an official government organization in the United States.

A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

   **Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

# Swift Complex Update for September 2, 2025

**Release Date:** September 2, 2025

**Contact Information:** Peak and Lick Fires Information     530-395-0326     2025.peak@firenet.gov

| **Peak Fire** | **Lick Fire** |
|---|---|
| **Start Date:** Monday, August 25, 2025 | **Start Date:** Friday, August 29, 2025 |
| **Size:** 488 acres | **Size:** 36 acres |
| **Containment:** 5% | **Containment:** 1% |
| **Cause:** Lightning | **Cause:** Lightning |
| **Location:** Trinity County | **Location:** Trinity County |

**Community Meeting:** Representatives from California Interagency Incident Management Team 2 and Shasta-Trinity National Forest will be hosting a community meeting today, September 2, 2025, at 6:00 PM for a briefing and question/answer session about current fire activity and impacts of last week's lightning storm. The meeting will be held at the Veteran's Memorial Hall, located at 109 Memorial Drive in Weaverville.

**Overview:** Firefighters and the Incident Management Team are working around the clock implementing full suppression tactics across both the Peak and Lick Fires. Crews on the ground are strengthening containment and contingency lines, while aerial resources are supporting the suppression efforts across both fires. A red flag warning has been issued for this afternoon, indicating that potentially challenging weather could occur, including dry lightning and strong winds.

**Name Change:** Beginning today, the Lick and Peak Fires will be referred to as the Swift Complex. The naming convention creates efficiencies for ordering fire personnel and equipment to the area. It also facilitates flexibility for equipment and resources to be quickly assigned to priority areas to protect values at risk and accomplish key missions based on current and expected fire behavior.

**EXHIBIT 11, Page 1 of 3**

**Peak Fire Operations:** On the east side of the fire, crews are holding and improving the containment line up to the Trinity Alps Wilderness boundary. On the northeast side of the fire, firefighters are strengthening containment lines by connecting them into natural granite features. On the south edge, firefighters are working to extend handlines from the south, up into the southwest side of the fire into Mule Creek. On the west side, crews are digging handline toward Granite Peak with the goal of successfully placing fire hose in that area. Firefighters are also improving contingency lines and identifying opportunities for any additional contingency lines around the Peak Fire.

**Lick Fire Operations:** The Lick Fire showed no significant growth yesterday, which is allowing firefighters to continue improving and strengthening the containment lines.

**Fire Resources:** 583 personnel

**Fire Activity:** For both fires, fire progression will be primarily driven by fuels and topography. With dry fuels in the area and very steep topography, rollout remains a concern on slopes. Any fire activity that aligns with wind and slopes, especially in thunderstorms, could rapidly accelerate.

**Fire Weather:** There is a red flag warning over the fire area from 1 pm to 8 pm. There is a chance of dry thunderstorms during the afternoon and evening with wind gusts from 35-50 mph and little to no precipitation. Lightning could start new fires in the area. Daytime highs in the 80s with relative humidity values in the teens. Conditions starting Wednesday are expected to be similar to Monday's hot and dry weather.

**Closures:** The Shasta-Trinity National Forest has issued a Peak Fire Closure Order – Forest Order No. 14-25-22. This is effective August 30, 2025, through January 31, 2026. To view the order and map, please click on the link to Peak Fire Closure Order.

**Flight Restrictions:** There is a temporary flight restriction (TFR) over the fire area. Pilots are encouraged to check official sources prior to flying in the area. If you fly, we can't.

**Public Safety**: Recreators are asked to stay away from trails and trailheads in the Long Canyon, Four Lakes Loop, Stoney Ridge, Stuart Fork, Swift Creek, Granite Peak, and North Fork Swift Creek as these will be primary access routes for firefighters. Please be advised that there will be increased fire traffic on Hwy 3. Clark Springs Campground, Day Use Area, Beach and Boat Ramp are closed to the public to support firefighting operations. Additionally, water scooping aircraft are refilling out of Trinity Lake. Boaters are asked to maintain a safe distance from these aircraft.

**Additional fire-related information**:

Facebook: https://www.facebook.com/ShastaTrinityNF/

Inciweb: https://inciweb.wildfire.gov/incident-information/cashf-peak-and-lick-fire

###

USDA is an equal opportunity provider, employer, and lender.

**Topics:** Fire

*Last updated September 2, 2025*

Return to top