12/2/25, 9:21 AM  Shasta-Trinity National Forest | Swift Complex and Cedar Fire Update for September 10, 2025 | Forest Service

Case 2:25-cv-03424-DMC     Document 9-12     Filed 12/02/25     Page 1 of 3

 An official website of the United States government Here's how you know

**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

 **Secure .gov websites use HTTPS**
A **lock** ( ) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

  **Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

# Swift Complex and Cedar Fire Update for September 10, 2025

**Release Date:** September 10, 2025
**Contact Information:** Tom Stokesberry   (707) 362-5229   Thomas.stokesberry@usda.gov

| Peak Fire | Lick Fire | Cedar Fire |
|---|---|---|
| **Start Date:** 8/25/25 | **Start Date**: 8/29/25 | **Start Date:** 9/3/25 |
| **Size:** 504 acres | **Size:** 36 acres | **Size:** 104 acres |
| **Containment:** 95% | **Containment**: 95% | **Containment:** 95% |
| **Cause:** Lightning | **Cause**: Lightning | **Cause:** Human |
| **Location:** Trinity County | **Location:** Trinity County | **Location:** Trinity County |

 This will be the last update on the Swift Complex and the Cedar Fire unless significant activity occurs.

**Swift Complex-Peak Fire Overview:** The Shasta-Trinity National Forest has assumed command of the Swift Complex. Current handlines will be patrolled, gridded and mopped up. Teams are collecting excess equipment and materials that are no longer required, which will be used to support active wildfire suppression efforts in other locations.

In the Peak Fire, crews and resources are improving lines and mopping up on the east flank of the Mule Creek drainage. The south and east flanks will continue to be patrolled and mopped up. Other resources are conducting post-fire rehabilitation work.

The Lick Fire is in patrol status.

**Swift Complex Resources:** 331 personnel

**EXHIBIT 12, Page 1 of 3**

12/2/25, 9:21 AM      Shasta-Trinity National Forest | Swift Complex and Cedar Fire Update for September 10, 2025 | Forest Service

Case 2:25-cv-03424-DMC    Document 9-12    Filed 12/02/25    Page 2 of 3

**Cedar Fire Overview:** With rain occurring on the fire yesterday, firefighters are strengthening containment lines and patrolling, mopping up, gridding, and suppressing any remaining hotspots. Teams are collecting excess equipment and materials that are no longer required, which will be used to support active wildfire suppression efforts in other locations. Fire crews are focused on preventing the Cedar Fire from expanding beyond its existing boundaries and safeguarding the Trinity Pines community. Crews are grading the 30N30 Road from State Route 36 to Rattlesnake Road.

**Cedar Fire Resources:** 95 personnel

**Current Fire Weather:** A half-inch of rain fell over the Swift Complex and the Cedar Fire on Tuesday. A chance of showers and thunderstorms continues Wednesday afternoon. A slight chance of showers is predicted for Thursday before a drying trend returns Friday and Saturday. High temperatures Wednesday are expected in the 60s and lows overnight in the 50s with higher humidities.

**Closures:** The Shasta-Trinity National Forest has issued a Fire Closure Order – Forest Order No. 14-25-22. This is effective August 30, 2025, through January 31, 2026. To view the order and map, please click on the link to Peak Fire Closure Order.

**Public Safety:** Recreators are asked to stay away from trails and trailheads in the Long Canyon, Four Lakes Loop, Stoney Ridge, Stuart Fork, Swift Creek, Granite Peak, and North Fork Swift Creek areas as these are primary access routes for firefighters. Please be advised that there will be increased fire traffic on State Route 3. Clark Springs Campground, Day Use Area, Beach and Boat Ramp are closed to the public to support firefighting operations.

**Additional fire-related information:**

Facebook: https://www.facebook.com/ShastaTrinityNF/

InciWeb:

Swift Complex: https://inciweb.wildfire.gov/incident-information/cashf-swift-complex

Cedar Fire: https://inciweb.wildfire.gov/incident-information/cashf-cedar-fire

### 

USDA is an equal opportunity provider, employer, and lender

12/2/25, 9:21 AM
Shasta-Trinity National Forest | Swift Complex and Cedar Fire Update for September 10, 2025 | Forest Service

Case 2:25-cv-03424-DMC     Document 9-12     Filed 12/02/25     Page 3 of 3

**Topics:** Fire

*Last updated September 10, 2025*

[Return to top](#)