Contact Us   About

Emergency? Call 911   Translate   Settings



INCIDENTS   PREVENT   PREPARE   OUR IMPACT   WHAT WE DO   JOIN CAL FIRE   SEARCH

Home › Incidents › Swift Complex

# Swift Complex



✓ 100% Contained   |   644 Acres   |   1 County: Shasta

Not a CAL FIRE Incident. Updates will be made as they become available.



LAYERS

☑ Air Assets   ☑ Evacuation Orders and Warnings   ☑ Recent Perimeters   ☐ Wind

| Date Started | Last Updated | Date Contained |
|---|---|---|
| 09/02/2025 9:28 AM | 09/15/2025 10:24 PM | 09/15/2025 10:24 PM **(Active for 14 days)** |
| **Cause** Lightning | **Incident Maps and Reports** <ul><li>3D Map</li></ul> | **Agency Having Jurisdiction** Shasta-Trinity National Forest |
| **Incident Management Team** No team assigned | **Location** North of Mule Creek [40.9044444,-122.8508333] | **Reports** Status reports |

# Social Media


Shasta-Trinity National Forest


Shasta-Trinity National Forest

*The map layers provided are powered by Esri, Genasys, Perimeter and other potential resources, and are based on their respective data sources. The accuracy and reliability of the information are subject to the data provided by these platforms.*

