| USDA - FOREST SERVICE | REPORT OF TIMBER SALE<br>Convertible and Nonconvertible Products<br>(Ref. FSM 2490) | 11/03/2025 12:35<br>Page: 1 of 1 |
|---|---|---|

| REGION : | 05 | FOREST : | 14 | DISTRICT (OR AREA): | 56 | SALE NUMBER: | 56516 | QUARTER- FY | 1 - 26 |
|---|---|---|---|---|---|---|---|---|---|
| Pacific S-West | | Shasta-Trinity | | Weaverville | | | | COMPARTMENTS: | |
| STATE: | CA | COUNTY: | 105 | SALE NAME: | | | Rainier Timber Sale | | |
| ACRES IN SALE: | 225.9 | SIZE CLASS: | 4 | LEGAL DESCRIPTION: | | | T35N,R8W; MDM | | |
| BID DATE: | 11/03/2025 | STATUS: O | REASON: 0000 | SBA SET-ASIDE : | None | APP. BASE PERIOD: | 1025 | ZONE : | 1 |
| SALE CONDITION: | 1 | PRICING METHOD: | FLAT | TOTAL KV PLAN: | | TERM DATE : | 02/01/2026 | CONTRACT DATE: | 11/03/2025 |
| CONTRACT NO: | 058189 | CONTRACT FORM: | 2400-6 | CONTRACTING OFFICER: | D | METHOD OF SALE: | S | REG: | 6 |

| Species | Spec Code | Prod Unit | Volume | Advert. Rates | Stat High Bid | High Bidder | 2nd Hi Bidder | 3rd Hi Bidder | 4th Hi Bidder | 5th Hi Bidder | 6th Hi Bidder | 7th Hi Bidder | 8th Hi Bidder | 9th Hi Bidder | 10th Hi Bidder | 11th Hi Bidder | 12th Hi Bidder | 13th Hi Bidder | 14th Hi Bidder |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DF | DF | 01-05 | 12,727.35 | .10 | 25.06 | 25.06 | 22.57 | 14.09 | | | | | | | | | | | |
| IC | IC | 01-05 | 450.29 | .10 | 25.06 | 25.06 | 22.57 | 14.09 | | | | | | | | | | | |
| PP | PP | 01-05 | 221.29 | .10 | 25.06 | 25.06 | 22.57 | 14.09 | | | | | | | | | | | |
| SP | SP | 01-05 | 534.78 | .10 | 25.06 | 25.06 | 22.57 | 14.09 | | | | | | | | | | | |
| WF | WF | 01-05 | 315.03 | .10 | 25.06 | 25.06 | 22.57 | 14.09 | | | | | | | | | | | |
| Total/Avg ------------ | | | 14,248.74 | .10 | 25.06 | 25.06 | | | | | | | | | | | | | |

**SUMMARY OF BIDDERS**

| Rank | Name | Bidder Size | Bidder Class | SBA Certification | Total Bid Value |
|---|---|---|---|---|---|
| 1 | SIERRA PACIFIC INDUSTRIES | 3 | M | N | $357,073.43 |
| 2 | TRINITY RIVER LUMBER COMPANY | 3 | M | N | $321,594.07 |
| 3 | DARRAH CO INC. | 1 | N | Y | $200,764.75 |

I Certify that I have personally examined the bids submitted for this sale and that this is an accurate record thereof.

Signature: *Amber Pope*

Title: **Timber Resources**     Date: 11/3/2025

Remarks: Post Award

FS-2400-17 (3/95)