C2.11# - <u>TIMBER SUBJECT TO AGREEMENT</u> *(02/1971)*

In addition, there is within Sale Area an unestimated quantity of:

| Species | Product |
|---|---|
| **Combined Softwood** | **Sawtimber** |

that shall be Included Timber upon written agreement.


C2.3# - <u>RESERVE TREES</u> *(04/2004)*

Notwithstanding the designations for cutting under B2.31, B2.32, B2.33, or B2.34, live or dead **Genetically Superior** reserve trees or groups of reserve trees within such cutting units or clearings shall be left uncut. Reserve trees are identified by **Trees are indentified with an orange tracer paint band and a buttmark on the uphill and downhill sides of the tree.** and shall be protected in accordance with C6.32#. Units with reserve trees are shown on Sale Area Map.

C2.30# - <u>CUTTING UNIT BOUNDARIES</u> *(02/2021)*

Notwithstanding B2.3, the boundaries of cutting units, or portions of cutting units, are identified as shown on the Cutting Unit Boundary Designation Table below and the Sale Area Map.

**See Cutting Unit Boundary Designation Table.**


Marked boundary trees shall not be cut.

Discernable Boundaries are boundary locations that are readily identifiable features on the ground in locations shown on the Sale Area Map.

A Geo-Fence is a location on the ground corresponding to the boundary location shown on a mobile mapping device using a Global Positioning System (GPS) Receiver using the digital vector file/shapefile named **RainierTS_Units_20251017.shp** and dated **10/17/2025** . The digital vector file/shapefile will be provided to the Purchaser by the Forest Service. A digital list of the coordinates can be provided upon request.

Included Timber is located within and not past the boundary as shown on the mobile mapping device using the digital vector file/shapefile listed above. Purchaser is responsible for obtaining a GPS receiver(s) that is capable of determining the location of the true Geo-Fence within the contract tolerance. Allowable contract tolerance is **30** feet.

Forest Service inspection of cutting Included Timber to determine if cutting is within allowable contract tolerance, shall use the digital vector file/shapefile named and dated above using a GPS Receiver with a minimum, tested accuracy in a **Light-Medium** canopy of **6.5** feet.

National Technology Development Program GPS Receiver accuracy reports by GPS manufacturer and model are available at: https://www.fs.usda.gov/database/gps/mtdcrept/accuracy/index.htm. Forest Service determination of boundary location will be final.

As an operational convenience and subject to written agreement by the Forest Service, in advance of marking, Purchaser may mark Geo-Fence boundaries on the ground with Purchaser's non-tracer paint. Boundary trees shall not be identified with paint applied below stump height. Purchaser shall bear all costs associated with painting used to visually identify boundaries. Forest Service will not approve or accept the boundaries identified on the ground by the Purchaser in advance of cutting.

In case of a major disruption in GPS service, or lack of GPS coverage on the Sale Area beyond the control of the Purchaser, as determined by the Contracting Officer, the Purchaser's only remedy shall be Contract Term Adjustment under B8.21. Qualification requirements are described in B8.21. To resolve major disruption of GPS service, or lack of GPS coverage on the Sale Area, the Forest Service may elect to Mark Geo-Fence boundaries on the ground, in which case the Forest Service's determination of boundary location will be final.

Purchaser may request Forest Service Marking of Geo-Fence boundaries on the ground with paint at Purchaser's expense. Approval by the Contracting Officer is subject to agreement on cost under B4.218 Cooperative Deposits and the availability of Forest Service personnel. If Purchaser's request is approved, Forest Service determination of boundary location will be final.

EXHIBIT 17, Page 2 of 39

EXHIBIT 17, Page 3 of 39

<u>C2.35#</u> - <u>DESIGNATION OF TIMBER, CUTTING UNIT BOUNDARIES, AND SUBDIVISION/PAYMENT UNIT BOUNDARIES</u> *(06/2012)*

Trees are designated for cutting under B2.35 only if designated as shown in the Timber Designation table below.  The boundaries of Subdivisions/Payment Units and Cutting Units are designated as shown in the Boundary Designation table below.  Trees used for boundary designation are not to be cut.

**SPECIFICATIONS PURSUANT TO C2.35# - DESIGNATION OF TIMBER. CUTTING UNIT BOUNDARIES, AND SUBDIVISION/PAYMENT UNIT BOUNDARIES**

EXHIBIT 17, Page 4 of 39

EXHIBIT 17, Page 5 of 39

C2.351# - _DESIGNATION BY SPACING._ _(07/2022)_

Within Subdivision(s) or cutting unit(s) as shown below and on Sale Area Map, trees that meet Utilization Standards and one or more of the following criteria below are designated for cutting. Other trees to be left uncut are described below.

Subdivision(s) or cutting units **24, 25, 26**
All **All Conifers**
_species trees, except trees Marked with **N/A** color paint or described below to be left uncut, and one or more of the following criteria are designated for cutting:

    (a) The tree is within **15** feet of a **Conifer** tree that has a larger diameter than it; and the larger tree is not designated for cutting.

    (b) The tree is within **15** feet of a **Hardwood** tree greater than or equal to **8** inches in diameter; and this tree is not designated for cutting.

    (c) The tree is Marked with **N/A** color paint.


