C2.30# - CUTTING UNIT BOUNDARIES. (2/21)

**Cutting Unit Boundary Designation Table**

| Cutting Unit(s) 1/ | Paint Color 2/ | Designation Method 3/ | Description 4/ |
|---|---|---|---|
| All Units | | Geo-Fence | Except along private, see C2.35#. See description below. |

C2.35# DESIGNATION OF TIMBER, CUTTING UNIT BOUNDARIES, AND SUBDIVISION/PAYMENT UNIT BOUNDARIES (6/2012)

### Timber Designation Table

| Cutting Unit/ Subdivision/Area/ Payment Unit | Tree Paint Color | Designation or Specification |
|---|---|---|
| Sale Area | Green | Hazard Tree.  Notwithstanding B2.32 all dead and unstable live trees which are leaning towards a road or are otherwise hazardous to a road, and are sufficiently tall to reach Purchaser's landings or the roadbed of National Forest System roads within Sale Area, shall be felled by Purchaser when Marked in the specified paint color above and below stump height by Forest Service in advance of felling any other timber in the vicinity.  Pieces meeting Utilization Standards from such dead and unstable live trees shall be removed unless Purchaser is notified in writing that removal would cause unacceptable damage to areas requiring special protection such as residual timber, roads, administrative sites, streamside management zones, and areas identified on Sale Area Map or on the ground. |
| N/A | | Individual Tree Mark.  Individual trees are designated for cutting only if Marked above and below stump height with the specified paint color. |
| N/A | | Leave Tree Mark.  All live <_____> are designated for cutting unless Marked as leave trees.  Leave trees are Marked above and below stump height with the specified paint color.  Sale Area Map indicates areas plainly identified on the ground where leave trees are Marked to be left uncut. |
| N/A | | Wildlife Trees.  Notwithstanding the designation for cutting under B2.31, B2.33, B2.34,or B2.35, trees which are identified by standard Forest Service metal wildlife tree sign or painted with the specified paint color on the uphill and downhill side, shall be left uncut.  In event such trees are destroyed in Purchaser's Operations, Forest Service may designate alternate trees to be saved. |
| N/A | | Marked Out Trees.  When it is necessary to delete previously marked trees, an unique tree marking paint color will be Marked over or adjacent to the original mark, but will not obscure the original marking.  Trees Marked with the original marking paint color and the unique tree marking paint color are not Included Timber. |
| 24,25,26 (TSTA) | | Designation by Spacing C2.351# |
| 8,8A,8B,9,9B-9D, 10,10A,10B,11, 11A,12,12A, 12B,13,13A, 14,15 | | Designation by Prescription C2.355# |

Exhibit 18, Page 2 of 48

Subdivision/Payment Unit and Cutting Unit Boundary Designation Table

| Subdivision/Payment Unit | Boundary Paint Color | Boundary Designation |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| Cutting Unit | Boundary Paint Color | Boundary Designation |
|---|---|---|
| All Units | N/A | Geofence - See provision C2.30# |
| Units 8,9,11,13, 24,25,26 | Orange | In addition to the designation above a section of the boundary that borders private the cutting unit boundary trees are designated with three vertical painted stripes and and two butt marks. Middle stripe faces into the unit. |
|  |  |  |

<u>C2.355#</u> – <u>DESIGNATION BY PRESCRIPTION</u>. (7/22) Within Subdivision(s) or cutting unit(s) <u>All Units Except 24, 25, and 26</u> , as shown on Sale Area Map, the following criteria describing the desired end results shall be used by Purchaser to designate trees and other products for cutting and removal that meet Utilization Standards:

   **(a)** <u>1/ See table A, B, & C</u>—
(b) Additional trees to be cut, if any, are Marked by Forest Service with <u>2/   Blue   </u> tracer paint.

   **(b)** Other trees that shall be left uncut are Marked with <u>2/ Orange   </u> tracer paint.


Purchaser is not required to mark cut or leave trees meeting the criteria in (a) in advance of felling.

As an operational convenience and upon approval of the Contracting Officer, Purchaser may mark leave trees and/or cut trees Purchaser identifies in criteria (a). Leave trees may be marked with Purchaser's non-tracer <u>2/  N/A   </u> paint. Cut trees may be marked with Purchaser's non-tracer <u>2/ N/A   </u> paint. Cut trees shall not be marked with paint applied below stump height. Purchaser shall bear all costs associated with such marking.

Forest Service will not approve or accept Purchaser's tree marking in advance of cutting.

**Table A - FMZ RX**

| Unit | Habitat Type | Minimum Canopy | Prescription |
|------|-------------|----------------|--------------|
| 8A,9B, 10A,11, 12,13, 14 | Non-Habitat/Dispersal | N/A | Thin from below inner zone (0-150') to a residual average 60 ft$^2$ basal area (BA).<br><br>Thin from below outer zone (150'-300') to a residual average 80 ft$^2$ BA.<br><br>Cut all white fir <30" DBH except where needed to maintain canopy cover and basal area requirements.<br><br>Retain trees >30" DBH.<br><br>Cut all trees, other than pine and oak, within DBH + 5 feet around residual live pine, as well as oaks and other hardwoods greater than 12" DBH AND have ≥ 2 healthy branches.<br><br>Cut trees, other than pine and oak, within DBH + 0 feet around residual live Douglas-fir and cedar trees greater than 12" DBH.<br><br>See Table C for individual tree retention priorities. |
| 8B,9, 10, 11A, 12B, 13A, 15 | Foraging Habitat | 40 Percent | Thin from below inner zone (0-150') to a residual basal area of 120 ft$^2$ .<br><br>Thin from below outer zone (150'-300') to a residual basal area of 140-180 ft$^2$<br><br>Cut all white fir <30" DBH except where needed to maintain canopy cover and basal area requirements.<br><br>Retain trees >30" DBH.<br><br>Cut all trees, other than pine and oak, within DBH + 5 feet around residual live pine, as well as oaks and other hardwoods greater than 12" DBH AND have ≥ 2 healthy branches.<br><br>Cut trees, other than pine and oak, within DBH + 0 feet around residual live Douglas-fir and cedar trees greater than 12" DBH.<br><br>See Table C for individual tree retention priorities. |

*Sale Name: Rainier Timber Sale        Page 148a      Contract 2400-6,(6/06)*
**Table A – FMZ RX Cont.**

| 8, 12A | Nesting Roosting | 60 Percent | Thin from below (0–300') to a residual basal area of 150–180 ft² BA. |
|---|---|---|---|
| | | | Cut all white fir <30" DBH except where needed to maintain canopy cover and basal area requirements. |
| | | | Retain trees >30" DBH. |
| | | | Cut all trees, other than pine and oak, within DBH + 5 feet around residual live pine, oaks and other hardwoods greater than 12" DBH AND have ≥ 2 healthy branches. |
| | | | Cut trees, other than pine and oak, within DBH + 0 feet around residual live Douglas-fir and cedar trees greater than 12" DBH. |
| | | | See Table C for individual tree retention priorities. |

*Sale Name: Rainier Timber Sale        Page 148b      Contract 2400-6,(6/06)*
**Table B – Forest Resilience Rx**

| Unit | Habitat Type | Minimum Canopy | Prescription |
|---|---|---|---|
| 9C,10C | Non-Habitat or Dispersal | N/A | Thin from below to a residual average 120 ft² BA.<br><br>Cut all white fir <30" DBH except where needed to maintain canopy cover and basal area requirements.<br><br>Retain trees >30" DBH.<br><br>Cut all trees, other than pine and oak, within DBH + 5 feet around residual live pine, as well as oaks and other hardwoods greater than 12" DBH AND have ≥ 2 healthy branches.<br><br>Cut trees, other than pine and oak, within DBH + 0 feet around residual live Douglas-fir and cedar trees greater than 12" DBH.<br><br>See Table C for individual tree retention priorities. |
| 9D | Foraging | 40% | Thin from below to a residual basal area of 140-180 ft².<br><br>Cut all white fir <30" DBH except where needed to maintain canopy cover and basal area requirements.<br><br>Retain trees >30" DBH.<br><br>Cut all trees, other than pine and oak, within DBH + 5 feet around residual live pine, as well as oaks and other hardwoods greater than 12" DBH AND have ≥ 2 healthy branches.<br><br>Cut trees, other than pine and oak, within DBH + 0 feet around residual live Douglas-fir and cedar trees greater than 12" DBH.<br><br>See Table C for individual tree retention priorities. |

| Priorities for Retention |
|---|
| Larger DBH |
| Achievement of Basal Area and Canopy Cover Objectives (where applicable) |
| Individual Tree Health |
| Species:<br>1. Oak > 12" DBH<br>2. Pacific Madrone<br>3. Pacific Yew<br>4. Chinquapin<br>5. Sugar Pine<br>6. Ponderosa and Jeffrey Pines<br>7. Lodgepole<br>8. Incense Cedar<br>9. Doug Fir<br>10. White Fir<br>11. Knobcone Pine |

*Sale Name: Rainier Timber Sale        Page 148d        Contract 2400-6,(6/06)*

<u>C5.12#</u> – <u>USE OF ROADS BY PURCHASER.</u> (6/99)

**Restricted Road List**

| Road Number | Road Name | Termini | | Map Legend | Description of Restrictions |
|---|---|---|---|---|---|
| | | From | To | | |
| 35N23Y | Rainier Road | N End of Unit 8 | 35N24Y Intersection | R | Hauling Restricted north of Sale Area without written authorization from Forest Service to limit impacts to roads and limit truck traffic through community. |

*Sale Name: Rainier Timber Sale*      *Page 152*      *Contract 2400-6,(6/06)*

C5.31# – <u>ROAD MAINTENANCE REQUIREMENTS</u>. (7/01)

