# REPORT OF TIMBER SALE
## Convertible and Nonconvertible Products
### (Ref. FSM 2490)

**USDA - FOREST SERVICE**

11/07/2025 13:04
Page: 1 of 1

| | | | | |
|---|---|---|---|---|
| **REGION:** 05 Pacific S-West | **FOREST:** 14 Shasta-Trinity | **DISTRICT (OR AREA):** 56 Weaverville | **SALE NUMBER:** 56517 | **QUARTER- FY** 1 - 26 |
| **STATE:** CA | **COUNTY:** 105 | **SALE NAME:** Long Canyon Timber Sale | | **COMPARTMENTS:** |
| **ACRES IN SALE:** 206.2 | **SIZE CLASS:** 4 | **LEGAL DESCRIPTION:** T35N, R8-9W; MDM | | |
| **BID DATE:** 11/07/2025 | **STATUS:** O  **REASON:** 0000 | **SBA SET-ASIDE:** None | **APP. BASE PERIOD:** 1025 | **ZONE:** 1 |
| **SALE CONDITION:** 1 | **PRICING METHOD:** FLAT | **TOTAL KV PLAN:** | **TERM DATE:** 01/31/2026 | **CONTRACT DATE:** 11/07/2025 |
| **CONTRACT NO:** 058197 | **CONTRACT FORM:** 2400-6 | **CONTRACTING OFFICER:** D | **METHOD OF SALE:** S | **REG:** 6 |

| Species | Spec Code | Prod Unit | Volume | Advert. Rates | Stat High Bid | High Bidder | 2nd Hi Bidder | 3rd Hi Bidder |
|---|---|---|---|---|---|---|---|---|
| DF | DF | 01-05 | 4,825.00 | .10 | 24.52 | 24.52 | 21.38 | 18.88 |
| IC | IC | 01-05 | 504.00 | .10 | 24.52 | 24.52 | 21.38 | 18.88 |
| SP | SP | 01-05 | 360.00 | .10 | 24.52 | 24.52 | 21.38 | 18.88 |
| WF | WF | 01-05 | 3,899.00 | .10 | 24.52 | 24.52 | 21.38 | 18.88 |
| **Total/Avg** | | | **9,588.00** | **.10** | **24.52** | **24.52** | | |

### SUMMARY OF BIDDERS

| Rank | Name | Bidder Size | Bidder Class | SBA Certification | Total Bid Value |
|---|---|---|---|---|---|
| 1 | TRINITY RIVER LUMBER COMPANY | 3 | M | N | $235,097.76 |
| 2 | SIERRA PACIFIC INDUSTRIES | 3 | M | N | $204,991.44 |
| 3 | DARRAH CO INC. | 1 | N | Y | $181,021.44 |

I Certify that I have personally examined the bids submitted for this sale and that this is an accurate record thereof.

**Signature:** *Amber Pope*

**Title:** Timber Resources  **Date:** 11/7/25

**Remarks:** Post Award

FS-2400-17 (3/95)

EXHIBIT 20