

STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

OLIVER J. H. STIEFEL

as an Attorney of this Court.

I, as State Court Administrator of the State of Oregon, certify that on the 15th day of October, 2013

OLIVER J. H. STIEFEL

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

December 2, 2025.

NANCY COZINE
State Court Administrator



_____
Authorized Representative