ADAM A.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

ERIKA DANIELLE NORMAN (CA Bar No. 268425)
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3143
(202) 305-0506 (fax)
Erika.norman@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, *et al.*, | Case No. 2:25-cv-03424-DMC |
| Plaintiffs, | |
| v. | **DECLARATION OF TARA D. JONES** |
| TARA JONES, in her official capacity as District Ranger of the Weaverville Ranger District, *et al.*, | |
| Defendants. | |

I, Tara D. Jones, in accordance with the requirements of 28 U.S.C. § 1746 declare:

1.       I am a District Ranger on the Shasta Trinity National Forest in the Pacific Southwest Region (Region 5). I have been in this role since 2020. My primary responsibilities are to support the Shasta-Trinity National Forest through effective and cohesive leadership of the westside ranger districts in alignment with Forest, regional and agency priorities. My job and the job of our employees is to serve the public and facilitate responsible forest management in a conservation strategy that provides National Forest System lands for the benefit of this and future generations. I work to facilitate a Shared Stewardship approach to public land management through collaboration with partners, tribes and stakeholders. I oversee fire, natural resources, recreation, special uses and administrative staff and program areas on the Hayfork, Weaverville, Yolla Bolla and Big Bar Ranger Districts of the Shasta-Trinity National Forest.

2.       The Shasta-Trinity National Forest is the largest National Forest in California, spanning 2.1 million acres across five wilderness areas and ranging from 1,000 to 14,162 feet in elevation.

3.       The Shasta-Trinity National Forest lies within portions of Humboldt, Modoc, Shasta, Siskiyou, Tehama and Trinity Counties and is surrounded by nearby communities, including Mount Shasta City, McCloud, Weaverville, Hayfork, and Trinity Center. Redding, Shasta Lake City, and Dunsmuir are also nearby.

4.       I grew up in Northern California and graduated from Burney High School. I attended Lassen Community College where I earned an associate's degree in liberal studies. As a career Forest Service employee, I have taken training courses and obtained various certifications including Timber Sale Contracting Officer, Certified Sale Administrator, Agency Administrator, Qualified Cruiser, Designated Federal Official, Firefighter and Business Management Assistant.

5.       I began my career with the Forest Service in fire on the Lassen National Forest, where I worked for two years in primary fire suppression before serving for an additional year as a Fire Prevention Technician working with the Lassen Fire Safe Council. While still on the Lassen I switched to timber, first as a forestry technician, and worked as a member of the timber sale prep crew and as a Harvest Inspector. I then was promoted to timber sale accounting technician, prior to working as a

Business Management Assistant.  Next, I became the Timber Sale Prep Crew Leader.  Following that position I began to work in Timber Sale Administration.  I became a Certified Sale Administrator in 2009.  I was promoted over the years in Timber Sale Administration working as a Forest Service Representative and finally as a Timber Sale Contracting Officer.  In this capacity, I worked with the Shasta-Trinity, Klamath, Mendocino and Six Rivers National Forests.  In 2020, I became a District Ranger on the Weaverville and Big Bar Ranger Districts of the Shasta-Trinity National Forest, and took on the Yolla Bolla and Hayfork Districts a couple of years later.  I have been a District Ranger now for over five years, and I recently served on a detail as the Acting Forest Supervisor on the Lassen National Forest in 2024.  I have been with the Forest Service for 36 years.

6. This declaration is based on my own personal knowledge, as well as information provided to me in the course of my official duties by the staff I oversee. I could testify to the truth of the facts stated herein if called upon to do so.

**THE SHASTA-TRINITY NATIONAL FOREST, PEAK FIRE – NORTH TRINITY PROPOSED EMERGENCY RESPONSE PROJECT**

7. On October 7, 2025, the Acting Regional Forester for Region 5 sought approval from the Chief of the U.S. Forest Service for emergency response activities under 7 C.F.R. § 1b.9(w), which was granted on October 15, 2025, and a revised decision memorandum was issued on November 25, 2025. The only difference between the original and revised versions of the decision memorandum was the removal of a privilege header that was inadvertently left on the final document. The effective date of the decision memorandum is October 15, 2025. A true and correct copy of the decision memorandum is attached as Exhibit 1 to this Declaration.

8. The Peak Fire Emergency Response decision memorandum ("emergency treatments" or "project") covers emergency fuels reduction treatments on approximately 1,200 acres along the State Route 3 corridor, Trinity County and Forest Service system roads, and in other strategic locations within the wildland-urban interface to address an imminent threat to human health and safety posed by severe and destructive wildfire.  The emergency treatments are located in the Carville fireshed, which has been designated as a high risk fireshed under the 2022 Wildfire Crisis Strategy, and was included in the

Secretary of Agriculture's April 3, 2025, Forest Health and Fuels Emergency Situation Determination for lands at high or very high wildfire risk, giving rise to an emergency situation. The entire emergency treatment area, which includes both commercial timber sales and noncommercial treatments, is shown on the project map included with the emergency authorization request and decision memorandum at Exhibit 1, page 5.

