# EXHIBIT 1

## DECISION MEMORANDUM FOR THE CHIEF

**THROUGH:** Christopher B. French  
Acting Associate Chief

THOMAS SCHULTZ  
THOMAS SCHULTZ  
2025.11.25 08:05:21 -05'00'

**FROM:** Jacqueline Buchanan  
Acting Regional Forester  
Pacific Southwest Region (Region 5)

JACQUELINE BUCHANAN  
Digitally signed by JACQUELINE BUCHANAN  
Date: 2025.11.19 10:21:09 -08'00'

**SUBJECT:** Shasta-Trinity National Forest, Peak Fire - North Trinity Proposed Emergency Response Approval Request (7 CFR part 1b.9(w)), *Revised*

**FILE CODE:** 1950

### ISSUE / RECOMMENDATION:

The Shasta-Trinity National Forest in Region 5 is requesting Chief's approval for an emergency response in compliance with the National Environmental Policy Act (NEPA) consistent with Alternative Arrangement procedures at 7 CFR 1b.9(w), *Urgent but not Immediate Actions*. The proposed alternative arrangement is to initiate emergency fuels reduction treatments on approximately 1,200 acres within the 12,950-acre North Trinity project area near communities in northern Trinity County, California before the completion of the North Trinity County Community Risk Reduction Project (North Trinity) Environmental Assessment (EA) and Finding of No Significant Impact.

Granting approval for emergency response would allow immediate implementation of fuels reduction treatments to address an imminent threat to human health and safety posed by severe and destructive wildfire. These actions are not likely to have significant environmental impacts, as defined at 7 CFR 1b.11(a)(50).

We recommend approving the proposed alternative arrangement for NEPA compliance under 7 CFR 1b.9(w).

The proposed alternative arrangement would implement approximately 1,200 acres of fuels reduction treatments that include fuel management zone development along forest roads to improve suppression capabilities and provide safe ingress and egress for fire personnel and the public around local communities and nearby properties to create defensible space within the wildland urban interface and complement ongoing defensible space treatments occurring on private lands. The fuels reduction treatments would include mechanical treatment using variable density thinning to disrupt crown continuity and reduce/remove surface and ladder fuels. Hand thinning and piling of fuels would be utilized where equipment is restricted.

With approval, implementation of these emergency actions would begin in October 2025 and be completed within approximately 12 months, with priority given to areas where there are seasonal restrictions on habitat. Most of the treatments could be implemented by mid-summer 2026. Without an emergency response, these treatments would be delayed until summer 2027, leaving the communities in northern Trinity County highly vulnerable to the significant threat of wildfire well into the next several fire seasons.

 

All other proposed actions in the North Trinity County Community Risk Reduction Project EA, which are not part of this emergency response, will follow the standard environmental compliance process.

*This revised document is identical to the Shasta-Trinity National Forest, Peak Fire - North Trinity Proposed Emergency Response Approval Request signed on October 15, 2025, except for removal of the "DELIBERATIVE, PRE-DECISIONAL, FOR INTERNAL COORDINATION ONLY" note. That text accompanied the draft document and was unintentionally left on the final document. This document upholds the emergency response effective date of October 15, 2025.*

## BACKGROUND:

Under USDA NEPA implementing regulations at 7 CFR 1b.9(w)(1)(iv), the Chief or Associate Chief may grant alternative arrangements for NEPA compliance when the responsible official finds that the nature and scope of proposed emergency actions make it necessary to take urgently needed actions before the NEPA process can be completed.

Trinity County has experienced numerous high-severity, landscape-scale wildfires. The recent 2025 Swift Complex–Peak Fire2, caused by lightning just inside the Trinity Alps Wilderness, demonstrated extreme fire behavior and rapid spread potential, placing northern Trinity County communities at risk. Suppression efforts, supported by favorable weather, presence of natural barriers and available suppression resources, have been able to successfully contain the fire after just over 500 acres of spread. The event underscores the urgent need for hazard reduction.

Similarly, the 2023 Deep Fire (4,198 acres) started in the Trinity Alps Wilderness, roughly 6 miles from the Peak Fire, threatening the Trinity Alps Resort and surrounding residences. In summer 2021, the River Complex (199,343 acres) which also ignited within the Trinity Alps Wilderness, devastated the nearby community of Coffee Creek. These events highlight the ongoing vulnerability of communities in this area.

The project area identified for this emergency action fully lies within the wildland urban interface, as identified in Trinity County's Community Wildfire Protection Plan and two high risk firesheds identified in Secretarial Memorandum 1078-006 (Increasing Timber Production and Designating an Emergency Situation on National Forest System Lands, April 3, 2025). Trinity County has the highest wildfire risk in California and the second highest risk to homes. In addition to proximity to communities and limited access, the project area identified for treatment is especially at high risk for uncharacteristic wildfire due to the dense vegetation conditions resulting from over a century of fire suppression and lack of fire history in the area. The Shasta-Trinity National Forest believes the proposed emergency actions meet the Secretary's criteria for proactively addressing emergency conditions before they result in catastrophic loss of resources, property, economic activity, or human life.

The proposed emergency actions would implement approximately 1,200 acres of fuels reduction treatments that include fuel management zone development along forest roads to improve suppression capabilities and provide safe ingress and egress for fire personnel and the public around local communities and nearby properties to create defensible space within the wildland urban interface and complement ongoing defensible space treatments occurring on private lands.