Subdivision(s) or cutting units **N/A**
All **N/A** species trees, except trees Marked with **N/A** color paint or described below to be left uncut, and one or more of the following criteria are designated for cutting:

(a) The tree is within **N/A** feet of a **N/A** tree that has a larger diameter than it; and the larger tree is not designated for cutting.

    (b) The tree is within **N/A** feet of a **N/A** tree greater than or equal to **N/A** inches in diameter; and this tree is not designated for cutting.

    (c) The tree is Marked with **N/A** color paint.

Distances are measured horizontal distance, outside bark to outside bark, at the nearest point on each tree stem, at the stump heights specified below for diameter measurement.

All diameters are measured outside bark at **12** inches above ground on the uphill side of the tree. Diameters shall be measured using a "diameter equivalents of circumference" tape measure, caliper, electronic laser method or equivalent method by agreement.

All **Hardwoods and Pacific Yews** shall be left as leave trees, unless Marked with **N/A** color paint. No tree greater than or equal to **24** inches stump diameter shall be cut, unless Marked with **N/A** color paint. Other trees that shall be left uncut are Marked with **N/A** color paint.

EXHIBIT 17, Page 6 of 39

C2.355# - <u>DESIGNATION BY PRESCRIPTION.</u> *(07/2022)*

Within Subdivision(s) or cutting unit(s) **All Units except 24, 25, 26** , as shown on Sale Area Map, the following criteria describing the desired end results shall be used by Purchaser to designate trees and other products for cutting and removal that meet Utilization Standards:

    (a) **See tables A, B, and C** .

    (b)  Additional trees to be cut, if any, are Marked by Forest Service with **Blue** tracer paint.

    (c)  Other trees that shall be left uncut are Marked with **Orange** tracer paint.

Purchaser is not required to mark cut or leave trees meeting the criteria in (a) in advance of felling.

As an operational convenience and upon approval of the Contracting Officer, Purchaser may mark leave trees and/or cut trees Purchaser identifies in criteria (a). Leave trees may be marked with Purchaser's non-tracer **N/A** paint.  Cut trees may be marked with Purchaser's non-tracer **N/A** paint. Cut trees shall not be marked with paint applied below stump height. Purchaser shall bear all costs associated with such marking.

Forest Service will not approve or accept Purchaser's tree marking in advance of cutting.


C3.34 - <u>EMERGENCY RATE REDETERMINATION</u> *(06/2022)*

Forest Service shall redetermine rates for each species if, upon Purchaser's application, Forest Service determines that, because of changes in the timber market since the award date or the last rate redetermination under this provision, the Producer Price Index identified in A20 has declined by 25 percent or more. Rates shall be redetermined under B3.3 and for species where the rates declined, shall be considered established under B3.1 for timber Scaled after Purchaser's application. Increases in species rates will not be considered. This provision shall not apply during the period of a Contract Term Extension.

<u>C4.211</u> - <u>DOWNPAYMENT.</u> *(07/2022)*

The downpayment amount shown in A18 may not be applied toward any other payment required under the provisions of this contract, except damages determined pursuant to B9.4, transferred to other timber sales, or refunded until:
    (a) stumpage value representing 25 percent of the total bid value of the timber sale has been charged and paid for, or
    (b) the estimated value of the unscaled timber is equal to or less than the amount of the downpayment, or
    (c) if 36 CFR 223.49(e) is applicable, the estimated value of the unscaled timber is equal to or less than the amount of the downpayment.

If Forest Service makes a determination that this contract should not have been included under increased downpayment requirements (36 CFR 223.49(e)), the downpayment shall be revised and applied in accordance with 36 CFR 223.49(f).

Notwithstanding C4.212, the downpayment amount shown in A18 shall be redetermined for rates redetermined under B3.31, B3.32, B3.33 or C3.34.  The revised downpayment amount shall be equivalent to 10 percent of the total redetermined value, plus 20 percent of the bid premium. If at time of award, a higher or different downpayment requirement was required, the redetermined downpayment amount will be at the downpayment rate required at time of award and based on total redetermined value.

This provision shall be applicable where B4.211 is referenced elsewhere in the contract.


<u>C4.212</u> - <u>TEMPORARY REDUCTION OF DOWNPAYMENT</u> *(08/2009)*

Notwithstanding B4.211 or C4.211, upon the Purchaser's written request Forest Service may temporarily reduce the downpayment when Purchaser's scheduled operations are delayed or interrupted for 30 or more consecutive days, or the contract term is extended for 30 or more consecutive days for any of the following reasons:

    (1) Forest Service requests or orders Purchaser to delay or interrupt operations for reasons other than breach;
    (2) Purchaser interrupts or delays scheduled operations to work on a sale designated by the Forest Service as in urgent need of harvesting; or
    (3) An adjustment of the contract term authorized upon a determination of substantial overriding public interest, including a market-related contract term addition, or an urgent removal contract term extension under 36 CFR 223.53.

    When Purchaser is not cutting or removing timber under contract during a qualifying period of delay, interruption, or extension listed above the downpayment may be reduced to $1000 or 2 percent of the downpayment amount stated in the contract, whichever is greater.  The Purchaser must restore the downpayment to the full amount stated in the contract within 15 days from receipt of the bill for collection and written notice from the Contracting Officer that the basis for temporarily reducing the downpayment no longer exists.  Purchaser shall not cut or remove timber on a contract where the downpayment has been temporarily reduced until the downpayment amount stated in the contract is fully restored.