**Contract Road Maintenance Requirements Summary**

| Road | Termini | | Miles | Applicable Prehaul Road Maintenance Specifications | | | | | | | | |
|------|---------|----|-------|-------|-------|-------|-------|-------|---|---|---|---|
| | From | To | | T-802 | T-803 | T-805 | T-806 | T-810 | | | | |
| 35N28YA | End | 35N28Y | 0.28 | | | | | | | | | |
| 35N28Y | 35N28YA Intersection | 3TRI | 0.26 | P | P | | | | | | | |
| 35N32Y | Unit 11 Bdry | 134 | 0.20 | P | P | P | | | | | | |
| 35N65 | Unit 26 NE Corner | 35N77Y | 0.41 | P | P | | | | | | | |
| 35N77Y | Unit 10 SE Corner | 35N23Y | 0.41 | P | P | | | | | | | |
| 35N86A | Unit 26 Bdry | 35N86 | 0.32 | | P | | | | | | | |
| 35N86 | Unit 26 Bdry | 35N77Y | 0.45 | | P | | P | | | | | |
| 35N87 | Unit 8 Bdry | 35N23Y | 0.25 | | P | | | | | | | |
| 35N23Y | Unit 8 Bdry | 134 | 2.80 | | P | P | | | | | | |

P = Purchaser Performance Item, D = Deposit to Forest Service, D3 = Deposit to Third Party

| Road | Termini | | Miles | Applicable During Haul Road Maintenance Specifications | | | | | | | | |
|------|---------|-----|-------|------|-------|-------|-------|-------|---|---|---|---|
| | From | To | | T-802 | T-803 | T-805 | T-806 | T-810 | | | | |
| 35N28YA | End | 35N28Y | 0.28 | | P | | | | | | | |
| 35N28Y | 35N28YA Intersection | 3TRI | 0.26 | | P | | | | | | | |
| 35N32Y | Unit 11 Bdry | 134 | 0.20 | | P | | | | | | | |
| 35N65 | Unit 26 NE Corner | 35N77Y | 0.41 | | P | | | | | | | |
| 35N77Y | Unit 10 SE Corner | 35N23Y | 0.41 | | P | | | | | | | |
| 35N86A | Unit 26 Bdry | 35N86 | 0.32 | | P | | | | | | | |
| 35N86 | Unit 26 Bdry | 35N77Y | 0.45 | | P | | | | | | | |
| 35N87 | Unit 8 Bdry | 35N23Y | 0.25 | | P | | | | | | | |
| 35N23Y | Unit 8 Bdry | 134 | 2.80 | | P | | | | | | | |

P = Purchaser Performance Item, D = Deposit to Forest Service, D3 = Deposit to Third Party

| Road | Termini | | Miles | Applicable Post Haul Road Maintenance Specifications | | | | | | | | |
| | From | To | | T-802 | T-803 | T-805 | T-806 | T-810 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35N28YA | End | 35N28Y | 0.28 | | P | | | | | | | |
| 35N28Y | 35N28YA Intersection | 3TRI | 0.26 | | P | | | | | | | |
| 35N32Y | Unit 11 Bdry | 134 | 0.20 | | P | | | | | | | |
| 35N65 | Unit 26 NE Corner | 35N77Y | 0.41 | | P | | | | | | | |
| 35N77Y | Unit 10 SE Corner | 35N23Y | 0.41 | | P | | | | | | | |
| 35N86A | Unit 26 Bdry | 35N86 | 0.32 | | P | | | | | | | |
| 35N86 | Unit 26 Bdry | 35N77Y | 0.45 | | P | | | P | | | | |
| 35N87 | Unit 8 Bdry | 35N23Y | 0.25 | | P | | | | | | | |
| 35N23Y | Unit 8 Bdry | 134 | 2.80 | | P | | | | | | | |

P = Purchaser Performance Item  D = Deposit to Forest Service  D3 = Deposit to Third Party

**Road Maintenance T-Specifications**

**for**

**Timber Sale Contracts**

To be used with Timber Sale Contract Form 2400-6/6T, C/CT5.4

| Applicable T-Spec. | No. | Specification Title |
|---|---|---|
| X | T-800 | Definitions |
|   | T-801 | Slide and Slump Repair |
| X | T-802 | Ditch Cleaning |
| X | T-803 | Surface Blading |
|   | T-804 | Surfacing Repair |
| X | T-805 | Drainage Structures |
| X | T-806 | Dust Abatement |
|   | T-807 | Roadway Vegetation |
|   | T-808 | Miscellaneous Structures |
|   | T-809 | Waterbars |
| X | T-810 | Barriers |
|   | T-811 | Surface Treatment |

*Sale Name: Rainier Timber Sale        Page 155c        Contract 2400-6,(6/06)*

SPECIFICATION T-800 DEFINITIONS

Wherever the following terms or pronouns are used in Specifications T-801 through
T-811, the intent and meaning shall be interpreted as follows:

800-1.1 - Agreement.  Maintenance projects require a mutually acceptable method to resolve the problems which arise when incompatible situations arise between drawings and specifications and actual conditions on the ground to allow orderly and satisfactory progress of the maintenance.

These specifications have been developed in anticipation of those problem areas and have provided that such changes will be by Agreement.

It is intended that drawings and specifications will govern unless "on-the-ground" conditions warrant otherwise, when specifications call for "Agreement", "agreed", or "approval" such Agreement or approval shall be promptly confirmed in writing.

800-1.2 - Annual Road Maintenance Plan.  A plan prepared by various users of one or several roads.  The plan is an Agreement on maintenance responsibilities to be performed for the coming year.

800-1.3 - Base Course.  Material used to reinforce Subgrade or, as shown on drawings, placed on Subgrade to distribute wheel loads.

800-1.4 - Berm.  Curb or dike constructed to prevent Roadway runoff water from discharging onto embankment slope.

800-1.5 - Borrow.  Select Material taken from designated borrow sites.

800-1.6 - Crown, Inslope, and Outslope.  The cross slope of the Traveled Way to aid in drainage and traffic maneuverability.

800-1.7 - Culverts.  A conduit or passageway under a road, trail, or other obstruction.  A culvert differs from a bridge in that it is usually entirely below the elevation of the Traveled Way.

800-1.8 - Drainage Dip.  A dip in the Traveled Way which intercepts surface runoff and diverts the water off the Traveled Way.  A Drainage Dip does not block the movement of traffic.

800-1.9 - Drainage Structures.  Manufactured structures which control the runoff of water from the Roadway including Inslope, overside drains, aprons, flumes, downdrains, downpipes, and the like.

800-1.10 - Dust Abatement Plan.  A table which lists the road, dust palliative, application rates, and estimated number of subsequent applications.

800-1.11 - Lead-off Ditches.  A ditch used to transmit water from a Drainage Structure or Drainage Dip outlet to the natural drainage area.

800-1.12 - Material.  Any substances specified for use in the performance of the work.

*Sale Name: Rainier Timber Sale        Page 155d        Contract 2400-6,(6/06)*

800-1.13 - <u>Prehaul Maintenance</u>.  Road maintenance work which the Purchaser determines must be accomplished to maintain the roads to a satisfactory condition commensurate with the Purchaser's use, provided Purchaser's Operations do not damage improvements under B6.22 or National Forest resources and hauling can be done safely.  This work will be shown in the Annual Road Maintenance Plan as provided in C/CT5.31.
Prehaul Maintenance work the Purchaser elects to perform will be in compliance with the Road Maintenance T-Specifications.

800-1.14 - <u>Roadbed</u>.  The portion of a road between the intersection of Subgrade and sideslopes, excluding that portion of the ditch below Subgrade.

800-1.15 - <u>Road Maintenance Plan</u>.  A table which shows applicable road maintenance specifications to be performed by Purchaser on specific roads.

800-1.16 - <u>Roadside</u>.  A general term denoting the area adjoining the outer edge of the Roadway.

800-1.17 - <u>Roadway</u>.  The portion of a road within the limits of excavation and embankment.

800-1.18 - <u>Shoulder</u>.  That portion of Roadway contiguous with Traveled Way for accommodation of stopped vehicles, for emergency use, and lateral support of base and Surface Course, if any.

800-1.19 - <u>Slide</u>.  A concentrated deposit of Materials from above or on backslope extending onto the Traveled Way or Shoulders, whether caused by mass land movements or accumulated ravelling.

800-1.20 - <u>Slough</u>.  Material eroded from the backslope which partially or completely blocks the ditch, but does not encroach on the Traveled Way so as to block passage of traffic.

800-1.21 - <u>Slump</u>.  A localized portion of the Roadbed which has slipped or otherwise become lower than that of the adjacent Roadbed and constitutes a hazard to traffic.

800-1.22 - <u>Special Project Specifications</u>.  Specifications which detail conditions and requirements peculiar to the individual project.

800-1.23 - <u>Subgrade</u>.  Top surface of Roadbed upon which Base Course or Surface Course is constructed.  For roads without Base Course or Surface Course, that portion of Roadbed prepared as the finished wearing surface.

800-1.24 - <u>Surface Course</u>.  The Material placed on Base Course or Subgrade primarily to resist abrasion and the effects of climate.  Surface Course may be referred to as surfacing.

800-1.25 - <u>Surface Treatment Plan</u>.  A table which lists the roads and surface treatments to be applied.

800-1.26 - <u>Traveled Way</u>.  That portion of Roadway, excluding Shoulders, used for the movement of vehicles.

800-1.27 - <u>Turnouts</u>.  That portion of the Traveled Way constructed as additional width on single lane roads to allow for safe passing of vehicles.

800-1.28 - <u>Water Source</u>.  A place designated on the Road Maintenance Map for acquiring water for road maintenance purposes.