### *Dangerous Conditions Exist on the Ground Justifying Emergency Actions*

9.     Across California, millions of acres of National Forests are in a state of emergency due to the risk of uncharacteristic, high-severity wildfire and tree mortality resulting from overgrown forests, extended drought, insect and disease infestations, a warming climate, the growing number of homes being built in the wildland-urban interface. This emergency directly threatens local communities, infrastructure, and natural resources across the Forests, and requires urgent action to restore forest health and resilience, as described in the 2025 Forest Service summary paper describing California's wildfire and forest health crisis. A true and correct copy of the 2025 Wildfire and Forest Health Crisis summary paper is attached as Exhibit 2 to this Declaration. The Peak Fire Emergency Response project aims to address and abate some of these threats to local communities and wildlife habitat in an especially vulnerable location in northern California.

10.     Trinity County has experienced multiple high-severity, landscape-scale wildfires in recent years and is rated as having a higher wildfire risk than 100% of counties in the nation and 98% of counties in California, and a higher risk to homes than 95% of counties in California (https://apps.wildfirerisk.org/explore/overview/06/06105/).

11.     For example, the recent 2025 Peak Fire, part of the Swift Complex fire, was caused by lightning just outside the Trinity Alps Wilderness and demonstrated extreme fire behavior and rapid spread potential, placing northern Trinity County communities at risk. This fire was contained at just over 500 acres due in large part to sheer luck—it began to rain. The 2023 Deep Fire (4,198 acres) started in the Trinity Alps Wilderness, roughly 6 miles from the Peak Fire, threatening the Trinity Alps Resort and surrounding residences, prompting evacuation orders and warnings from the Trinity County Sheriff's Office. In summer 2021, the River Complex (199,343 acres) which also ignited within the

Trinity Alps Wilderness, devastated the nearby community of Coffee Creek and destroyed 122 structures. Recognizing the scale of the devastation from that fire, the Federal Emergency Management Agency approved a request by Trinity County Office of Emergency Services and the California Office of Emergency Services to include the River Complex fire in a major disaster declaration.



*Figure 1  Map of recent significant fire activity in the vicinity of the Peak Fire emergency response project showing the vulnerability of the Long Canyon and Lake Forest Estates communities. Peak Fire emergency response treatments are shown in purple.*

12.     Based on the most recent U.S. Census data, Trinity County ranks as the poorest county in the state of California, placing its residents at risk of increased financial harm from wildfire. Because of the increased wildfire risk, many residents find it difficult and extremely costly to obtain homeowners insurance in rural counties, and this hardship is especially prevalent in Trinity County.  Further, recovery

4

from fires can be extremely difficult for these vulnerable populations.

13. The areas that have been identified for emergency treatment under the Peak Fire Emergency Response project are at especially high risk for catastrophic wildfire due to the dense vegetation conditions resulting from over a century of fire suppression and lack of fire history in the area. With no fires burning in the treatment areas for over 100 years, the thick tree cover and buildup of ground and mid-level fuels have increased the risk of high-intensity, stand-replacing wildfires. While located in a fire-adapted area with a natural fire regime represented by frequent mixed severity fires (every 5 to 15 years), the lack of fire in the project area in over 100 years and the associated fuel accumulations have resulted in a crisis situation, creating a tinderbox that threatens vulnerable communities and habitat. Densely growing trees combined with unnaturally high concentrations of dead and down material and understory vegetation that can act as ladder fuels increases flame lengths and the likelihood of fires spreading from the forest floor to the canopy. The extreme fire conditions that can result from canopy or crown fires promote fast-spreading high severity wildfires that are difficult to suppress, leading to larger, more destructive fires.

14. The specific locations were identified for emergency treatment due to their particular vulnerability to the devastating effects of a wildfire, and the need to act quickly to reduce that threat prior to the onset of the next fire season. The proximity of the emergency treatment area to the Trinity Alps Wilderness boundary makes the small and isolated residential communities of Long Canyon and Lake Forest Estates especially vulnerable to the risk of high intensity wildfire. Wilderness areas are congressionally designated and provide areas of natural environments free from vegetation management. These acres are set aside to provide the public with a chance to recreate in areas relatively untouched by modern man. The Trinity Alps Wilderness, located just to the west of the emergency area, is comprised of 540,080 acres, of which 410,969 acres are located on the Shasta Trinity National Forest. It is a steep, heavily forested, rugged, landscape with limited access and restricted means of fighting fire available to first responders. Wilderness Areas have specific restrictions for fire suppression methods involving mechanized equipment or mechanical transport, including restrictions on the use of chainsaws to cut trees and vegetation, and on the use of bulldozers, typically used to construct firelines. Without these

critical tools, fire suppression efforts are much more challenging in wilderness areas, making these areas prone to large fires. In recent history, the Deep, River Complex, and Monument Fires were only contained when season-ending rain and snow events finally occurred in the late fall.