The fuels reduction treatments would include mechanical treatment using variable density thinning to disrupt crown continuity and reduce/remove surface and ladder fuels. Hand thinning and piling of fuels would be utilized where equipment is restricted. In addition, treatments have been strategically identified to enhance planned and existing efforts on private and federal lands. To this end, treatments will expand upon contingency and containment lines associated with the Peak and Deep Fires, and tie in with planned and existing fuel breaks on industrial timberlands. Fuel management zones were designed to incorporate strategic Potential Operational Delineation lines, and reduce risk around critical ingress/egress (i.e., evacuation routes) for the local isolated communities.

Ultimately, the North Trinity project would be implemented along the State Route (SR) 3 corridor, primarily between Trinity Lake National Recreation Area and the Trinity Alps Wilderness. Northern Trinity County features "checkerboard" land ownership, with National Forest System lands interspersed among rural communities and private timberlands (primarily Sierra Pacific Industries). SR 3 is the only viable travel corridor, supported by county and forest roads that serve as critical ingress/egress routes to rural residences and wilderness access. Critical assets at risk include residential infrastructure, high-voltage transmission lines, small airports, the Trinity and Lewiston Dams (hydroelectric facilities supplying water to the Central Valley Project), multiple communication sites, and community water sources. The local economy depends heavily on timber and recreational tourism linked to Trinity Lake and access to the Trinity Alps Wilderness. The aim of this project is to reduce wildfire risk to rural communities by lowering hazardous fuel loads, improving safety along evacuation routes, and enhancing resilience of adjacent forest ecosystems.

Fire suppression efforts are hindered in this area due to topography, fuels, minimal access and Wilderness limitations. Treatments from the North Trinity project that have been prioritized under this emergency action proposal include areas located in close proximity to designated wilderness and values at risk (i.e., rural communities and critical infrastructure). Local communities such as Long Canyon, Covington Mill, Ridgeville, Pinewood Cover, Trinity Alps Resort and associated residences, are nearly surrounded by dense forest land, in a county where 73 percent of the land base is in federal ownership. In addition, these areas have no known fire history in over one hundred years, which has resulted in overly dense forests with high-risk fuel conditions. These treatments will assist in overall wildfire risk reduction by improving suppression opportunities to contain a fire coming out of the wilderness and lower the risk of a fire burning into the wilderness where control features are minimal.

**Scoping**
Public scoping was completed in Winter 2024/2025 and scoping comments were used to refine to the proposed action, design features, and treatment areas.

**Tribal Considerations**
Invitations were extended to local tribal representatives for a pre-planning Tribal field trip. The field trip took place summer of 2024, which was attended by Shasta-Trinity National Forest staff and a single tribal representative from the Wintu of Hayfork tribe. In fall of 2024, prior to public outreach, consultation letters were issued to five tribal entities - Nor-Rel Muk Wintu Nation, Wintu Educational and Cultural Council, Wintu of Hayfork, Shasta Indian Nation, and Redding Rancheria - inviting participation in the Section 106 process. To date, no responses have been received.

**Endangered Species Act (ESA) Compliance**
The Shasta-Trinity National Forest has been conducting Streamlined Section 7 ESA Consultation with U.S. Fish and Wildlife Service (USFWS) for the North Trinity project. Much of the project is located within northern spotted owl (NSO) Critical Habitat, Late Successional Reserves, and occupied NSO activity centers. As part of the streamlining process, the Forest has been working with the USFWS to incorporate measures to minimize impacts to NSO and their habitat while still meeting the "Purpose and Need" of reducing wildfire risk to communities and restoring forest resilience. Multiple field visits and project specific meetings and discussions have been conducted with the Forest and USFWS consultation biologists. Field visits have informed habitat typing for the project and the Forest is in agreement with the USFWS on the habitat mapping for the project. USFWS have participated in interdisciplinary team meetings for the project and have provided recommendations for resource protection measures, treatment prescriptions, and treatment units that have been incorporated into the proposed action. The project is likely to result in a formal consultation with the USFWS. Overall, development of the project has been well coordinated with the USFWS and they are generally supportive of the treatments proposed.

**National Historic Preservation Act Compliance**
Surveys are complete and Section 106 is close to completion.

**Coordination with State or Local Agencies**
The North Trinity project is being developed through collaborative relationships with local partners and communities. Early input has come from the Trinity County Collaborative Group, Trinity County Fire Safe Council, the Trinity County Resource Conservation District, the Trinity Center Volunteer Fire Department, the Watershed Research and Training Center, adjacent landowners including SPI, and other interested individuals. In conjunction with efforts on non-federal lands, this project works to increase the pace and scale of forest resilience across ownership boundaries and across the shared landscape.

Additionally, Forest staff met with representative from the North Coast Regional Water Quality Control Board (Water Board) in summer 2024 and did a tour of proposed treatment areas. Discussed potential sediment sources.

**DECISION BY THE CHIEF:**

Approved: THOMAS SCHULTZ  THOMAS SCHULTZ 2025.11.25 08:05:51 -05'00'

Disapproved: _____

Discuss with Me: _____

Date: _____