EXHIBIT 17, Page 8 of 39

<u>C4.213</u> - <u>PERIODIC PAYMENT</u> *(04/2023)*

Purchaser shall make periodic payments for stumpage value, as shown in A19.

If Purchaser has not paid the amount(s) stated in A19 as stumpage for volume removed by the periodic payment determination date(s), Forest Service shall issue a bill for collection for the difference between the required amount and payments made by Purchaser. If payment(s) fall due on a date other than a normal billing date, the payment date shall be extended to coincide with the next Timber Sale Account billing date.

The amount of the periodic payment(s) will be reduced if the payment(s) would result in Purchaser's credit balance for timber charges exceeding the Current Contract Value.

Only cash may be used for this purpose. No other form of payment is acceptable. Forest Service will apply the payments to subsequent charges on this contract under the terms of B4.212.

Periodic payment amount(s) shown in A19 will be revised when periodic payment amount(s) have not been reached at time of rate redetermination under B3.3. When shown in A19, the initial payment amount will be equal to 1) or 2), whichever is greater:
   1) 35 percent of the sum of:
       a) the Current Contract Value following the rate redetermination; and
       b)  the total value of timber scaled prior to establishing redetermined rates. Or
   2) 50 percent of the sum of estimated quantities at bid premium rates.

When shown in A19, the additional payment amount will be equal to 75 percent of the sum of:
   1) the Current Contract Value following the rate redetermination; and
   2)  the total value of timber scaled prior to establishing redetermined rates.


Periodic payment determination date(s) that have not been reached shall be adjusted one day for each additional day of contract time granted, except when additional contract time is granted under C8.212, periodic payment determination date(s) that have not been reached shall be delayed 1-month for each month added to the contract's term. Periodic payment determination date(s) shall not be adjusted for Contract Term Extension under B8.23.

This provision shall be applicable where B4.213 is referenced elsewhere in the contract.


<u>C4.3</u> - <u>PAYMENT GUARANTEED BY BOND</u> *(08/2021)*

To guarantee payment, Purchaser may furnish and maintain an acceptable surety bond. The penal sum of such surety bond shall be the maximum amount of the payment guaranteed. For payment purposes, penal sum of the surety bond shall be in lieu of the performance bond furnished under C9.1.

EXHIBIT 17, Page 9 of 39

C4.31# - <u>BLANKET BOND</u> *(06/2024)*

If Purchaser furnishes an acceptable bond in accordance with C4.3 to guarantee payment for timber from this and other timber sales within the same National Forest or geographic area as listed below, the amount of such bond shall be allocated to such timber sales by Forest Service. When there is to be no timber cutting hereunder for 30 days or more and payment of current charges has been made, the allocation to this timber sale shall be reallocated to other timber sales at Purchaser's request. Purchaser shall not start cutting hereunder until this timber sale receives an allocation that will meet the Forest Service estimates for payment guarantee needed under B4.212.

A geographic area as stated in this provision contains the following National Forests: **Shasta-Trinity and Mendocino National Forests**


C4.4 - <u>PAYMENTS NOT RECEIVED</u> *(08/2012)*

(a) Payments are due and payable on the date of issue indicated on the bill for collection. When a payment for timber cut and other charges is not received at the location designated by Forest Service by the date specified in the bill for collection for, Contracting Officer will suspend all or any part of Purchaser's Operations until payment or acceptable payment guarantee is received. Other charges include, but are not limited to:
  (i) Slash disposal, road maintenance, and contract Scaling deposits;
  (ii) Cooperative work at rates established by specific agreement under B4.218;
 (iii) Damages pursuant to B9.4;
 (iv) Road use fees;
  (v) Restoration of downpayment pursuant to B4.22;
 (vi) Periodic payments pursuant to B4.213;
 (vii) Extension Deposits pursuant to B4.217; and
 (viii)Other mandatory deposits.
(b) Failure to pay amounts due by the date specified in the bill for collection shall be considered a breach under B9.3. The 30-day notice period prescribed therein shall begin to run as of the end of business on the date specified for receipt of payments. If the performance or payment is guaranteed by surety bond, the surety will receive a copy of the written notification of breach. Demand will be made on the surety or other institution providing the guarantee or bond instrument for immediate payment 10 days after issuance of written notification of the breach.
(c) Pursuant to the Debt Collection Improvement Act of 1996, as amended, if payment is not received by Forest Service within 15 days after the date of issue indicated on the bill for collection:
 (i) Simple interest shall be assessed at the Current Value of Funds Rate as established by the Secretary of the Treasury. Interest will begin to accrue as of the date of issue indicated on the initial bill for collection.
 (ii) Debtors will be assessed administrative charges, in addition to the delinquent amount due. Administrative charges are those additional costs incurred by the Government in processing, handling, and collecting delinquent debts.
 (iii) A penalty charge of six (6) percent per annum will be assessed on any portion of a debt delinquent more than 90 days. This penalty charge is in addition to interest and administrative charges under paragraphs (c)(i) and (c)(ii). The penalty charge shall accrue from the date of issue indicated on the bill for collection and shall be assessed on all outstanding amounts, including interest and administrative costs assessed under paragraphs (c)(i) and (c)(ii).
 (iv) Payments will be credited on the date received by the Federal Depository or Collection Officer designated on the bill for collection.
(d) Forest Service remedies for Purchaser's failure to make payment for timber cut and other charges when due, except for accrual of interest, suspension of all or any part of Purchaser's Operations, and administrative offset, shall be stayed for so long as:
 (i) A bona fide dispute exists as to Purchaser's obligation to make such payment and
 (ii) Purchaser files and prosecutes a timely Claim.