800-1.29 - <u>Waterbar</u>.  A dip in the Roadbed which intercepts surface runoff and diverts the water off the Roadway.  A Waterbar is not designed to be traversable by logging trucks.

### SPECIFICATION T-802 DITCH CLEANING

<u>DESCRIPTION</u>

<u>1.1</u>  Ditch cleaning is removing and disposing of all Slough Material from Roadway ditches to provide a free-draining waterway.

<u>REQUIREMENTS</u>

<u>3.1</u>  Ditch cleaning shall be repeated during the year as often as necessary to facilitate proper drainage.

<u>3.2</u>  All Slough Material or other debris which might obstruct water flow in the Roadway ditch shall be removed.  Material removed from the ditch, if suitable, may be blended into existing native road surface or Shoulder or placed in designated Berms in conjunction with Surface Blading T-803 operations.

Material removed from ditches that is not by Agreement blended into existing roads or placed in Berms shall be loaded and hauled to the disposal site shown on Sale Area Map.

<u>3.3</u>  Roadway backslope or Berm shall not be undercut.

### SPECIFICATION T-803 SURFACE BLADING

<u>DESCRIPTION</u>

<u>1.1</u>  Surface blading is keeping a native or aggregate Roadbed in a condition to facilitate traffic and provide proper drainage.  It includes maintaining the Crown, Inslope or Outslope of the Traveled Way, Turnouts, and Shoulder; repairing Berms; blending approach road intersections; and cleaning bridge decks, Drainage Dips, and Lead-off Ditches.

<u>REQUIREMENTS</u>

<u>3.1</u>  Surface blading shall be performed before, during, and after Purchaser's use as often as necessary to facilitate traffic and proper drainage.

EXHIBIT 18, Page 16 of 48

3.2  The surface blading shall preserve the existing cross-section.  Surface irregularities shall be eliminated and the surface left in a free-draining state and to a smoothness needed to facilitate traffic.  Surface Material 3 which has been displaced to the Shoulders or Turnouts shall be returned to the Traveled Way.  The blading operation shall be conducted to prevent the loss of surface Material and to provide for a thorough mixing of the Material being worked.

3.3  Water, taken from Water Sources designated on Sale Area Map, shall be applied during blading if sufficient moisture is not present to cut, mix, or compact the surface Material.

3.4  On native surfaced roads, Material generated from backslope Sloughing, and ditch cleaning may be blended with the surface Material being worked.  On aggregate surfaced roads this Material shall not be blended with Surface or Base Course Material unless agreed otherwise.

3.5  Roadway backslopes or Berms shall not be undercut, nor shall new Berms be established unless agreed otherwise.

Berms shall be repaired by placing Material, as needed to restore the Berm, to reasonably blend with existing line, grade, and cross-section.

3.6  Drainage Dips and Lead-off Ditches shall be cleaned and maintained to reasonably blend with existing line, grade, and cross-section.

3.7  Intersecting roads shall be bladed for a distance of 50 feet to assure proper blending of the two riding surfaces.

3.8  Rocks or other Material remaining on the Traveled Way after the final pass that are larger than 4 inches in diameter or are larger than the maximum size of imported surfacing shall be removed from the Traveled Way.  The oversized Material shall be disposed of by sidecasting, unless shown otherwise on Sale Area Map.  Sidecasting into streams, lakes, or water courses will not be permitted.

3.9  Material resulting from work under this specification shall not remain on or in structures, such as Culverts, overside drains, cattleguards, ditches, Drainage Dips, and the like.

3.10  Material resulting from work under this specification, plus any accumulated debris, shall be removed from bridge decks and the deck drains opened.

## SPECIFICATION T-805 DRAINAGE STRUCTURES

DESCRIPTION

1.1  This work consists of maintaining Drainage Structures and related items such as inlet and outlet channels, existing riprap, trash racks, and dropinlets.

MATERIALS

*Sale Name: Rainier Timber Sale        Page 155g      Contract 2400-6,(6/06)*

2.1  All Materials used in the maintenance of Drainage Structures shall conform by type and specification to the Material in the structure being maintained.

REQUIREMENTS

3.1  Drainage Structures and related items shall be cleared of all foreign Material which has been deposited above the bottom of the structure and all vegetative growth which interferes with the flow pattern.  Material removed that cannot be incorporated into maintenance work shall be hauled to a disposal site shown on Sale Area Map.

3.2  If outlet or inlet riprap was installed by Purchaser as a construction item or existed prior to Purchaser's haul, it shall be maintained in good condition including the replacement of riprap if necessary to previous line, grade, and cross-section.

3.3  Perform maintenance to insure the proper functioning of the head walls, aprons, inlet assemblies, overside drains, riprap, trash racks, and other facilities related to the Drainage Structure.
                    SPECIFICATION T-806 DUST ABATEMENT

DESCRIPTION

1.1  This work shall consist of preparing Traveled Way and furnishing and applying Materials to abate dust.

MATERIALS

2.1  The roads requiring dust abatement, type of dust abatement Material to be used, the rates of application, and frequency of applications will be shown on Dust Abatement Plan.  The Dust Abatement Plan may be changed by written Agreement.

2.2  Water.  The locations of Water Sources are shown on Contract Area Map.

Operating Guidelines:
1. Operations are restricted to one hour after sunrise to one hour before sunset.
2. Pumping rate shall not exceed 350 gallons per minute.
3. The pumping rate shall not exceed ten percent of the stream flow.
4. Seek streams and pools where water is deep and flowing, as opposed to streams with low flow and small isolated pools.
5. Pumping shall be terminated when the tank is full. The effect of single pumping operations, or multiple pumping operations at the same location, shall not result in obvious draw-down of either upstream or downstream pools.
6. Each pumping operations shall use a fish screen. The screen face should be oriented parallel to flow for best screening performance. The screen shall be designed and used such that it can be submerged with at least one-screen-geight clearance above and below the screen.

7. Operators shall keep a log on the truck containing the following information:
   a. Operator's Name
   b. Date
   c. Time
   d. Pump Rate
   e. Filling Time
   f. Screen Cleaned (Y or N)
   g. Screen condition
   h. Comments

Screen Construction Criteria:
1. Surface Area:
   a. The total (unobstructed) surface area of the screen shall be at least 2.5 square feet, based on the upper limit of pumping of 350 gpm. Larger surface areas are recommended where debris buildup is anticipated, and where stream depth is adequate to keep the screen submerged at approximately middepth.
2. Screen Mesh:
   a. Screen Mesh must be in good repair and present a sealed, positive barrier effectively preventing entry of the "design fish" into the intake. The design fish in this case is an immature (20-30mm) salmon or steelhead fry.
   b. The screen mesh size shall be: round openings – maximum 3/32 inch diameter (.09 inch)
   c. Square openings – maximum 3/32 inch diagonal (.09 inch)
   d. Slotted openings – maximum 1/16 inch width (.07 inch)
3. Screen Design:
   a. Water drafting screens maybe off-the-shelf products, but they are often custom-made devices appropriate to the scale and duration of pumping operation. To keep the screen supported and correctly positioned in the water column, adjustable support legs are advised. Screen geometry can be configured either as rectangular or cylindrical, e.e. as a shallow "box-shape" or tubular.
   b. The intake structure shall be designed to promote uniform velocity distribution at all external mesh surfaces. This can be accomplished with a simple internal baffle devise that distributes the flow evenly across the entire surface of the screen. In order to accomplish this, the designer needs to understand the hydraulic characteristics of these devices. There is a tendency for most of the intake water to enter the screen near the hose end, so a typical internal baffle would consist of a pipe (or manifolded set of pipes) which have variable porosity holes at predetermine spacing. We recommend starting near the hose end with approximately 5 – 10% average open area, and gradually increasing the porisity toward the length of the sceen. At a point where screen length exceeds three times the diameter of the suction hose, the baffling effect tends to diminish rapidly. At this point the baffle porosity may approach 100%. A successful baffle system will functionally distribute flow to all areas of the screen. A poorly designed screen may result in high-velocity "hot spots", which could lead to fish impingement on the screen face.
   c. Hydraulic testing of prototype screen designs is recommended where the application is on-going and extensive.

*Sale Name: Rainier Timber Sale        Page 155i        Contract 2400-6,(6/06)*

4. Screen Structure:
   a. The screen frame must be strong enough to withstand the hydraulic forces it will experience. However, the structural frames, braces, and other elements that block the flow, change flow direction, or otherwise decrease the screen surface area should be minimized.
5. Screen Cleaning:
   a. The screen shall be cleaned as often as necessary to prevent approach velocity from exceeding 0.33 feet per second. Operators should withdraw the screen and clean it after each use, or as necessary to keep screen face free of debris. Pumping should stop of screen cleaning when approximately fifteen percent or more of the screen area is occluded by debris. A suitable brush shall be on board the truck for this cleaning operation.
   b. If the operator notes (1) impingement of any juvenile fissh on the screen face or (2) entrainment of any fish through the screen mesh, he/she should stop operations and notify the Department of Fish & Game and/or NMFS hydraulic engineering staff:
      National Marine Fisheries Service
      Engineering Section
      777 Sonoma Avenue, Suite 325
      Santa Rosa, CA 95404
      (707) 575-6050

2.3  Dust abatement Materials shall meet the requirements of the following subsections of Forest Service Specifications for Construction of Roads and Bridges or attached Special Project Specifications.

| | |
|---|---|
| Emulsified Asphalt | 702 |
| Blotter Material | 703.12 |
| Magnesium or Calcium Chloride Brine | 723.01 |
| Calcium Chloride Flake | 723.02 |
| Lignin Sulfonate | 723.03 |

2.4  Testing of Materials.  Certification and sampling of bituminous Materials lignin sulfonate, and magnesium chloride shall be in accordance with subsections 105.04 or 723.04 of Forest Service Specifications for Construction of Roads and Bridges.