15.     Moreover, the rugged landscape and steep, remote terrain surrounding the Long Canyon and Lake Forest Estates communities make fire suppression efforts especially dangerous and complex, with the risk of rolling debris spreading fire laterally and downhill, rapid fire spread uphill, and the unavailability of bulldozer response due to steepness of the slopes. During the 2025 Peak Fire in late August-September, for example, fire spread was often towards the heel of the fire due to large logs rolling down hill and spreading the fire. Normally, fire will spread uphill, but in this case due to the very steep ground, the fire repeatedly challenged and crossed control lines at the heel or bottom of the fire. This prolonged the threat to the Lake Forest Estates and Long Canyon communities, which was threatened for the third time in four years by the Peak Fire. The topographic conditions in this area, combined with the fuels conditions, limited access, and proximity to the Trinity Alps Wilderness keep the area at a very high risk of fire. Firefighters who try to hold the fire at the heel or bottom of the slope are also at increased safety risk from rolling material. It is therefore imperative to address the fuels conditions which further jeopardize firefighter and public safety during suppression and evacuation efforts urgently, before a fire actually ignites or enters the project area and threatens the communities.

16.     In addition to excessive "ladder fuels" in the project area, which facilitate transition of low intensity ground fire to higher intensity surface or crown fires, and its proximity to the Trinity Alps Wilderness and associated constraints on firefighting equipment and accessibility, the project area is remote, with few roads in and out of the area.

17.     The communities close to the planned emergency treatments are not only highly vulnerable to wildfire but face unique risks due to their limited access. State Route (SR) 3 is the only viable travel corridor through the Trinity Lake area, supported by county and forest roads that serve as critical ingress/egress routes to rural residences and wilderness access. In the project area, SR 3 is bound to the west by the Trinity Alps Wilderness and to the east, Trinity Lake shoreline. SR 3 is the primary evacuation route for communities in the area, though many of the homes are located off this primary

6

corridor and have very limited options for alternate evacuation routes in the event a fire or other hazard prevents access to SR 3.

18.     The Forest and County roads and roadside fuels receiving emergency treatments as part of the project have been identified in the December 2024 North Trinity Lake Fuel Management Plan (NTLFMP) as critical alternate evacuation routes for the Long Canyon and Lake Forest Estates communities.  FS Road Nos. 35N24Y (Taylor Gulch Loop Road) and 35N24YB (a presently impassable single lane dirt road that is being improved for emergency egress purposes under the project), which run through and are being treated by the Long Canyon timber sale, will provide an alternate evacuation route for the Lake Forest Estates community (see Figure 2 below).  The 2025 Trinity Center Volunteer Fire Department Wildfire Response Plan also identified establishing this alternate evacuation route through National Forest System lands for the Lake Forest Estates community as the highest priority for evacuation planning, as this community currently only has one way in and out to SR 3 and no viable safety zone in the event that access is blocked by fire.



*Figure 2  Map showing importance of roads treated in the Peak Fire Emergency Response Project as alternate evacuation route for Lake Forest Estates community. Gray shaded polygons represent timber sale units.*

A true and correct copy of the NTLFMP is attached as Exhibit 3 to this Declaration. A true and correct copy of the 2025 Trinity Center Volunteer Fire Department Wildfire Response Plan is attached as Exhibit 4 to this Declaration. A true and correct copy of the most current Implementation Map of the Peak Fire Emergency Response project, which depicts the treatment areas, including the timber sale boundaries, the locations of the Long Canyon and Lake Forest Estates communities, and the alternate evacuation routes being treated by the project is excerpted above in Figure 2 and attached in its entirety as Exhibit 5 to this Declaration.

19.     Also identified as a priority is the need to treat FS Road No. 35N23Y (Mule Creek Road), which runs through both timber sales implementing the project, and County Road 134 (Rainier Road), which runs through the Rainier Timber Sale area. These roads provide both alternate and, in the case of County Road 134, primary evacuation access for the Long Canyon and Lake Forest Estates communities, residences located along County Road 134, and recreational users accessing the Long Canyon trailhead which provides access to the Trinity Alps Wilderness.



*Figure 3  Map showing importance of roads treated in the Peak Fire Emergency Response project as alternate evacuation route for Long Canyon community. Gray shaded polygons represent timber sale units.*

8

See Exhibit 5, which shows the map excerpted in Figure 3 in its entirety. The NTLFMP, which will become part of the Trinity County Community Wildfire Protection Plan (CWPP), and the 2025 Wildfire Response Plan both stressed the need for access over and maintenance of these critical egress routes as high priorities for ensuring public safety. See Exhibits 3 and 4.

20. The area covered by the emergency treatments also includes critical assets such as residential infrastructure, high-voltage transmission lines, small airports, the Trinity and Lewiston Dams (hydroelectric facilities supplying water to the Central Valley Project), multiple communication sites, and community water sources.

21. The threat of devastating effects from wildfire is not limited to communities and infrastructure. Since 2018, 81,182 acres of northern spotted owl (NSO) habitat have been lost to high intensity wildfire. High intensity wildfire poses a significant threat to the NSO and its critical habitat. Much of the science on the significant risk to spotted owls from fire is based on the California spotted owl, a close relative of the northern spotted owl with overlapping needs and threats. For this and other reasons, the 2011 Northern Spotted Owl Recovery Plan draws heavily on the scientific literature for the California spotted owl. While there are important differences between the species in some portions of the species' ranges, the northern spotted owls in and near the Peak Fire Emergency Response project area (a dry portion of the northern spotted owl's range) face a very similar risk of habitat loss from severe fire as that posed to the California spotted owl. Therefore, it is appropriate to rely on the California spotted owl scientific literature when evaluating the risk of NSO habitat loss in the Peak Fire Emergency Response project area. Furthermore, the NSO scientific literature also emphasizes the significant risk that fire poses to the species. As noted in the recent journal article, "Reconciling species conservation and ecosystem resilience: Northern spotted owl habitat sustainability in a fire-dependent forest landscape," "large patches of stand-replacing wildfire in large and contiguous patches of late-successional forest have been the primary cause of NSO [high suitability habitat] loss on federal lands since 1993." Halofsky et al., "Reconciling species conservation and ecosystem resilience: northern spotted owl habitat sustainability in a fire-dependent forest landscape." For. Ecol. Manag., 567 (2024). The emergency treatments authorized in this project would help sustain and reduce the risk to this