C5.12# - <u>USE OF ROADS BY PURCHASER</u> *(06/1999)*

Purchaser's use of existing roads identified on Sale Area Map by the following codes is prohibited or subject to restrictive limitations, unless agreed otherwise:

| Code | Use Limitations |
|------|-----------------|
| X | Hauling prohibited |
| R | Hauling restricted |
| U | Unsuitable for hauling prior to completion of agreed reconstruction |
| P | Use prohibited |
| A | Public use restriction |
| W | Regulation waiver |

Roads coded A will be signed by the Forest Service to inform the public of use restrictions.  Purchaser's use of roads coded R, A, or W shall be in accordance with the following restrictions:

**See Restricted Road List Table.**

EXHIBIT 17, Page 12 of 39

C5.125# - SHARE COST ROAD LIABILITY INSURANCE *(08/2006)*

Purchaser is authorized to use cooperative roads constructed under provisions of **Three Counties Road and Right of Way agreement, as amended to the Shasta-Trinity and Sierra Pacific Industries agreement** _, Cooperator, and Forest Service, and subsequent easements, supplements, and agreements thereto, available for inspection at the Forest Supervisor's Office, **Redding** , California, and subject to the following liability insurance requirements.

Purchaser shall provide a satisfactory certificate of insurance covering Purchaser's and all subcontractor's operations on cost share roads referred to above.

Purchaser shall present the certificate of insurance to Forest Service prior to use of cost share roads.

Insurance shall be of the following form and limits:

Comprehensive Automobile Bodily Injury/Property Damage Liability Insurance covering all owned, leased, hired and non-owned automobiles.

**Minimum limits:  $1,000,000   per person bodily injury or death**
**                 $1,000,000   per occurrence bodily injury or death**
**           and   $1,000,000   per occurrence property damage or a**
**combined single limit of   $1,000,000**
_
In addition to above, Purchaser and Purchaser's assigns shall carry the following limits of insurance for the purpose of covering fire suppression expense, property damage to timber land due to fire, and property damage to non-owned automobiles and equipment due to fire.

**Comprehensive General Liability Bodily Injury/Property Damage Insurance for minimum limits of:**
**                 $1,000,000   per person bodily injury or death**
**                 $1,000,000   per occurrence bodily injury or death**
**           and   $1,000,000   per occurrence property damage or a**
**combined single limit of   $1,000,000**
_
Such Comprehensive General Liability policy shall include an endorsement covering fire suppression expense, property damage to timber land due to fire, and property damage to non-owned automobiles and equipment due to fire.  Said endorsement shall have minimum property damage limits of **1,000,000** and be designated separately on the Certificate of Insurance.

The Certificate of Insurance shall require insurance carrier to notify Cooperator by mail ten (10) days prior to cancellation or expiration of above coverage.  The Certificate of Insurance shall also name **Sierra Pacific Industries** as additionally insured solely as respects operations conducted by or on behalf of the Purchaser involving use of the cost shared roads referred to above.


C5.31# - ROAD MAINTENANCE REQUIREMENTS *(07/2001)*

Purchaser shall maintain roads in accordance with the following Contract Road Maintenance Requirements Summary:


**See Contract Road Maintenance Requirements Summary Table.**

C5.32# - <u>ROAD MAINTENANCE DEPOSIT SCHEDULE</u> *(08/2012)*

Other provisions herein notwithstanding, when Forest Service requests payment in lieu of Purchaser's performance of road maintenance, Purchaser shall make Required Deposits (16 USC 537) for current and/or deferred road maintenance. Such deposits are based on the estimated volume and distance hauled and Purchaser's commensurate use of each road listed in the Road Maintenance Plan in C5.31#.

Purchaser and Forest Service may agree in writing on adjustment of such rates. If Purchaser uses roads under jurisdiction of Forest Service other than those listed in the Road Maintenance Plan, Forest Service shall establish rates commensurate with Purchaser's use of such roads.

The Required Deposits for Forest Service work in lieu of Purchaser performance are **N/A** per **Ton** for recurrent maintenance, and **$.02** per **Ton** for deferred maintenance.

The following table lists who Purchaser will make deposits for road maintenance to, and the rate per unit of measure of the deposit. The Road Maintenance Agreement is available for inspection at the Forest Supervisor's office.

| Deposit Made To | Rate | Unit of Measure |
|---|---|---|
| **N/A** | | |

C5.35# - <u>ROAD AND WATER SUPPLY USE</u> *(05/2008)*

National Forest water supply locations, access, method of filling trucks, period of water availability and procedures designed to maintain water quality at each location shall be agreed in advance of use.  Such use shall at no time reduce water supplies to the level that further use may be detrimental to aquatic resources or other established use.  Waterholes and other improvements relating to said water supplies shall be put into condition, prior to expected seasonal periods of precipitation or runoff, to avoid resource damage.

Damage to resources at such locations caused by Purchaser's Operations, other than fire suppression activities, shall be repaired by Purchaser in a timely and agreed manner to the extent practicable to restore and prevent further resource damage.