REQUIREMENTS

3.1  General.  Dust abatement Materials shall be applied to the road surface as necessary to control road surface loss, provide for road user safety, and minimize damage to adjacent resources.

3.2  Compaction.  When the methods listed below specify compaction, Traveled Way shall be compacted by an 8 to 10 ton pneumatic, steel-wheeled or equivalent vibrating roller making 2 passes over the full Traveled Way and Shoulder width, unless compaction is not required on the Dust Abatement Plan (C/CT5.31.

3.3  Preparation to Dust Abatement Materials Other Than Water.  The following applies to all methods of preparation:

*Sale Name: Rainier Timber Sale       Page 155j      Contract 2400-6,(6/06)*

Bituminous residue shall be scarified and pulverized to produce loosened Material not exceeding 4 inches in greatest dimension. Traveled Way shall be bladed in accordance with T-803.

Prior to applying DO-6BA, DO-6PA, or DO-8, the top 2 inches of Traveled Way shall contain not less than 80 percent nor more than 120 percent of optimum moisture as determined by AASHTO T-99, Method C. Prior to applying other bituminous Material, Traveled Way shall have a moisture content between 1 and 3 percent.
If surface dusting prevents the bituminous Material from penetrating, a light application of water shall be applied just prior to applying the bituminous Material.

Lignin Sulfonate and magnesium chloride shall be applied when the top 1 inch of Traveled Way contains not less than 3 percent moisture, nor more than 120 percent of optimum moisture as determined by AASHTO T-99, Method C.

Moisture content will be determined in accordance with AASHTO T-217 OR T-239.

One or more of the following methods shall be used, as specified in the Dust Abatement Plan (CT5.31).

Method 1. Compact Traveled Way and apply the dust abatement Material.

Method 2. Develop a layer of loose Material approximately 1 inch in depth for the full width of Traveled Way. Apply the dust abatement Material to this loose Material and compact after penetration. If traffic makes maintenance of the loose Material difficult, 1 inch of the Material may be bladed into a windrow along the Shoulder. The specified moisture content shall be maintained in the windrow and the top 1 inch of Traveled Way. The windrow shall be bladed to a uniform Material. When the dust abatement Material has penetrated, Traveled Way shall be compacted.

Method 3. Blade 1 inch of Material from Traveled Way into a windrow along the Shoulder. Maintain the specified moisture content in the windrow and the top inch of Traveled Way. Apply half the dust abatement Material. When the dust abatement Material has penetrated, the windrow shall be bladed to a uniform depth across dust abatement Traveled Way, and the remaining dust abatement Material shall be applied. Traveled Way shall be compacted.

Method 4. Develop a layer of loose Material approximately 2 inches in depth for the full width of          Traveled Way. Apply half the dust abatement Material to the loose Material. Blade the top 2 inches into a windrow along the Shoulder. Apply the remaining dust abatement Material to Traveled Way and the Berm. Spread the Berm evenly across Traveled Way and compact.

3.4 Preparation for Dust Abatement with Water. Traveled Way shall be prepared in accordance with Specification T-803 Surface Blading when required.

3.5 Application Tolerance. Dust abatement Materials other than water shall be applied within 0.05 gallons per square yard of the rate specified.

3.6  <u>Mixing Requirements</u>.  DO-6BA, DO-6PA, and DO-8 shall be thoroughly circulated in the distributor within 1 hour of application.

3.7  <u>Weather Limitations</u>.  Dust abatement Materials shall not be applied when it is raining.
Bituminous Material shall be applied when the surface temperature of Traveled Way is 50 degrees Fahrenheit or higher.

Lignin sulfonate and magnesium chloride shall be applied when the atmospheric temperature is 40 degrees Fahrenheit or higher.

3.8  <u>Blotter Material</u>.  Blotter Material shall be spread in a sufficient quantity to prevent tire pickup.

SPECIFICATION T-810 BARRIERS

<u>DESCRIPTION</u>:

 1.1  This work shall consist of furnishing, installing, or removing barriers. Gates are not included.

<u>MATERIALS</u>:

 2.1  Materials for the barriers shall meet the requirements as shown on the attached drawings.

<u>REQUIREMENTS</u>:

 3.1  Barriers shall be installed in accordance with the attached drawings.

 3.2  The location of barriers to be removed or installed are shown on the Contract Area Map. Installation or removal may occur as often as road use is terminated and resumed.



EARTHEN BERM ROAD CLOSURE DETAILS

EXISTING
ROAD

CLOSED
ROAD

DRAWING
NOT TO SCALE

CONSTRUCTION NOTES:

1. The average berm length is 20 feet

2. Height of berm shall be a minimum of 4 feet.

3. Push up local materials to construct berm. Get materials from far enough away to not create a ditch.

4. Refer to Specification 810, Barriers.

U.S.DEPARTMENT OF AGRICULTURE

FOREST SERVICE

STANDARD DETAIL FOR
BARRIERS
T-810

*Sale Name: Rainier Timber Sale          Page 155m          Contract 2400-6,(6/06)*

Dust Abatement Plan (C5.31#)  (T-806)  (7/01)
Rainier Timber Sale

| Road Segment | Material Type or Grade | Application Rate Initial | Application Rate Subsequent | Frequency of Subsequent Application | Prep. Method | Wt. Vol. Conversion Factor |
|---|---|---|---|---|---|---|
| 35N28YA | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N28Y | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N32Y | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N65 | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N77Y | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N86A | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N86 | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N87 | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |
| 35N23Y | WATER | N/A | N/A | *SEE BELOW | **SEE BELOW | N/A |

**PREPARATION METHOD FOR WATER - PREPARATION SHALL BE IN ACCORDANCE WITH
SPECIFICATION T-806 DUST ABATEMENT.

* If water is used
-
Complete abatement once for each hauling day shall satisfy this
requirement, except that when production exceeds 10 loads per operating day, water
shall be applied to dusting roads through
the day while hauling.
** Preparation method for water
-
Preparation shall be in accordance with the
specification T
-
806 Dust Abatement.

* If water is used - Complete abatement once for each hauling day shall satisfy this
requirement, except that when production exceeds 10 loads per operating day, water
shall be applied to dusting roads through the day while hauling.
** Preparation method for water - Preparation shall be in accordance with the
specification T-806 Dust Abatement.

SPECIFICATIONS PURSUANT TO C5.35# - REQUIREMENTS OF ROAD AND WATER SUPPLY USE

Tab

| Load Limitations | Purchaser shall notify Forest Service in writing of the planned size and load distribution for equipment which exceeds the State of California Vehicle Code legal size and weight, and the National Forest System roads to be used. Such notice may be part of plan of operation under B6.311. Within 15 days after receipt of the written notice Forest Service shall notify Purchaser in writing of any regulations or restrictions that may be needed to protect National Forest Transportation Facilities.<br><br>A written permit shall be required for moving any vehicle which is in excess of the established legal size and weight which is not listed in the above plan, except as may be authorized in prior written agreements. |
|---|---|
| Existing Non-National Forest System Roads | Roads not shown on Sale Area Map may be used as Temporary Roads if there is agreement before use is started. |
| Snow Removal | If Purchaser removes snow from roads, such work shall be done with Forest Service approval and in a manner that will protect roads and adjacent resources.<br><br>Snow berms shall be removed or placed to avoid accumulation of melt water on the road and prevent water concentration on erosive slopes or soils.<br><br>Snow must not be removed to the road surface. A minimum 4 inch snow depth must be left to protect the roadway. If the road surface is damaged, Purchaser shall replace lost surface material and repair structures damaged in blading operations prior to hauling, unless climatic conditions prevent necessary work from being accomplished or as otherwise agreed in writing.<br><br>Single lane roads shall be plowed full width including turnouts. In event double lane roads are not plowed to full width, warning signs shall be required and plowing shall be no less than single lane (12 feet) with intervisible turnouts. |

| Water Supply Deposit | If Purchaser utilizes the water site located <u>N/A</u>, for any listed activity, Purchaser shall make deposit with Forest Service for that activity at the time and in the amount shown in the Water Supply Deposit Schedule table below. |
|---|---|

WATER SUPPLY DEPOSIT SCHEDULE

| Activity | Unit of Payment | Unit Cost | Total Cost | Time of Payment |
|---|---|---|---|---|
| | | N/A | | |

| Surface Replacement Deposits | Purchaser shall make Required Deposits for deferred surface replacement (16 U.S.C. 537) for use of existing surfaced roads. If applicable, such deposits shall be based upon the volume and distance hauled on the roads and at the applicable rates listed in the table below titled Surface Replacement Deposit Schedule. If Purchaser uses surfaced roads under jurisdiction of Forest Service other than those listed, Forest Service may establish applicable rates for such surfaced roads. |
|---|---|

SURFACE REPLACEMENT DEPOSIT SCHEDULE

| Road No. | From | To | Miles | Rate | |
|---|---|---|---|---|---|
| 35N28YA | End | 35N28Y | 0.28 | $0.00 | /TON |
| 35N28Y | 35N28YA Intersection | 3TRI | 0.26 | $0.00 | /TON |
| 35N32Y | Unit 11 Bdry | 134 | 0.20 | $0.00 | /TON |
| 35N65 | Unit 26 NE Corner | 35N77Y | 0.41 | $0.00 | /TON |
| 35N77Y | Unit 10 SE Corner | 35N23Y | 0.41 | $0.00 | /TON |
| 35N86A | Unit 26 Bdry | 35N86 | 0.32 | $0.00 | /TON |
| 35N86 | Unit 26 Bdry | 35N77Y | 0.45 | $0.00 | /TON |
| 35N87 | Unit 8 Bdry | 35N23Y | 0.25 | $0.00 | /TON |
| 35N23Y | Unit 8 Bdry | 134 | 2.80 | $0.24 | /TON |