critical habitat. The prescriptions associated with the emergency treatments are based on NSO habitat typing and are designed to maintain the current habitat while improving the overall health and vigor of the stand as whole and simultaneously reducing the risk of habitat lost to wildfire.

### *The Emergency Response Activities*

22.    As part of the emergency response project, the Forest Service will develop fuel management zones (FMZ) along forest roads to improve fire suppression capabilities and provide safe ingress and egress for fire personnel and the public around local communities and nearby properties to create defensible space within the wildland urban interface and complement ongoing defensible space treatments occurring on private lands. See Figure 4, below, and Map at Exhibit 5, showing private land fuel breaks in purple and connecting Forest Service FMZ treatments in orange and gray. The fuel management zones consist of inner and outer zones, where the inner zone (0-150 feet from the road) is thinned more heavily than the outer zone (150-300 feet from the road) to more effectively slow fire movement near ingress/egress routes. The Forest Resilience treatment units included in the emergency response (Rainier timber sale Units 10B, 9D, 9C) were strategically located to enhance the effectiveness of the shaded fuel break (FMZ). The prescriptions in these units call for higher basal area retention than in the FMZ inner zones. If the emergency response did not include these forest resilience units, the effectiveness of the fuel management zones would be compromised, as isolated pockets of high fuel-loaded areas would be left on the landscape to carry fire between treated units. The forest resilience units complement and enhance the effectiveness of the FMZ treatments by connecting the treatments on the landscape back to roads and other treated units, further reducing anticipated wildfire impacts.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Figure 4   Map showing connectivity of Peak Fire Management Response project FMZ treatments (shown in gray and orange) on the landscape with existing fuel breaks installed on adjacent private lands (shown in purple).*

23.     The locations of the emergency treatments were specifically selected to enhance planned and existing efforts on private and federal lands and to help protect critical ingress/egress routes for isolated communities. For example, treatments will expand contingency and containment lines that were critical to suppression efforts in the Peak and Deep Fires and tie in with planned and existing fuel breaks on adjacent private lands. The nearby communities of Long Canyon, Lake Forest Estates, Covington

Mill, Ridgeville, Pinewood Cove, Trinity Alps Resort, and associated residences are nearly surrounded by dense forest land.  The emergency treatments will provide a critical buffer between the remote and roadless Trinity Alps Wilderness and these rural and isolated communities, particularly for Long Canyon and Lake Forest Estates, which are especially vulnerable to catastrophic fire.  The project treatments currently being implemented specifically target areas that have the greatest potential to protect these vulnerable communities from a possible catastrophe before the next fire season.

24.     All fuel reduction treatments being implemented under the Peak Fire Emergency Response project aim to enhance forest resiliency by reducing tree densities through thinning small-to medium-sized trees. Thinning is designed to target younger trees and ladder fuels without downgrading habitat.  In fact, the Rainier and Long Canyon Timber Sales include mandatory removal of material down to 8 inches in diameter at breast height (DBH), ensuring that the smaller trees that contribute most to high fuel loadings are removed. For the Rainier Timber Sale, based on statistical estimates, the quadratic mean diameter (QMD) is 14.5" DBH.  Of the estimated 14,345 trees that are to be cut under the sale, 10,850 trees are between 8-15" DBH, falling into a "small" to "medium" size class.  This represents 76 percent of the total trees anticipated for cutting.  On the Long Canyon Timber Sale, the QMD is 13.1" DBH.  Of the estimated 13,471 trees to be cut in Long Canyon, 11,595 trees are between 8-15" DBH.  This represents 86 percent of the trees to be cut.  These statistical estimates clearly demonstrate the intention of the emergency treatments to thin younger trees, reduce ladder fuels, and improve forest health (thin from below prescription).

25.     Additionally, emergency treatments within suitable northern spotted owl habitat are designed to maintain or restore habitat values. Mechanical treatments include variable density thinning to increase tree spacing and disrupt crown continuity, and to reduce/remove surface and ladder fuels. Hand thinning and piling of fuels would be utilized where equipment is restricted. Piles will be burned as conditions allow. By reducing the likelihood of initiating and sustaining crown fire, mechanical and hand treatments will lower the risk of catastrophic wildfire.

26.     Within the emergency area, treatments include approximately 440 acres of commercial thinning, with an additional 250 acres of optional "timber subject to agreement" that are mostly

comprised of plantations. The remaining area (over 500 acres) authorized for emergency treatments includes non-commercial manual thinning and piling, mastication, and chipping, which will be accomplished through the Forest's internal workforce and through local partner workforce.