Unless otherwise agreed, Purchaser's use of roads and other water supply requirements shall conform to the following table.

**See Table A**

EXHIBIT 17, Page 15 of 39

EXHIBIT 17, Page 16 of 39

C6.24# - <u>SITE SPECIFIC SPECIAL PROTECTION MEASURES.</u> *(07/2022)*

Unless agreed otherwise, the following special protection measures apply:

**See Special Measures Areas (SMA) Table.**


Designation methods:
    (a)   SMA boundary designated by <u> N/A </u> .
    (b)   SMA is shown on Sale Area Map and SMA boundary designated by **<u> Blue and Black candystripe Flagging</u>** **<u>with Red Solid Flagging </u>** .
    (c)   SMA is only shown on Sale Area Map.

4/ Unless agreed otherwise, sale operations listed below are not permitted during the period(s) specified:

**See Limited Operating Period(s) Table.**


Areas subject to limited operating periods are not subject to special protection measures listed in B6.24(a)(i)-(iv) except where such areas overlap.

EXHIBIT 17, Page 18 of 39

<u>C6.315#</u> - <u>SALE OPERATIONS SCHEDULE</u> *(08/2006)*

Unless otherwise agreed in writing, Purchaser's Operations shall be performed in accordance with the following schedule:

**See Table A**

EXHIBIT 17, Page 19 of 39

EXHIBIT 17, Page 20 of 39

C6.32# - <u>PROTECTION OF RESERVE TREES</u> *(04/2004)*

Purchaser's damage or destruction of reserve trees described in C2.3# will cause serious and substantial silvicultural or other damage to the National Forest. It will be difficult if not impossible to determine the amount of such damage. Therefore, Purchaser shall pay as fixed, agreed, and liquidated damages $__**6000.00**__ for each __**Genetic**__ reserve tree and $__**N/A**__ for each __**N/A**__ reserve tree damaged or destroyed by Purchaser's Operations, in addition to amounts payable under B3.45 and B3.46.

Damage, as used herein, includes any injury to the living crown, bole, or roots of reserve trees. If areas are marked on the ground around such reserve trees, operation of heavy equipment or skidding of products within the area shall be considered to be damage to the tree.


C6.331 - <u>LOG TRUCKING</u> *(08/2006)*

To promote safe operations on National Forest roads and on Specified Roads, loads shall be safely secured before trucks move from the landing or loading location.

EXHIBIT 17, Page 21 of 39

C6.341 - <u>PREVENTION OF OIL DISCHARGES.</u> *(07/2022)*

If Purchaser maintains storage facilities for oil or oil products on Sale Area, Purchaser shall take appropriate preventative measures to ensure that any harmful discharge of such oil or oil products does not enter into or upon any navigable waters, adjoining shorelines, or other waters of the United States, as prescribed in 40 CFR 110. As soon as Purchaser has knowledge that measures, as described in B6.34 fail to prevent a discharge into or upon navigable waters or adjoining shorelines of the United States, Purchaser shall notify the Forest Service Representative the National Response Center and any other appropriate State agencies. In accordance with 40 CFR 110.6, all harmful discharges that occur as a direct or indirect result of  Purchaser's operations, regardless of whether such discharges are caused by Purchaser's employees, agents, Subcontractors, or their employees or agents, directly or indirectly, as a result of Purchaser's Operations must be reported.

Harmful discharges of oil are those that violate applicable State water quality standards, cause a film or sheen on the water's surface, or leave sludge or emulsion beneath the surface of the water or adjoining shorelines regardless of the amount of material discharged (40 CFR 110.3). As such reporting is not triggered by the amount of the discharge but by the presence of the criteria prescribed in 40 CFR 110.3. Harmful discharges meeting the criteria in 40 CFR 110 must be reported by Purchaser. Purchaser shall take whatever initial action may be safely accomplished to control all reportable discharges. Appropriate actions include but are not limited to containment, sorbents or dispersants as needed or as prescribed by the Spill Prevention Control and Countermeasures Plan pursuant to 40 CFR 112. Purchaser shall prepare a Spill Prevention Control and Countermeasures (SPCC) Plan pursuant to EPA requirements as stated in 40 CFR 112 when the following conditions are met:
    (a) Purchaser maintains above ground storage facilities, including mobile storage, for oil or oil products on the Sale Area and the total storage capacity for these products exceeds 1,320 gallons in either a single container of greater than 1,320 gallons, or in multiple containers of 55 gallons or greater, and
    (b) there is a reasonable expectation that a harmful discharge could reach navigable waters of the United States, adjoining shorelines or other waters as prescribed in 40 CFR 112.

Reasonable expectation for a discharge reaching navigable waters is based on the location of the storage facility to streams, ditches, gullies, or permanent water bodies that could be impacted as well as drainage patterns, soil conditions, precipitation runoff and the volume of material potentially spilled. The SPCC Plan shall outline measures which will prevent discharges from reaching navigable waters, adjoining shorelines, or other waters of the United States. According to Section 112.1(d)(1)(i), the determination of reasonable expectation for a harmful discharge must be based solely upon consideration of the geographical and locational aspects of the facility. If a Purchaser makes a determination that, due to the location, the facility cannot reasonably be expected to discharge oil as described in Section 112.1(b), Purchaser should be prepared to provide the rationale and any supporting documentation, if requested by the Contracting Officer, that explains why the facility does not have an SPCC Plan.