Sale Area Average Rate:   $/0.24 TON Accnt:<u>_FSSR01_</u>

Deposits distributed to FSSR01 <u>$0.24</u> TON and 863001 <u>$0.001</u> TON

Winter Haul Average Rate: $/0.73 TON Accnt:<u>_FSSR01_</u>

*Winter Haul are triple surface replacement rate; winter haul is from 12/01 thru 4/20

C6.24# –SITE SPECIFIC SPECIAL PROTECTION MEASURES. (7/22)

**Special Measures Areas (SMA)**

| SMA Type-[1] | Designation Method -[2] | Special Protection Measure in Addition to B6.24 [3] |
|---|---|---|
| SMA | b | No equipment or other activities within flagged sites. |

**Limited Operating Period(s)**

| Subdivision, Cutting-Unit, or Road# [5] | Operation(s) Restricted [6] | Period Operations are Not Permitted [7] |
|---|---|---|
|  |  |  |

**C6.315# - SALE OPERATIONS SCHEDULE.**  (8/2006)

SCHEDULE PURSUANT TO C6.315# - SALE OPERATIONS SCHEDULE (8/2006)

| Subdivision/ Area/Unit | Conditions of Operation | Purpose |
|---|---|---|
| All Units | No activities that modify suitable habitat within 0.5 miles of an active nest or within unsurveyed suitable (NRF) habitat. | February 1 – September 15 (Northern Spotted Owl) |
| All Units | No activities that create above-ambient loud and continuous noise for >=2 hours within 0.25 miles of an active nest or unsurveyed suitable (NRF) habitat. | February 1 – July 9 (Northern Spotted Owl) |

**C6.36# - ACCEPTANCE OF WORK.** (3/13/2025). Upon Purchaser's written request and assurance that Designation by Prescription (DxP) end results has been completed in a unit in accordance with C2.355# - DESIGNATION BY PRESCRIPTION (5/15), the Forest Service shall perform an inspection within 5 days, excluding weekends and federal holidays, so as not to delay unnecessarily the progress of Purchaser's operations. Such a request will be for acceptance of end results of Purchaser's operations. Within 2 days of inspection, excluding weekends and Federal holidays, Forest Service will furnish Purchaser with written notice of either of acceptance or of work remaining to be done. Forest Service may perform such inspections without request from Purchaser. Unless otherwise agreed in writing, procedures for inspecting Purchaser cutting under C2.355# are as follows:

Sampling (Government's inspection system)

The method of inspecting Purchaser's cutting of Designation by Prescription by the Forest Service shall be done using a 20 BAF and either a logger's tape or range finder to measure distance.

1. The following factors will be the inspection criteria:
   a. Average basal area of leave trees greater than 10 inches diameter at breast height (dbh), except 8 inches diameter at breast height (dbh) Douglas fir. Existing understocked/open areas within stands are not averaged.
   b. Adherence to the prescription for priority retention trees. ***No conifers greater than 30.0 inches Diameter Breast Height (DBH) will be cut.*** *(This will equate to 34.0 inch stump diameter for inspection purposes).* Retention Tree selection will use Priorities for Retention List as described in C2.355# - DESIGNATION BY PRESCRIPTION. (7/22).
   c. Removal of all live conifers greater than 12 inches stump diameter within DBH +5 feet of the bole of a live PP or Oak trees greater than 12-inch at Diameter Breast Height (DBH). In addition, removal of all live conifers greater than 12 inches stump diameter within DBH + 0 feet around residual live Douglas-fir and cedar trees greater than 12" DBH.

2. **Inspection Plot Locations and Quantity:** A total of 32 (20 BAF) inspection plots will be located on a grid pattern representing an average of 1 plot for every 10 acres of treatment. For units 20 acres and larger = 1 plot /8 acres of treatment (rounded to nearest whole plot). All units less than 20 acres in size will have a minimum of 2 plots per unit. Plots will be distributed on a systematic grid with the spacing measured in horizontal distance and cardinal directions as designated on a map. Plots will be located using GPS coordinates.

3. **Plot Designation:** Plot centers identified on the ground, and nearby tree/shrubs will be flagged at eye level with a **Hi-Viz Green** flagging with the plot number written on the flagging to assist in relocation if necessary. GPS coordinates will be recorded for future reference and to help ensure plot relocation.

4. **Timing:** Inspections shall be completed as logging progresses in individual units.

5. **Inspection criteria and scoring mechanism by plot;**
   a. Basal Area target as designated C2.355# - DESIGNATION BY PRESCRIPTION, **Table A** for trees 10 inches dbh and greater using a 20 BAF prism or equivalent Residual BA of designated target will be accepted as Passing (Pass/Fail, 2 pts). Openings and understocked areas will not be factored in unit averages.

b. No stumps greater than 34.0 on the plot. (Stump diameter is measured outside bark at stump height in a horizontal plane and is the average of a measurement across the short axis through the true center of the stump and a second measurement at right angles to the short axis.) (Pass/Fail, 2pt.). **Any stumps over 34.0 inch diameter on the plot will be an automatic plot failure.**

c. Tree selection - Residual BA trees meet preferred species as per Priorities for Retention List (C2.355# - <u>DESIGNATION BY PRESCRIPTION</u>. (7/22)).(Pass/Fail, 1 pt.).


6. **Acceptance of Work:** Individual Inspection Plots have 5 points available on each plot. In order to receive passing score by Unit the following plot scores must be met;
  a. Units will have a score of at least 4 out of 5 on average (80%).
  b. No plots will receive a score of less than 3.
  c. If inspection results show unsatisfactory compliance with the requirements of C2.355#, the
Contractor will be allowed 5 working days to correct an unsatisfactory work that can be corrected, unless otherwise agreed to in writing. Failure to provide a satisfactory remedy shall be considered a Breach under B9.3


**Specific Inspection Procedures**

Each inspection plot will be given equal weight, and a final percentage will be determined from plot results for the following treatment standards.


**Inspection Calculation**

Upon inspection of all plots for a unit, the quality shall be calculated as follows:

# of passing plots

- -----------------------------------------X 100 = Quality %

# of total plots


**CONTRACTOR QUALITY CONTROL PLAN**

The Purchaser shall conduct inspections on all units in accordance with his/her Quality Control Plan (QCP). The Purchaser's Quality Control Plan shall be submitted and accepted by the Government prior to any work starting. Government inspections are for the purpose of satisfying the Government that the services are acceptable and do not relieve the Purchaser of the responsibility for maintaining quality control.

When inspection results show unsatisfactory compliance with the requirements of C2.355#, Purchaser will be allowed 5 working days to correct unsatisfactory work, unless otherwise agreed in writing. Failure to provide a satisfactory remedy shall be considered a Notice of Non-Compliance.


*Sale Name: Rainier Timber Sale*        *Page 164a*        *Contract 2400-6,(6/06)*

C6.41# – FELLING, BUCKING, AND LIMBING.  (8/2007)

SPECIFICATIONS AND TREATMENTS PURSUANT TO C6.41# - FELLING, BUCKING AND LIMBING

| Treatment Method and Applicable Map Symbol | Felling, Bucking and Limbing Specifications |
|---|---|
| Limbing | Outside of construction clearings, Clearcutting Units and regeneration units, unless otherwise provided by B6.414, Purchaser shall, prior to skidding/yarding operations, cut exposed limbs from products which are to be skidded/yarded.  Such limbing of stems shall be done to a top diameter of approximately N/A inches, at which point the top shall be cut from the remainder of the stem. |
| No Lop<br><br>"No Lop" | N/A |
| Whole Tree Yarding<br><br>"Whole" | Notwithstanding the requirements above, within units or subdivisions designated "Whole" on Sale Area Map, trees smaller than **24** inches DBH shall be skidded/yarded to agreed landing locations prior to limbing, bucking, and lopping.  Trees larger than or equal to **24** inches DBH shall be bucked into two or more pieces with the butt portion being no longer than **41** feet prior to skidding/yarding.  The butt log shall not be limbed prior to skidding/yarding. |
| Directional Felling<br><br>"DF" | Within areas designated DF on Sale Area Map, Included Timber shall be directionally felled away from roads, private property, unit boundaries, improvements, corner monuments, improvements not owned by Forest Service, Special Management Areas and streamcourses with the use of specialized equipment.  Such directional felling shall not be required when in the faller's judgment it is unsafe to do so, and shall be left standing. |
| Treatment of Stumps<br><br>"TS" | N/A |
| Maximum Log Length | N/A |

| Minimum Stump Height | Unit/Subdivision | Minimum Stump Height (inches) | Purpose or Reason |
|---|---|---|---|
| | All Units | 4 | Product Accountability |

C6.42# - <u>GROUND BASED SKIDDING</u>.  (8/2006)