***Relationship Between the Peak Fire Emergency Response and the Larger North Trinity County Community Risk Reduction Project***

27.     The emergency response activities will cover approximately 1,200 acres within a much larger, approximately 12,800-acre project area for the proposed North Trinity County Community Risk Reduction Project ("North Trinity Risk Reduction Project"), for which the Forest Service anticipates finalizing an Environmental Assessment ("EA") and Finding of No Significant Impact ("FONSI") in late 2026. The North Trinity Risk Reduction Project will authorize other treatments and activities, including within the emergency treatment areas, beyond what is covered by the present emergency response.

28.     Scoping on the larger North Trinity Risk Reduction Project began in 2024. Public scoping was conducted during the winter of 2024-2025 and scoping comments were used to refine the proposed action, design features, and treatment areas. Analysis for the larger project is underway, informed by already completed archeological, botanical and NSO surveys, including within the emergency response area.

29.     Because the Final EA and FONSI for the North Trinity Risk Reduction Project are not expected to be completed until later in 2026, without the Peak Fire Emergency Response authorization the emergency actions would likely be delayed until at least summer 2027, leaving communities in northern Trinity County highly vulnerable to the significant threat of wildfire over the next several fire seasons. As it would be contrary to the public interest to allow these isolated communities to remain so exposed while waiting for the EA and FONSI, the Forest and Regional Forester determined that seeking authorization for this emergency response was the most appropriate course of action to address these urgent needs in the strategically selected treatment areas.

30.     To that end, upon receiving the Chief's authorization on October 15, 2025, to use alternative arrangements to address the emergency response, the Forest expeditiously moved to advertise

and award the two timber sales implementing the commercial portions of the emergency treatments, and in the interest of transparency, I invited the local community members and other interested parties – through email and distribution of flyers within the community, to a public meeting and field trip on November 19, 2025, where I shared information about the emergency treatments being implemented in the areas surrounding Long Canyon and Lake Forest Estates, including why an emergency response was necessary, and where the treatments would be located. At least one member of a Plaintiff organization was in attendance at that meeting. A true and correct copy of the November 13, 2025 email inviting local community members to the public meeting, a flyer that was distributed in the communities to spread awareness of the public meeting, and an implementation map of the Peak Fire Emergency Response that was shared with attendees at the meeting are all attached at Exhibit 6 to this Declaration.

**CONSULTATION UNDER THE ENDANGERED SPECIES ACT**

31. The Shasta-Trinity National Forest is conducting consultation with the U.S. Fish and Wildlife Service ("FWS") for the emergency response activities under 50 C.F.R. § 402.05 and had already been consulting with FWS through streamlined consultation processes for the larger North Trinity County Community Risk Reduction Project that is still in development. A true and correct copy of an email exchange dated November 6, 2025, between the Forest Service and FWS in which the Forest Service requests emergency consultation for the Peak Fire Emergency Response is attached as Exhibit 7. Emergency consultation for the Peak Fire project was previously discussed at a meeting between the agencies in September 2025, prior to the lapse in government funding.

32. The larger North Trinity County Community Risk Reduction project was developed under the streamlined consultation process where FWS and the Forest Service's interdisciplinary planning team worked collaboratively from the early stages of project development in late 2023. This process has included coordination meetings, data exchange, and field visits to the project area. The proposed action was adjusted to minimize impacts to the northern spotted owl and designated critical habitat, utilizing NSO survey data. Resource Protection Measures were jointly developed to minimize or eliminate adverse effects to northern spotted owl, and these measures were carried forward into implementation of the emergency response activities.

33.     At the time of this declaration, the Biological Assessment ("BA") for the larger North Trinity County Community Risk Reduction Project is still in process and the Forest Service anticipates completing a preliminary BA for the activities covered by the emergency response in approximately 6-8 weeks, followed closely by the full BA addressing the larger project.

34.     The area covered by the emergency treatments is located entirely within the Late Successional Reserve, a land allocation designated under the Forest Plan to protect and enhance conditions of late-successional and old-growth forest ecosystems, which serve as habitat for late-successional and old-growth related species including the NSO.  Approximately 38 percent of the area covered by the emergency treatments is located within designated Critical Habitat for the NSO, generally located in the northwestern portion in proximity to the Strope Creek activity center.  Strope Creek, the only active NSO core proposed for treatment under the emergency response (see Map showing locations of emergency treatments, timber sale boundaries, and NSO cores in the emergency response area at Exhibit 5), will receive noncommercial treatments only on approximately 108 acres (not included in either commercial timber sale).  While the original Peak Fire Emergency Response project map which accompanied the Regional Forester's request for an emergency response authorization showed a small amount of treatment in the Burnt Ridge NSO core (see Exhibit 1, page 5), the updated implementation map at Exhibit 5 shows that this proposed FMZ treatment has been dropped from the project.

35.     The Forest Service and FWS have conducted multiple field visits and project specific meetings, with the first field meeting for the larger project kicking off in June 2024, and continuing through the present. Over the course of this time, FWS has provided specific recommendations regarding resource protection measures, treatment prescriptions, and treatment units that the Forest Service has adopted into project design and are by extension being incorporated into the emergency response activities.