C6.36# - <u>ACCEPTANCE OF WORK</u> *(05/2025)*

Upon Purchaser's written request and assurance that Designation by Prescription (DxP) end results has been completed in a unit in accordance with C2.355# - DESIGNATION BY PRESCRIPTION (7/22), the Forest Service shall perform an inspection within 5 days, excluding weekends and federal holidays, so as not to delay unnecessarily the progress of Purchaser's operations. Such a request will be for acceptance of end results of Purchaser's operations.  Within 2 days of inspection, excluding weekends and Federal holidays, Forest Service will furnish Purchaser with written notice of either of acceptance or of work remaining to be done. Forest Service may perform such inspections without request from Purchaser. Unless otherwise agreed in writing, procedures for inspecting Purchaser Cutting under C2.355# are as follows:

**C6.36# Table**

EXHIBIT 17, Page 23 of 39

C6.37 - <u>SUBSTITUTE METHODS</u> *(08/2006)*

Notwithstanding other provisions herein, for minor changes such as changes in logging systems for areas smaller than 5 acres, Purchaser and Forest Service may agree in writing that use of substitute methods or equipment will achieve Forest Service objectives under this contract and may be used in lieu of those specified for Purchaser's Operations.

C6.41# - <u>FELLING, BUCKING,  AND LIMBING</u> *(08/2007)*

Unless otherwise agreed in writing, Purchaser's felling, bucking, and limbing operations shall be conducted as specified in the table below.

**See Table A**

EXHIBIT 17, Page 24 of 39

EXHIBIT 17, Page 25 of 39

<u>C6.42#</u> - <u>GROUND BASED SKIDDING</u> *(08/2006)*

Unless otherwise agreed in writing, the method of skidding Included Timber shall be as shown on the Sale Area Map, by areas, with symbols defined in the following table:

**See Table A**

EXHIBIT 17, Page 26 of 39

EXHIBIT 17, Page 27 of 39

C6.5 - <u>STREAMCOURSE PROTECTION</u> *(08/2006)*

Unless otherwise agreed in writing, wheel or track laying equipment shall not operate within "Buffer Strips" except as necessary for fire suppression activities. "Buffer Strips" are areas marked on the ground or are within the distances identified on the Sale Area Map measured from the apparent high water mark of streamcourses. Boundaries of Buffer Strips may be modified by agreement in writing to meet unforeseen operating conditions.

Culverts, bridges, or other suitable structures shall be required on skid roads and trails only at points where it is necessary to protect Stream courses. The type of crossing structures, method of installation and removal shall be determined by agreement. Purchaser in accordance with C6.6 - Erosion Prevention and Control, shall remove such structures and associated fills.

Damage to Stream course or Buffer Strips caused by unauthorized Purchaser's Operations shall be repaired by Purchaser in a timely and agreed manner to the extent practical as determined by Forest Service to restore and prevent further damage to Stream courses.


C6.6# - <u>EROSION PREVENTION AND CONTROL</u> *(05/2008)*

Erosion prevention and control work, including Streamcourse protection, required by C6.5 and B6.6 shall be completed within 15 calendar days after skidding operations related to each landing are substantially completed or after Forest Service designation on the ground of work where such designation is required hereunder. Said time limit shall be exclusive of full days lost in Purchaser's Operations due to causes beyond Purchaser's control. Such on the ground designation shall be done as promptly as feasible unless it is agreed that the location of such work can be established without marking on the ground. After September 15 and as long thereafter as operations continue the work shall be done as promptly as practicable. Damage resulting from Purchaser's Operations due to failure to perform required work shall be repaired by Purchaser.

Notwithstanding other provisions in this contract and unless otherwise agreed in writing, any hay, straw, or mulch used in this contract shall be State of California certified weed free.

Additional erosion control requirements of this contract are listed in the following table.

**See Table A**

EXHIBIT 17, Page 29 of 39

<u>C6.7#</u> - <u>SLASH TREATMENT</u> *(08/2006)*

Purchaser shall pile, scatter, yard, construct firelines or otherwise treat slash defined in specifications below, within designated areas.  Work required of Purchaser shall be in accordance with the following slash plan and specifications, and the Sale Area Map.

All vegetative debris associated with construction of Specified Roads such as unutilized timber, brush and grubbed stumps is Construction Slash.  Measures to be taken by Purchaser for treatment of Construction Slash are set forth in the attached road construction specifications and in the attached slash treatment specifications.

Vegetative debris larger than 1 inch in diameter outside bark and 3 feet long resulting from Purchaser's Operations, other than Construction Slash, is Logging Slash.  Measures to be taken by Purchaser for treatment of Logging Slash are set forth below unless otherwise agreed in writing.

Forest Service and Purchaser shall jointly develop a schedule for completion of slash treatment on the various portions of Sale Area prior to Purchaser's Operations.

Removing may be substituted for treatment of any other specified method.

 By agreement in writing, certain slash may be left for fuelwood.  When the specified treatment is by a combination of methods, Logging Slash not treated by one of the methods shall be treated by the other(s).

See the slash treatment specification table below.