Ground-Based Skidding Table  -  C6.42#

| Map Symbol | Requirements |
|---|---|
| **TRAC** | Skid road pattern shall be agreed in advance of felling and main skid roads shall be flagged on the ground in advance of felling.  Purchaser shall stage-log by felling and skidding Included Timber in two or more separate operations when necessary to prevent undue damage to the resources or residual stand.  Needed tractor trails shall be constructed in advance of skidding.<br><br>Products shall be end-lined as needed to protect resources or residual timber from unnecessary damage.  The number of chokers shall be limited as necessary to avoid unnecessary damage to resources or residual timber.  By agreement, tractors may be used to separate products to prevent stain. |
| **SUSP** | Products shall be skidded with leading end clear of ground. |
| **SPACE** | Skid roads will average __120__ feet from center to center, except where converging. |
| **ENDL** | Endlining shall not be required for distances in excess of __75__ feet uphill, and __100__ feet downhill. |
| **MAX** | N/A |
| **MH** | Purchaser shall cut Included Timber and move it to designated skid trails using equipment with a boom having an operating radius of at least __20__ feet for bunching trees, capable of severing, lowering and placing trees up to __24__ inches diameter at stump height on the ground prior to skidding. Such equipment must be capable of operating on slopes up to __40__ %.<br><br>Notwithstanding above, hand felling using chainsaws may be required in or adjacent to sensitive areas to protect resources from unnecessary damage.<br><br>Trees which exceed capability of specified equipment may be felled, bucked and skidded in a manner consistent with the requirements of B6.41 - Felling and Bucking, C6.41# - Felling, Bucking, and Limbing Requirements and the above "TRAC", "SUSP", "SPACE", "ENDL", and "MAX" requirements. |
| **CTL** | N/A |
| **PB** | N/A |
| **HCTL** | N/A |

<u>C6.6#</u> - <u>EROSION PREVENTION AND CONTROL.</u>  (5/2008)

<u>SPECIFICATIONS PURSUANT TO C6.6# - EROSION PREVENTION AND CONTROL.</u>

<u>Vegetative Soil Stabilization</u>  - N/A

<u>Special Erosion Prevention Measures</u> -  Purchaser shall give adequate treatment by spreading slash or wood chips or by agreement giving other treatment to portion of tractor roads, skid trails, landings, cable yarding corridors, tractor-end lined corridors and Temporary Road fills where necessary to supplement other erosion prevention measures required elsewhere in this contract.  In no event shall Purchaser be required to treat more acres than that shown in the legend of Sale Area Map.  The specific locations to be treated shall be designated on the ground by Forest Service. These special erosion prevention measures are to be done within the same date and time periods as stated above.

<u>Soil Scarification</u> -  N/A

<u>Backblading</u> - N/A

<u>Tillage</u> – N/A

C6.7# - SLASH TREATMENT.  (8/2006)

SPECIFICATIONS PURSUANT TO C6.7# - SLASH TREATMENT  *(8/2006)*

Specified slash treatment methods shall be shown on Sale Area Map or listed in the following tables by the following symbols:

Slash Treatment Methods

| Symbol | Method | Definition |
|---|---|---|
| Buck-L | "Bucking Large Logging Slash" | N/A |
| Buck-P | "Bucking and Piling" | N/A |
| Bury | "Burying" | N/A |
| Chip | "Chipping" | N/A |
| Deck | "Decking" large material | Logging Slash <10> inches or larger in large end d.o.b. and <10> feet or more in length shall be Decked for disposal by Forest Service by piling pieces parallel to each other. |
| Mach | "Machine Piling" | Concentrations of Logging Slash, excluding scattered individual pieces, shall be Machine Piled by tractor equipped with brush rake for disposal by Forest Service. |
| Pile | "Piling" small material | N/A |
| Remove | "Removing" | N/A |
| Scat 18" | "Scattering" | N/A |
| Scat 30" |  |  |
| Stack | "Stacking" small material | N/A |
| View | "Visible Slash Treatment" | N/A |
| YUMD | "Yarding Unutilized Material-Decking" | N/A |
| YUME | "Yarding Unutilized Material-Exterior Boundary" | N/A |
| YUML | "Yarding Unutilized Material-Landing" | N/A |
| YUMR | "Yarding Unutilized Material-Removal" | N/A |

| Cover | "Covering Piles" | All piles shall be covered with a durable waterproof covering as approved by Forest Service.  The material shall be at least six feet in width.  Piles shall not have less than 4 ignition points covered, with the covering extending not less than 10' x 6' for each ignition point.  Pieces of burnable material shall be placed on top of the durable waterproof covering to keep the covering from blowing off the pile. |
| Fell | "Damaged Small Tress" | Unless treated under other provisions, all trees smaller than the minimum d.b.h. in A2, over 5 feet in height, and damaged beyond recovery by Purchaser's Operations shall be felled.  Such trees shall be limbed to a stem diameter outside bark of approximately 3 inches, at which point the top shall be cut from the remainder of the stem, and shall be bucked into lengths not exceeding 20 feet. |
| Fire-L | "Firelines" | N/A |
| Fuel-B | "Fuelbreaks" | N/A |

PILING SPECIFICATIONS.  All piles shall be reasonably compact and free of soil to facilitate burning and shall be constructed of such size and at such distance from trees so that burning shall not result in unnecessary damage to residual timber.  Such Logging Slash shall be bucked into lengths not exceeding ten feet prior to piling.  Maximum width of tractor, with brush rake attached, shall not exceed <120> inches.  Machine Piling is not required on areas where use of tractors would cause undue damage to residual timber or where slopes exceed <35> percent.  Piles shall be located a distance of at least twice their height in feet from the outer edge of tree crowns or snags.  Piles shall be no less than four feet in height or greater than <N/A> feet in height.  Material extending three feet or more outside the edge of a pile shall be trimmed.  An eight foot fuelbreak shall be cleared of all but fine material around each Machine Pile and an 18 inch wide fireline shall be cleared to mineral soil around the outer ring of the fuelbreak.  For hand piles, Purchaser shall construct a fireline cleared to mineral soil and at least 3 feet wide around each pile.  In areas where there is a potential for burning material to roll, firelines, including those for Machine Piles, shall be trenched on the downhill side of each pile to adequately prevent material from crossing firelines. Trenches shall be constructed by hand unless otherwise agreed.

UNIT AND SUBDIVISION.SLASH TREATMENT SPECIFICATIONS.

| | SLASH TREATMENT | |
|---|---|---|
| Subdivision or Unit No | Specified Method | Prohibited Method |
| 14 & 15(200 ft from hwy 3) | FELL | |

LANDINGS AND DISPOSAL SITES.  Unutilized logs accumulated at landings and disposal sites shall be Decked by Purchaser for disposal by Forest Service.  The maximum height of decks is shown in the following table.  Other slash accumulated at landings and disposal sites shall be kept separate from unutilized logs and treated by the method shown in the following table.

| | | SLASH TREATMENT | |
|---|---|---|---|
| | Subdivision or Unit No. | Specified Method | Maximum Height of Decks |
| Landings | All | MACH, DECK, COVER | 10 feet |
| Disposal Sites | | | |

TREATMENT ALONG PERMANENT ROADS   N/A

TREATMENT ALONG TEMPORARY ROADS.   N/A
ADDITIONAL SLASH TREATMENT REQUIREMENTS.   N/A

ASSISTANCE IN SLASH BURNING.   N/A

C7.2# - <u>SPECIFIED FIRE PRECAUTIONS</u>. (06/2012)

Purchaser or a designated Purchaser's Representative shall certify compliance with specific Timber Sale Contract and California Public Resources Code (CPRC) fire precautionary measures in B7.1 Plans, C7.2# and C7.22#. Certification shall be provided prior to starting operations during Fire Precautionary Period and shall be updated as needed.

Listing of specific fire precautionary measures in the following subsections is not intended to relieve Purchaser in any way from compliance with State fire laws covering fire prevention and suppression equipment applicable to Purchaser's Operations.

Upon request of Forest Service, Purchaser shall permit and assist in periodic testing and inspection of required fire equipment.

The following definitions shall apply to C7.2# and C7.22#:

**Active Landing:** A location Purchaser is skidding logs into, or performing other operations such as delimbing, log manufacturing, and chipping logs. Except for EV and E days, loading logs or stockpiled chips only on a cleared landing does not constitute an Active Landing.

**Hot Saw:** A harvesting system that employs a high-speed (>1100 rpm) rotating felling head (i.e., full rotation lateral tilt head).

**Mechanical Operations:** The process of felling, skidding, chipping, shredding, piling, log processing and/or yarding which requires the use of motorized power which includes, chainsaws, chippers, motorized carriages, masticators, stroke delimbers, skidders etc.

Specific equipment requirements and fire precautionary measures are shown in the following table and in C7.22#:

A. <u>Fire Tools and Equipment</u>  Purchaser shall meet applicable parts of Section 4428 of the CPRC.

Unless agreed otherwise, Fire tools kept at each Active Landing shall be sufficient to equip all employees in the felling, yarding, loading, chipping, and material processing operations associated with each landing. Fire equipment shall include two tractor headlights for each tractor dozer used in Purchaser's Operations. Tractor headlights shall be attachable to each tractor and served by an adequate power source. Fire tools shall be kept in a sealed fire tool box adjacent to the Active Landing and readily accessible in event of fire.

Where cable yarding is used, Purchaser shall provide a size 0 or larger shovel with an overall length of not less than 46 inches and a serviceable 5 gallon backpack pump filled with water or a fire extinguisher bearing a label showing at least a 4-A rating must be within 25 feet of each tail and corner block.

Trucks, tractors/skidders, pickups and other similar mobile equipment shall be equipped with and carry at all times a size 0 or larger shovel with an overall length of not less than 46 inches and a 2-1/2 pound axe or larger with an overall length of not less than 28 inches.

All required fire tools shall be maintained in suitable and serviceable condition for fire fighting purposes.

B. Fire Extinguishers

Purchaser shall equip each internal combustion yarder, fuel truck, and loader with a (4-A:60-B:C) fire extinguisher for oil and grease fires.

Skidders and tractors shall be equipped with a minimum 5-BC fire extinguisher.

Fire extinguishers shall be mounted, readily accessible, properly maintained and fully charged.

Purchaser shall equip all mechanized harvesting machines and log processors with hydraulic systems, powered by an internal combustion engine (e.g. masticator, chipper, feller/buncher, harvester, forwarder, Hot Saw, stroke delimber, etc), with at least two 4-A:60-B:C fire extinguishers or an acceptable CAFS substitute identified in Section K.