36.     For example, agreements associated with resource protection measures such as limited operating periods to reduce disturbance and smoke impacts to NSOs, dropping treatments within certain occupied NSO activity centers (also not treated under this emergency), prescribing treatments and

density objectives that maintain habitat functionality, and special treatment around certain active activity centers, including the Strope Creek NSO activity center, are being carried through into the emergency response activities consistent with the larger planned project. Agreements associated with the Strope Creek activity center include generally limiting treatments to trees less than 10-inches in diameter (with the exception of trees less than 20-inches in diameter with interlocking crowns connecting tree canopies over the road, within 20-feet of the road prism), reducing the width of fuel management zones on the downhill (east) side from 300-feet to 150-feet, with the uphill (west) side including the full 300-foot width, and allowing for plantation thinning and hazard tree abatement.

37.     FWS acknowledged the Forest Service's determination of the need for the emergency response and affirmed by email dated November 7, 2025, that no further information or documentation as to the emergency response activities is required. A true and correct copy of the November 7 email, included as part of the November 6 email conversation, is attached as Exhibit 7 to this Declaration.

38.     FWS subsequently responded by letter to the Forest Service's emergency consultation request directing the Forest Service to reference the Official Species List for General Project Design Guidelines providing recommendations to help avoid or minimize adverse effects to listed species and designated critical habitat. A true and correct copy of the November 7, 2025 letter is attached as Exhibit 8 to this Declaration.

39.     By letter dated the same day FWS also provided the Forest Service with a list identifying threatened and endangered species that may occur in the proposed project location or may be affected by the proposed project. A true and correct copy of the species list is attached as Exhibit 9 to this Declaration.

40.     By email dated November 21, 2025, FWS provided additional information and conservation recommendations to provide protections to the NSO, during operations, which, for the most part, align with past general conservation measures and recommendations FWS has shared with the Forest Service. True and correct copies of the November 21 email and referenced Guidance for Emergency Endangered Species Act Consultation for Projects are attached as Exhibits 10 and 11, respectively, to this Declaration.

16

41.     The Forest Service is working with staff and the contractors to implement most of the conservation measures identified by FWS in the November 21 email and discussions with FWS on all the measures will continue.

42.     As soon as practicable, the Forest Service will provide FWS with (1) a description of the emergency actions; (2) a justification for the expedited consultation; and (3) an evaluation of the impacts of the emergency response on affected species and their habitats, including documentation of how the Service's recommendations were implemented and the results of implementation in minimizing impacts to those species and habitats.

## CONSISTENCY OF THE NORTH TRINITY EMERGENCY RESPONSE ACTIVITIES WITH THE FOREST PLAN

43.     The 1995 Forest Plan for the Shasta-Trinity National Forest contains standards requiring the Forest Service is to (1) maintain and/or enhance habitat for Threatened, Endangered, and Sensitive species consistent with individual species recovery plans; and (2) survey and evaluate habitat for Threatened, Endangered, and Sensitive species at the project level in coordination with the US Fish and Wildlife Service.

44.     Of the 1,200 acres receiving emergency response treatments, approximately 15% are in suitable NSO nesting and roosting habitat, 33% is in NSO foraging habitat, and the remaining acres are in dispersal or non-habitat classifications.  Of the 48% of the project in NSO suitable habitat, only 75 acres of nesting and roosting habitat and 206 acres of foraging habitat are included in the commercial timber sale units currently under contract.  Following treatments, these acres will maintain their function as nesting/roosting habitat and foraging habitat, respectively.  All suitable habitat will retain its habitat type and function post-treatment, and no suitable habitat will be downgraded as a result of project activities.

45.     The North Trinity County Community Risk Reduction Project, and by extension, the emergency response actions were designed to be fully consistent with the Forest Plan. Treatment prescriptions were designed to maintain habitat function of nesting/roosting habitat and foraging habitat by specifically retaining habitat components above biological thresholds that would otherwise result in

17

downgrading of that habitat. These habitat components include maintenance of sufficient tree density (measured by basal area), canopy closure (60 percent minimum for nesting/roosting habitat, 40 percent minimum for foraging habitat), thinning from below while prioritizing retention of larger trees (determined by average diameter), retaining forest structure, etc. In addition, the project area, including the emergency response area, has been consistently surveyed for NSO for the past 15 years, and the Forest Service has been working with FWS on habitat typing, project design, prescriptions based on habitat threshold levels, and protection measures to minimize impacts to NSOs while meeting the purpose and need of reducing wildfire risk to communities and improving forest health and resilience.

46.     Finally, there are no timber sale units located within any occupied or active NSO cores as part of the emergency response.  While the Long Canyon Timber Sale boundary includes a portion of FS Road No. 35N23Y which traverses the Strope Creek core, there is no commercial timber removal authorized or planned within that portion of the sale area.  There is, however, some commercial timber removal taking place within one unoccupied NSO core – the Little Mule core – as part of the Rainier Timber Sale.  There has been no observed NSO activity in the Little Mule core since 2021.