**See Table A.**

EXHIBIT 17, Page 30 of 39

EXHIBIT 17, Page 31 of 39

C6.815 - <u>THIRD PARTY SCALING SERVICES</u> *(04/2004)*

Notwithstanding the requirement for Forest Service or parties under contract to Forest Service to provide Scaling services under B6.81, Scaling designated in A10 shall be conducted by a third party Scaling organization approved by Forest Service. Scaling shall be done in accordance with A9 and Purchaser shall bear costs for Scaling service.

In the event third party Scaling service is suspended for causes such as strikes, termination of third party's approval to Scale National Forest logs by Forest Service, or Purchaser's failure to pay third party Scaling costs, hauling operations shall be suspended until agreed alternate Scaling services are provided or service by third party is resumed.

When an approved alternate Scaling location pursuant to B6.811 does not have an approved third party scaling organization as a commonly used Scaling services provider, Forest Service or parties under contract to Forest Service shall provide Scaling services at the approved alternate location. In such an event, the cost of waived third party Scaling listed in A10 shall be charged to Timber Sale Account.

If Forest Service and Purchaser agree in writing that another party under contract to Forest Service will perform Scaling, the contract will be modified to include C6.816 and Timber Sale Account will be charged for such Scaling.

C6.841 (Option 1) - <u>ROUTE OF HAUL.</u> *(07/2022)*

As part of the annual Operating Schedule, Purchaser shall furnish a map showing and designating the route of haul over which unscaled products will be transported from Sale Area to the approved Scaling location. A written description of the haul route will not be accepted as a substitute for a map. Such designated route of haul shall be the most economical haul route available between the points. The estimated average haul time from the Sale Area to the approved scaling location shall be documented on the map showing the route of haul.

Upon advance written agreement, other routes may be approved. All unscaled products removed from Sale Area shall be transported over the designated routes of haul.

Purchaser shall notify Forest Service when a load of products, after leaving Sale Area, will be delayed in reaching Scaling location by more than 12 hours past the estimated average haul time documented on the map showing the route of haul.

Purchaser shall require truck drivers to stop, if requested by Forest Service, for accountability checks when products are in transit from Sale Area to the designated Scaling location.

Purchaser and Forest Service shall agree to locations for accountability checks in advance of haul. Such locations shall be established only in areas where it is safe to stop trucks. Forest Service shall notify Purchaser of the methods to be used to alert truck drivers of an impending stop.

C7.2# - <u>SPECIFIED FIRE PRECAUTIONS</u> *(06/2012)*

Purchaser or a designated Purchaser's Representative shall certify compliance with specific Timber Sale Contract and California Public Resources Code (CPRC) fire precautionary measures in B7.1 Plans, C7.2# and C7.22#.  Certification shall be provided prior to starting operations during Fire Precautionary Period and shall be updated as needed.

Listing of specific fire precautionary measures in the following subsections is not intended to relieve Purchaser in any way from compliance with State fire laws covering fire prevention and suppression equipment applicable to Purchaser's Operations.

Upon request of Forest Service, Purchaser shall permit and assist in periodic testing and inspection of required fire equipment.

The following definitions shall apply to C7.2# and C7.22#:

Active Landing:  A location Purchaser is skidding logs into, or performing other operations such as delimbing, log manufacturing, and chipping logs.  Except for EV and E days, loading logs or stockpiled chips only on a cleared landing does not constitute an Active Landing.

Hot Saw:  A harvesting system that employs a high-speed (>1100 rpm) rotating felling head (i.e., full rotation lateral tilt head).

Mechanical Operations:  The process of felling, skidding, chipping, shredding, piling, log processing and/or yarding which requires the use of motorized power which includes, chainsaws, chippers, motorized carriages, masticators, stroke delimbers, skidders etc.

Specific equipment requirements and fire precautionary measures are shown in the following table and in C7.22#:

**Table A**

EXHIBIT 17, Page 33 of 39

<u>C7.22#</u> - <u>EMERGENCY PRECAUTIONS</u> *(06/2012)*

Purchaser's Operations shall conform to the limitations or requirements in the Project Activity Level (PAL) table below.  Unless otherwise agreed in writing, Project Activity Levels applicable to this project shall be the predicted levels for the Fire Danger Rating Area(s), or fire weather station(s) stated in the Sale Area Map legend.

Forest Service, in its sole discretion, may change the predicted activity level if the current fire suppression situation, weather and vegetation conditions warrant an adjustment.  If practicable, Forest Service will determine the following day's activity level by 6:00 PM.  Purchaser shall obtain the predicted Project Activity Level from the appropriate Ranger District Office before starting work each day.

Forest Service may change the Project Activity Level Table to other values upon revision of the National Fire Danger Rating System.  When Purchaser is notified, the revised Project Activity Levels will supersede the levels in the Project Activity Level Table below.

**PROJECT ACTIVITY LEVEL (PAL) - C7.22# - EMERGENCY PRECAUTIONS**

EXHIBIT 17, Page 35 of 39

C8.64 - <u>DEBARMENT AND SUSPENSION CERTIFICATION</u> *(03/2018)*

Pursuant to 2 CFR 180 and 2 CFR 417, Purchaser shall certify and obtain certifications from its Subcontractors regarding debarment, suspension, ineligibility, and voluntary exclusion, including additional Subcontractors obtained after award of this contract. 'Subcontractors' are participants in lower tier covered transactions.