C. Spark Arresters and Mufflers

Except for tractors and other equipment with exhaust-operated turbochargers, Purchaser shall equip each operating tractor and any other internal combustion engine with an approved spark arrester. There shall be no exhaust bypass on any system.

Spark Arresters shall be a model tested and approved under Forest Service Standard 5100-1a as shown in the National Wildfire Coordinating Group Spark Arrester Guide, Volumes 1 and 2, and shall be properly mounted and maintained according to manufacturer's specifications.

Every motor vehicle subject to registration shall at all times be equipped with an adequate exhaust system meeting the requirements of the California Vehicle Code.

D. Power Saws

Each power saw shall be equipped with a spark arrester approved and maintained in effective working order as identified in the Spark Arrestor Guide in Section C. above and according to applicable parts of CPRC Section 4442 or 4443. An Underwriters Labortories (UL) approved fire extinguisher containing a minimum 14 ounces of fire retardant shall be kept with each operating saw.

A size 0 or larger shovel with an overall length of not less than 38 inches shall be kept with each gas can, but not more than 300 feet from each power saw when used off cleared landing areas.

E. <u>Fire Supervisor & Fire Patrolperson</u>

Purchaser shall designate in the fire plan required by B7.1 and furnish on Sale Area during operating hours a fire supervisor, named in writing and authorized to act on behalf of Purchaser in fire prevention and suppression matters.

Unless agreed otherwise, Purchaser shall furnish and designate in writing, a Fire Patrolperson each operating day when Project Activity Level C or higher is in effect. When on duty, the Fire Patrolperson is required to patrol the operation for the prevention and detection of fires, to take suppression action where necessary and to notify Forest Service as required under Sections I. <u>Reporting Fires</u> and L. <u>Communications</u>. This Fire Patrol is required on foot, unless otherwise agreed.

By written agreement, one Fire Patrolperson may provide patrol on this and adjacent projects or sales. No Fire Patrolperson shall be required on Specified Road construction jobs except during clearing operations unless otherwise specified.

F. <u>Seasonal Permits</u>

Purchaser shall obtain written permits from Forest Service before allowing welding, warming fires or burning, subject to C7.22# – Emergency Precautions.

H. <u>Smoking</u>

All smoking shall be confined within a car, truck, crew rig or other enclosed cab after 1:00 PM on Ev days and all hours on E days (C7.22#). At other times, any smoking shall be done while sitting in an area at least 3 feet in diameter, cleared of flammable materials. Burning tobacco and matches shall be extinguished before they are properly disposed.

I. <u>Reporting Fires</u>

As soon as feasible, but no later than **15 minutes** after discovery, Purchaser shall notify Forest Service of any fires on Sale Area or along roads used by Purchaser.

J. <u>Tank Truck</u>

Purchaser shall provide a water tank truck or trailer on or in proximity to Sale Area during Purchaser's Operations hereunder during Fire Precautionary Period unless otherwise agreed.

Tank truck or trailer shall contain at least 300 gallons of water and comply with the following requirements:

(1)    Pump, which at sea level, can deliver 23 gallons per minute at 175 pounds per square inch measured at the pump outlet. Pumps shall be tested on Sale Area by Forest Service using a 5/16 inch orifice with a one inch in line test kit and shall meet or exceed the pressure values identified in the following table for nearest temperature and elevation:

*Sale Name: Rainier Timber Sale  Page 175b  Contract 2400-6,(6/06)*

| Temp | Sea Level | | 1000 Feet | | 2000 Feet | | 3000 Feet | | 4000 Feet | | 5000 Feet | | 6000 Feet | | 7000 Feet | | 8000 Feet | | 9000 Feet | | 10000 Feet | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | 179 | 23 | 174 | 23 | 169 | 23 | 165 | 22 | 161 | 22 | 157 | 22 | 153 | 22 | 150 | 21 | 146 | 21 | 142 | 21 | 139 | 21 |
| 70 | 175 | 23 | 171 | 23 | 166 | 22 | 162 | 22 | 158 | 22 | 154 | 22 | 150 | 21 | 147 | 21 | 143 | 21 | 139 | 21 | 136 | 20 |
| 85 | 171 | 23 | 168 | 23 | 163 | 22 | 159 | 22 | 155 | 22 | 151 | 21 | 147 | 21 | 144 | 21 | 140 | 21 | 136 | 20 | 133 | 20 |
| 100 | 168 | 23 | 164 | 23 | 159 | 22 | 155 | 22 | 152 | 22 | 148 | 21 | 144 | 21 | 141 | 21 | 137 | 20 | 133 | 20 | 131 | 20 |
| | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM | PSI | GPM |

The pump outlet shall be equipped with 1-1/2 inch National Standard Fire Hose thread. A bypass or pressure relief valve shall be provided for other than centrifugal pumps.

(2) 300 feet of 3/4-inch inside diameter rubber-covered high-pressure hose mounted on live reel attached to pump with no segments longer than 50 feet, when measured to the extreme ends of the couplings. Hose shall have reusable compression wedge type 1-inch brass or lightweight couplings (aluminum or plastic). One end of hose shall be equipped with a coupling female section and the other end with a coupling male section. The hose shall, with the nozzle closed, be capable of withstanding 200 PSI pump pressure without leaking, distortions, slipping of couplings, or other failures.

(3) A shut-off combination nozzle that meets the following minimum performance standards when measured at 100 P.S.I. at the nozzle:

| | G.P.M. | Horizontal Range |
|---|---|---|
| Straight Stream | 10 | 38 feet |
| Fog Spray | 6 - 20 | N/A |

(4) Sufficient fuel to run pump at least 2 hours and necessary service accessories to facilitate efficient operation of the pump.

(5) When Purchaser is using Hot Saws or Masticators an additional 250 feet of light weight hose, approved by Forest Service, shall be immediately available for use and be capable of connecting to the 300 feet of hose and appurturances in (2) and (3) above.

(6) This equipment and accessories shall be deliverable to a fire in the area of operations and is subject to the requirements for each specific activity level identified in C7.22#.

*Sale Name: Rainier Timber Sale  Page 175c  Contract 2400-6,(6/06)*

K. <u>Compressed Air Foam System (CAFS)</u>

A fire suppression system where compressed air is added to water and a foaming agent.  By agreement, Purchaser may substitute a CAFS or functional equivalent in lieu of the tank truck, trailer or fire extinguishers, provided it meets or exceeds the following specifications and requirements:

1. Variable foam expansion ratio – 10:1 to 20:1.

2. Units shall be kept fully charged with air; water and foam concentrate as recommended by the manufacturer and have the appropriate tools to service the system.

3. The unit shall contain enough energy to empty tank and clear hose prior to exhausting propellent.

4. The unit shall be capable of being completely recharged within 10 minutes.

5. When used on cable yarding landings, the unit shall be outfitted for immediate attachment to carriage and transported without damage to the unit.

Fire extinguishers required for Hot Saws, Masticators and similar equipment identified in Section B. above may be substituted with a 3 gallon CAFS.

Tank truck, trailer or equivalent may be substituted with a 30 Gallon CAFS with at least 550 feet of one inch hose and an adjustable nozzle with enough water, air and foam concentrate for at least one recharge.

This equipment and accessories shall also be deliverable to a fire in the area of operations and subject to the requirements for each specific activity level identified in C7.22#.

L. <u>Communications</u>

Purchaser shall furnish a serviceable communications system such as a telephone, radio-telephone, radio system or satellite phone connecting each operating side within the Sale Area with Purchaser's headquarters, and capable of notifying Forest Service within **15 minutes** of discovery of any fires on the Sale Area or along Purchaser's haul route.  When such headquarters is at a location which makes communication to it clearly impractical, Forest Service may agree to a reasonable alternative notification method.

A Citizen's Band (CB) radio is not acceptable communications.

M. <u>Cable Yarding Tank Unit</u>

When all or part of Included Timber will be harvested by a long span (over 1,500 feet) cable yarding operation, Purchaser shall provide at each active cable yarding landing a tank truck, trailer or acceptable CAFS substitute which can be lifted and transported by the carriage.

The unit shall meet the same requirements as specified for the tank truck, trailer or approved CAFS substitute.

N. Helicopter
Yarding Fire
Precautions

Purchaser shall provide and maintain fire equipment as follows:

1. The fire tool box required under this provision shall be equipped for attachment to the helicopter long line so that it may be hauled to needed locations. Such attachment device shall not interfere with access to fire tools. Unless agreed otherwise, the fire tool box shall be located at the Active Landing ready for immediate dispatch.

2. An external helibucket readily attachable to the helicopter, with a capacity of at least 500 gallons, and having a remote control door mechanism adequate for rapid dropping of water. The helibucket shall be located at the helicopter service landing and shall be filled with water ready for immediate dispatch unless otherwise agreed.

3. All aircraft used in conjunction with Purchaser's Operations shall be equipped with an operable radio system capable of meeting Region Five avionics requirements.

4. For protection of fuel servicing operations, fire extinguishers which have the following ratings based on the open hose discharge capacity, i.e., "broken hose," of the aircraft fueling system shall be readily available:

   a. Where said capacity does not exceed 200 gallons per minute, at least one approved extinguisher having a minimum rating of 20-B;

   b. Where said capacity is in excess of 200 gallons per minute, but not over 350 gallons per minute, one approved extinguisher having a minimum rating of 80-B;

   c. Where said capacity is in excess of 350 gallons per minute, two approved extinguishers, each having a minimum rating of 80-B.

5. By agreement, a suitable CAFS may also be used in lieu of the above extinguishers.

6. Extinguishers of over 50 pounds gross weight shall be of wheeled type or be mounted on carts to provide mobility and ease of handling.