**STATUS OF IMPLEMENTATION OF THE NORTH TRINITY EMERGENCY RESPONSE**

47.     Implementation of the emergency response treatments began on November 19, 2025, and will be completed within approximately twelve months.

48.     During the implementation period, the entire 1,200 acre-project area is subject to seasonal habitat restrictions, meaning the window for implementing most of the emergency response activities is now and will only last a few months. Operations on the timber sale contracts and many noncommercial treatments are limited to a short window of time between limited operating periods for wildlife protection, industrial fire precautions, and winter weather closures.  Limited operating periods (LOPs) for NSO restrict operations in suitable spotted owl habitat from February 1st through as late as September 15th – or until surveys confirm an absence of reproduction for resident owls in the project area.  The purpose of this LOP is to protect any potential nesting owls and their offspring from disturbance during the breeding season.  If reproduction is confirmed, the nest tree and surrounding areas can be avoided to allow lifting of the LOP in other areas; however, the presence or absence of

nesting cannot typically be confirmed until at least the beginning of July.

49. The peak fire season in California, while variable, usually begins in June and does not end until wet weather sets in around late October or November. Therefore, if the emergency treatments are not implemented now – in this very narrow window where owls are not breeding and their young have fledged so disturbance is minimized, fires are not burning, and the ground is still dry enough to allow operations – they will not be able to recommence until July 2026 at the very earliest, but more likely closer to September 15, 2026, when all NSO LOPs can be lifted. With the fire season getting a 1 to 3-month head start on the treatments, the human communities and owl habitat will be subjected to increased risk of catastrophic wildfire without adequate means of suppression or evacuation during the 2026 fire season.

50. The Forest Service has awarded two timber sale contracts to implement the emergency response actions. No additional timber sales will be offered as part of the emergency response. Additional non-commercial fuels treatments will be implemented in the emergency response project area by Forest Service employees or partners.

51. The Forest Service awarded a contract for the Long Canyon timber sale to Trinity River Lumber on November 7, 2025. The Long Canyon sale contract has a termination date of January 31, 2026, to facilitate expedited implementation of the emergency response actions before the LOP commences.

52. The Long Canyon timber sale is 206 acres of thinning in primarily Fuel Management Zone treatments. These "FMZs" are shaded fuel breaks designed to lower fire intensity and provide strategic holding features during emergency fire suppression actions. Treatment area is along potential operational delineation (POD) line that protects Long Canyon and Lake Forest Estates communities.

53. Work on the Long Canyon contract began on November 25, 2025 in Unit 1A in the far north of the project area, which is a unit containing NSO foraging habitat. Unit 1A was selected due to its proximity to private lands (i.e. highest importance for treatment) and viable road access while portions of other Forest Service system roads are being maintained by adding gravel to reduce the potential for erosion. Work on Unit 1A is expected to be completed by around December 12, 2025.

Including the "timber subject to agreement" units, just under half of the units covered by the Long Canyon Sale are nesting and roosting (37 acres) or foraging habitat for NSO. A true and correct copy of the Sale Area Map for the Long Canyon Timber Sale is attached as Exhibit 12 to this Declaration.

54.     The Forest Service awarded a contract for the Rainier timber sale to Sierra Pacific Industries on November 3, 2025. The Rainier timber sale contract has a termination date of February 1, 2026 to facilitate expedited implementation of the emergency response activities prior to the beginning of next fire season and outside of LOPs associated with the NSO.

55.     The Rainier timber sale has 225 acres of mandatory harvest units.  The timber sale is near or adjacent to California State Route 3, Trinity County Road 134, and Forest Roads 35N23Y, 35N32Y and the 35N28Y.  These roads and their surrounding units have been identified for Fuel Management Zone and Forest Resilience treatments.

56.     Work on the Rainier sale began on November 19, 2025 in Landing 1 and Unit 9.  Harvest operations are complete in Landing 1, which included portions of Units 9 and 9D. After completing these operations, the contractor briefly moved north into Unit 8, where they worked for a short time before moving operations again, this time at the Forest Service's request.  Including optional, "timber subject to agreement" units, just over half of the units covered by the Rainier sale are typed as nesting and roosting (38 acres) or foraging habitat for NSO. A true and correct copy of the Sale Area Map for the Rainier Timber Sale is attached as Exhibit 13 to this Declaration.

57.     After completing a portion of Unit 8, the contractor agreed to temporarily shift operations away from NSO foraging, nesting, or roosting habitat units until at least December 12, 2025, to other units, commencing with Unit 8A.  However, if the contractor does not resume activities in habitat units by mid-December, the contractor will likely be unable to complete the contracted-for work prior to the expiration of the contract on February 1, 2026.

58.     Emergency non-commercial fuels reduction work is expected to begin in the project area in the first week of December.  Crews have been actively engaged in burning established hand piles near the emergency response area, including Lake Forest Estates and along control and contingency lines from the Deep Fire.  Manual and mechanized fuels reduction work will be conducted first by Forest

Service personnel, then by partners. The Shasta-Trinity National Forest will prioritize this emergency fuels reductions work and make agency-owned equipment including masticators, chippers, and excavators from across the Forest available for use. Additional equipment may be rented for short term if necessary. Local partners have agreements with some funding in place to contribute to the non-commercial fuels reduction work. Money from the sale of timber within the emergency area, as well as associated Brush Disposal Deposits, will be retained and reinvested to fund fuel reduction and pre-commercial thinning work within the established 12-month timeframe. Work that is not completed by February 1, 2026, will proceed outside of Limited Operating Period areas (if any), after LOPs have been lifted based on surveys, or after September 15, 2026.