Purchaser may rely upon a certification of a prospective Subcontractor that it is not proposed for debarment under 48 CFR 9.4, debarred, suspended, ineligible, or voluntarily excluded from participating in covered transactions or timber sales, unless Purchaser knows that the certification is erroneous.

Purchaser shall keep the certifications of its Subcontractors on file until timber sale Termination Date and any extensions thereof, and will provide a copy at the written request of Contracting Officer. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this Subsection. The knowledge and information of Purchaser is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

If Purchaser knowingly enters into a timber sale transaction with a person who is proposed for debarment under 48 CFR 9.4, suspended, debarred, ineligible, or voluntarily excluded from participation in covered transactions or timber sales, in addition to other remedies available to the Government, Forest Service may pursue available remedies, including suspension and/or debarment.

Contracting Officer shall provide a copy of Forms AD-1047, Certification Regarding Debarment, Suspension and Other Responsibility Matters-Primary Covered Transactions, and AD-1048, Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion-Lower Tier Covered Transactions to the Purchaser.

Purchaser shall complete form AD-1047 and provide to the Contracting Officer upon request.

Purchaser shall require each Subcontractor to complete form AD-1048 and provide to the Contracting Officer upon request.

EXHIBIT 17, Page 37 of 39

C8.66# (Option 1) - USE OF TIMBER *(04/2004)*

  (a) This contract is subject to the Forest Resources Conservation and Shortage Relief Act of 1990, as amended (16 USC 620, et seq.).

  (b) Except for **None** determined pursuant to public hearing to be surplus, unprocessed Included Timber shall not be exported from the United States nor used in direct or indirect substitution for unprocessed timber exported from private lands by Purchaser or any person as defined in the Act (16 USC 620e).

  (c)  Timber in the following form will be considered unprocessed:

  (i)  Trees or portions of trees or other roundwood not processed to standards and specifications suitable for end product use;

  (ii)  Lumber, construction timbers, or cants intended for remanufacturing not meeting standards defined in the Act (16 USC 620e); and

  (iii)  Aspen or other pulpwood bolts exceeding 100 inches in length.

  (d)  Unless otherwise agreed in writing, unprocessed Included Timber shall be delivered to a domestic processing facility and shall not be mixed with logs intended for export.

  (e)  Prior to award, during the life of this contract, and for a period of 3 years from Termination Date, Purchaser shall furnish to Forest Service, upon request, records showing the volume and geographic origin of unprocessed timber from private lands exported or sold for export by Purchaser or affiliates.

  (f)  Prior to delivering unprocessed Included Timber to another party, Purchaser shall require each buyer, exchangee, or recipient to execute an acceptable agreement that will:

  (i)  Identify the Federal origin of the timber;

  (ii)  Specify domestic processing for the timber involved;

  (iii)  Require the execution of such agreements between the parties to any subsequent transactions involving the timber;

  (iv)  Require that all hammer brands and/or yellow paint must remain on logs until they are either legally exported or domestically processed, whichever is applicable; and

  (v)  Otherwise comply with the requirements of the Act (16 USC 620d).

  (g)  No later than 10 days following the execution of any such agreement between Purchaser and another party, Purchaser shall furnish to Forest Service a copy of each such agreement. Purchaser shall retain, for 3 years from Termination Date, the records of all sales, exchanges, or dispositions of all Included Timber.

  (h)  Upon request, all records dealing with origin and disposition of Included Timber shall be made available to Contracting Officer.

(i)  For breach of this Section, Forest Service may terminate this contract and take such other ac-tion as may be provided by statute or regulation, including the imposition of penalties. When terminated by Forest Service under this Section, Forest Service will not be liable for any Claim submitted by Purchaser relating to the termination.

C9.1 - <u>PERFORMANCE BOND</u> *(08/2021)*

As a further guarantee of the faithful performance of the provisions of this contract, Purchaser delivers herewith and agrees to maintain a surety bond in the dollar amount stated in A17, unless the amount is adjusted as provided in C9.11 or B9.13. In lieu of surety bond, Purchaser may deposit into a Federal Depository, as directed by Forest Service under B4.21, and maintain therein, cash in the dollar amount stated in A17.
 Any adjustment or extension of time for completion of this contract beyond 1 year may be granted only with the consent of surety on bond or delivery of a new bond. Should the sureties on the bond delivered herewith, or any bond delivered hereafter in connection with this contract, become unsatisfactory to Forest Service, Purchaser shall, within 30 days of receipt of demand, furnish a new bond with surety satisfactory to Forest Service.


C9.11 - <u>BOND REDUCTION</u> *(08/2021)*

Upon Purchaser's written request, Contracting Officer shall redetermine the amount of Purchaser's performance bond to an amount not less than Purchaser's remaining obligations, including the value of Included Timber remaining on Sale Area, plus the estimated cost of uncompleted work required of Purchaser and any unpaid billings due on the timber sale. Contracting Officer shall provide written notice of the redetermined amount to Purchaser and to Purchaser's surety. Similarly, Contracting Officer shall report to Purchaser in writing the amount of deposited cash required thereafter if such deposits exist in lieu of a surety bond.
 As soon as security for the performance of this contract or the settlement of Claims incident thereto is no longer necessary, appropriate notice shall be given to surety or deposits that may have been made in lieu of surety bond shall be returned to Purchaser, subject to the conditions in B9.5.