C7.22# - EMERGENCY PRECAUTIONS.  (06/2012)  Purchaser's Operations shall conform to the limitations or requirements in the Project Activity Level (PAL) table below. Unless otherwise agreed in writing, Project Activity Levels applicable to this project shall be the predicted levels for the Fire Danger Rating Area(s), or fire weather station(s) stated in the Sale Area Map legend.

Forest Service, in its sole discretion, may change the predicted activity level if the current fire suppression situation, weather and vegetation conditions warrant an adjustment.  If practicable, Forest Service will determine the following day's activity level by 6:00 PM.  Purchaser shall obtain the predicted Project Activity Level from the appropriate Ranger District Office before starting work each day.

Forest Service may change the Project Activity Level Table to other values upon revision of the National Fire Danger Rating System.  When Purchaser is notified, the revised Project Activity Levels will supersede the levels in the Project Activity Level Table below.

PROJECT ACTIVITY LEVEL (PAL) - C7.22# - EMERGENCY PRECAUTIONS

**PROJECT ACTIVITY LEVEL TABLE**

| Level | Project Activity Minimum Requirements and Restrictions.  Restrictions at each level are cumulative. |
|---|---|
| A | Minimum required by C7.2#. |
| B | 1. Tank truck, trailer, or approved CAFS substitute shall be on or adjacent to the Active Landing. |
| C | 1. When Hot Saws or Masticators are operating, a tank truck, trailer or approved CAFS substitute shall be within ¼ mile of these operations. Effective communications shall exist between the operator and the Active Landing.<br>2. Immediately after Mechanical Operations cease, Fire Patrol is required for two hours. |
| D | 1. Immediately after Hot Saw or Masticator operations cease, Fire patrol is required for three hours.<br>2. No Dead Tree felling after 1:00 PM, except recently dead.<br>3. No Welding or cutting of metal after 1:00 PM, except by special permit. |
| Ev | 1. The following activities may operate all day:<br>    a) Loading and hauling logs decked at approved landings.<br>    b) Loading and hauling chips stockpiled at approved landings.<br>    c) Servicing equipment at approved sites.<br>    d) Dust abatement, road maintenance (Chainsaw use prohibited), culvert installation within cleared area, chip sealing, paving, earth moving or rock aggregate stock pile loading and installation (does not include pit or quarry development).<br>    e) Chainsaw and log processing operations associated with loading logs or other forest products at approved landings.<br>2. Hot Saws or Masticators may operate until 1:00 PM; provided that:<br>    a) A tractor or other equipment with a blade capable of constructing fireline is on or adjacent to the active landing or within ¼ mile of the operating equipment.  This piece of equipment shall have effective communication with the Hot Saw or Masticator.<br>    b) Any additional restrictions specified by the Forest.<br><br>3. All other conventional Mechanical Operations are permitted until 1:00 PM.<br>**4. Some operations may be permitted after 1:00 PM, on a case-by-case basis, under the terms of a PAL Ev Variance Agreement.  Activities for which a Variance may be issued are:** |

|   |   |
|---|---|
|   | • **Rubber Tire Skidding**<br>• **Chipping on Landings**<br>• **Helicopter Yarding**<br>• **Fire Salvage**<br><br><br><br>When approved by a Line Officer, a Variance Agreement can be implemented when the criteria specified in the agreement are met and mitigation measures are in place.  This approval is good for ten (10) days unless cancelled sooner or extended by the Contracting Officer for an additional ten (10) days.  Variance approval can be withdrawn at the sole discretion of Forest Service.  Variance approval is contingent on the 7-day fire weather forecast, fuel conditions, site characteristics, current fire situation, state of Purchaser's equipment for prevention and suppression readiness, type of operation and social and community considerations etc. (See attached Project Activity Level Variance Agreement). |
| E | The following activities may operate all day:<br>1. Loading and hauling logs decked at approved landings.<br>2. Loading and hauling chips stockpiled at approved landings.<br>3. Servicing Equipment at approved sites.<br>4. Dust abatement, road maintenance (chainsaw use prohibited) or loading stock piles and rock aggregate installation (does not include pit or quarry development).<br>5. Chainsaw operation associated with loading at approved landings.<br><br>All other activities are prohibited. |

### Project Activity Level Climatology

| Station/SIG/Unit | North Pole | | | | | | Years Analyzed | 1972-2005 | *Sale* |
|---|---|---|---|---|---|---|---|---|---|
|   | **A** | **B** | **C** | **D** | **Ev** | **E** |   | Days |   |
| Month | Expected Days per Month at Each PAL Value | | | | | | Analyzed |   |   |
| July | 1.3 | 4.9 | 13.2 | 6.9 | 4.5 | 0.3 | 567 |   |   |
| August | 1.3 | 2.9 | 13.0 | 7.5 | 5.5 | 0.7 | 966 |   |   |
| September | 3.4 | 4.7 | 11.8 | 5.8 | 3.7 | 0.5 | 973 |   |   |
| October | 6.0 | 6.4 | 14.1 | 3.3 | 1.3 | 0.0 | 734 |   |   |
|   |   |   |   |   |   |   | 3240 |   |   |

*Name: Rainier Timber Sale*          *Page 176a*          *Contract 2400-6,(6/06)*

SPECIFICATIONS PURSUANT TO C7.22# - EMERGENCY PRECAUTIONS.  (10/2010)

### Region 5 Project Activity Level (PAL) Ev Variance Application/Agreement

Project Name: _____
Contract Number: _____
Purchaser/Contractor Name: _____
Request #__, for period: _____
Units/Subdivisions Affected: _____

| Location of operation: |   |
|---|---|
| Slope |   |
| Aspect |   |

| | |
|---|---|
| Elevation | |
| Fuels on site | |
| Fuels in surrounding area | |
| 7 Day PAL Outlook | |
| Short range predictions (Red Flags) | |
| Fuel Moistures | |
| Response time of suppression resources | |
| Potential for ignition | |
| RAWS location | |
| | |

| **Current Fire Situation:** | |
|---|---|
| Draw down information | |
| National Readiness Level | |
| | |

| **Contractual considerations:** | |
|---|---|
| Normal Operating Season | |
| Frequency of recent contract fires in area | |
| Type of operation | |
| Purchaser/Contractors past/current performance & equipment readiness | |
| Other site specific mitigation or precaution (i.e. Purchaser/Contractors proposals) | |
| | |

| **Social & Community Considerations:** | |
|---|---|
| Proximity of high value resources | |
| Sensitivity of location | |

**Remarks:**

*Sale Name: Rainier Timber Sale*          *Page 176b*          *Contract 2400-6,(6/06)*

**Ev Proposed Actions**

☐  **Rubber Tired Skidding**

☐  **Chipping on Landings**

☐  **Helicopter Yarding**

   **Fire Salvage**

**Description of Mitigation Measures**

_____    _____
Fire Management Officer Concurrence          Date

_____    _____
Line Officer Approval                        Date

I have considered the above request and determined the specified mitigation
measures or actions must be implemented to continue operations in Project Activity
Level Ev.  Unless extended, the approval remains in effect for ten (10) calendar
days unless cancelled sooner or extended by the Forest Service for an additional
ten (10) days.  At the sole discretion of the Forest Service, this variance can be
modified and/or cancelled at no cost to the government.

_____    _____
Contracting Officer                          Date

_____    _____
Purchaser/Contractor Rep.                    Date

<u>C8</u>.66# – <u>USE OF TIMBER (Option 1)</u>. (4/04) (a) This contract is subject to the Forest Resources Conservation and Shortage Relief Act of 1990, as amended (16 USC 620, *et seq.*).

(b) Except for <u>1/ None</u> determined pursuant to public hearing to be surplus, unprocessed Included Timber shall not be exported from the United States nor used in direct or indirect substitution for unprocessed timber exported from private lands by Purchaser or any person as defined in the Act (16 USC 620e).

(c) Timber in the following form will be considered unprocessed:

(i) Trees or portions of trees or other roundwood not processed to standards and specifications suitable for end product use;

(ii) Lumber, construction timbers, or cants intended for remanufacturing not meeting standards defined in the Act (16 USC 620e); and

(iii) Aspen or other pulpwood bolts exceeding 100 inches in length.

(d) Unless otherwise agreed in writing, unprocessed Included Timber shall be delivered to a domestic processing facility and shall not be mixed with logs intended for export.

(e) Prior to award, during the life of this contract, and for a period of 3 years from Termination Date, Purchaser shall furnish to Forest Service, upon request, records showing the volume and geographic origin of unprocessed timber from private lands exported or sold for export by Purchaser or affiliates.

(f) Prior to delivering unprocessed Included Timber to another party, Purchaser shall require each buyer, exchangee, or recipient to execute an acceptable agreement that will:

(i) Identify the Federal origin of the timber;

(ii) Specify domestic processing for the timber involved;

(iii) Require the execution of such agreements between the parties to any subsequent transactions involving the timber;

(iv) Require that all hammer brands and/or yellow paint must remain on logs until they are either legally exported or domestically processed, whichever is applicable; and

(v) Otherwise comply with the requirements of the Act (16 USC 620d).

(g) No later than 10 days following the execution of any such agreement between Purchaser and another party, Purchaser shall furnish to Forest Service a copy of each such agreement. Purchaser shall retain, for 3 years from Termination Date, the records of all sales, exchanges, or dispositions of all Included Timber.

(h) Upon request, all records dealing with origin and disposition of Included Timber shall be made available to Contracting Officer.

(i) For breach of this Section, Forest Service may terminate this contract and take such other action as may be provided by statute or regulation, including the imposition of penalties. When terminated by Forest Service under this Section, Forest Service will not be liable for any Claim submitted by Purchaser relating to the termination.