59. The Peak Fire Emergency Response project as a whole has been designed to be effective at improving the forest's resilience to disturbance, including both wildfire and insects and pathogens, in a holistic way – to slow fire progression and increase suppression options to reduce the risk of severe wildfire effects to the communities and existing wildlife habitat. Prescribed commercial and non-commercial treatments, as well as treatments in both habitat and non-habitat areas, work together to complement the effectiveness of the overall treatments, and similar to connecting fuel breaks across ownership boundaries, have a compounding effect to operational success. To not treat the larger, commercial-sized material would not only make the fuel breaks on public lands less effective, it would also diminish the effectiveness of fuel breaks planned and implemented on private lands. The non-commercial treatments would be fragmented, and a fire would be more likely to breach the FMZ due connected canopies and ladder fuels. As a reminder, the Rainier and Long Canyon timber sales are primarily made up of small to medium sized trees. These trees, if not thinned, would leave ladders to facilitate crown fires in larger trees and torching during a fire. Contiguous treatments like those planned and promoted by the emergency treatments are far more likely to facilitate successful fire suppression, and treatments both on the surface, through the ladder fuels, and into the canopy are critical to achieving the project's purpose and meeting the desired future condition. In short, leaving the commercial-sized small trees on the landscape would leave the larger trees more vulnerable to fire, insects and disease.

60. Also, from a practical standpoint, the non-commercial fuels within the commercial stands could not be effectively treated if the commercial sized trees were still there. In much of these timber sale units, tree densities would make mechanical non-commercial treatments impossible, as the equipment could not get through the stands without significantly damaging the residual timber. The material should also not be piled and burned in a stand with that level of tree density, as the trees would be at risk of igniting from the pile burning operations, and any subsequent commercial operations after a temporary injunction were lifted would have to attempt to operate around these piles until they were burned, complicating those operations and increasing safety risks to operators.

61. Similarly, treatments within NSO habitat units are necessary to both reduce the risk of further habitat degradation and to increase the effectiveness of treatments outside of habitat units. Effectiveness of fuels treatments may be compromised if interspersed with untreated areas. In treated areas, surface fires with lower flame lengths will have reduced severity and be more conducive to suppression when needed to protect values at risk. Pockets of untreated heavy fuels can allow fire to spread from the surface to the forest canopy, where rapid fire spread and extreme fire activity and growth are more likely. And just as the emergency treatments are necessary to protect the local communities from threat of severe wildfire that the 2026 fire season may bring, they are also necessary for the protection of NSO and its suitable habitat from one of the most significant threats to its existence – habitat destruction and loss from large, catastrophic wildfire. Large, high-severity wildfires in NSO territories are almost certain to harm spotted owls, and studies have repeatedly shown that owls will abandon activity centers that have been severely burned. The project fuels reduction treatments are designed to minimize disturbance and maintain the nesting, roosting, and foraging habitat of the NSO, while protecting that habitat from the risk of catastrophic fire.

**HARMS FROM DELAY OF EMERGENCY RESPONSE ACTIVITIES**

62. Any delay of the timber sale operations would jeopardize the contractors' ability to complete the contracted-for work prior to the termination of their contracts on January 31, 2026 for the Long Canyon sale and February 1, 2026 for the Rainier sale.

22

63.     Due to upcoming seasonal restrictions, including a limited operating period for northern spotted owl and the likely onset of wet weather and associated operational limitations, work that is not completed prior to February may need to be delayed until as late as September 15, 2026. This means that the communities of Long Canyon and Lake Forest Estates which would have benefited from the emergency treatments will remain extremely vulnerable to catastrophic wildfire through another fire season.

64.     It is impossible to know exactly when and where the next wildfire will occur or how severe it will be. But it is possible that the Peak Fire Emergency Response treatments could prevent the loss of homes or lives that would occur in the absence of those actions being completed on schedule. Implementation delays due to temporary restraining order or a preliminary injunction could also result in prolonged disturbance in NSO nesting, roosting, and foraging habitat and increase the potential risks associated with implementation.  Currently, due to seasonal conditions, there is little to no risk of an operations fire.  If the operations were delayed, however, contractors could be forced to work during the higher fire danger period in the late summer and fall.  This delay would mean an additional period of noise disturbance for the owls as well.  Conversely, if the contractors were allowed to continue to operate on the timber sales without interruption, the work would be completed prior to the NSO breeding season (assuming no season-ending weather event were to occur in the next two months), and those timber sale units may not require re-entry next year, minimizing NSO disturbance. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4th__ day of December, 2025, in the City of Weaverville, Trinity County, California.

TARA JONES
Digitally signed by TARA JONES
Date: 2025.12.04 14:38:39 -08'00'

**TARA D. JONES**
District Ranger
Hayfork, Yolla Bolla, & Weaverville,
Big Bar Ranger Districts
Shasta-Trinity National Forests