# EXHIBIT 2


Pacific Southwest Region – Ecosystem Planning | March 2025

# California's Wildfire and Forest Health Crisis

## A State of Emergency in Our National Forests

Version 1.2



# Introduction

National Forests across California are in a state of emergency. Overgrown forests, extended drought, insect and disease infestations, a warming climate, and a growing number of homes in the wildland urban interface (WUI) have all contributed to what is now a full-blown wildfire and forest health crisis. In recent years, increasingly dangerous wildfires have destroyed communities and associated infrastructure, severely impacted natural resources across millions of acres (see, e.g., Figure 1), and resulted in untold economic expenses and loss of civilian and firefighter lives.

This ongoing emergency directly threatens communities, infrastructure, and the natural resources California's national forests provide. Urgent action is needed to change the trajectory of wildfire risk and restore forest health and resilience.

In this summary paper, we explain how forests became overgrown and at risk from uncharacteristic, high-severity wildfire and tree mortality. We describe some of the consequences to resource values and communities. Finally, we identify the actions urgently needed to restore forest health and resilience and reduce wildfire risk.



*Figure 1. One of the many giant sequoia groves impacted by the growing wildfire crisis. This grove burned at high severity during the 2020 Castle Fire, which killed an estimated 10 to 14% of all large sequoias (>4 feet diameter) in the Sierra Nevada. National Park Service Photo by Anthony Caprio.*

*Cover: Top left, extensive tree mortality in the southern Sierra Nevada in 2016 from drought and bark beetle infestations; top right, giant sequoia grove burned at high severity in 2021 Windy Fire; bottom right, structure threatened by the 2013 Rim Fire; bottom left, trees being consumed by the massive 2020 August Complex fire which burned more than one million acres. USDA Forest Service photos, giant sequoia photo by Jamie Hinrichs.*

Suggested citation: USDA Forest Service. 2025. California's Wildfire and Forest Health Crisis; A State of Emergency in our National Forests, version 1.2. Pacific Southwest Region, Vallejo, CA. 28 pgs.

# How did we get here?

California's current wildfire and forest health emergency is largely a product of fire suppression combined with climate change. These factors have created dense forests of stressed trees that are at high risk of catastrophic wildfire and suffering historic levels of tree mortality from insects and disease.

Suppression and exclusion of wildfire whenever possible became the standard policy of land management agencies in the early 1900s. Prior to Euro-American settlement and implementation of aggressive suppression policies, low-intensity fires, either ignited by lightning or as part of Native American burning practices, would periodically burn along the forest floor and clear out understory vegetation or "fuels." These periodic low-intensity fires would reduce the potential for large and severe fires and retain a heterogenous mix of forest stands across the landscape, including open forests dominated by widely-spaced, large-diameter, fire-resistant trees (see Figure 2 and left side of Figure 4). More than a century of fire exclusion and suppression, combined with past land management (like historic logging, which removed larger, more fire-resistant trees), have substantially changed forest structure and composition.[1]



*Figure 2. Open ponderosa pine stand on the Sierra National Forest, circa 1917. Sierra National Forest Photo HP03137.*

## Dense, Fuel-loaded Forests

More than a century of fire exclusion has left much of California's forests overly dense with smaller trees and loaded with understory fuels. Trees that otherwise would have been consumed by frequent low- and moderate-intensity fire have grown into dense forest stands.[2] Research indicates tree density across California has increased nearly 40% since the 1930's, while the number of large trees has decreased.[3] The result is more homogenous landscapes characterized by tightly packed small and medium-sized trees, increased canopy cover, and fewer large-diameter trees (see Figure 3 and Figure 4 (right side of figure)). These forests are also characterized by heavy concentrations of fuels on the forest floor and an abundance of low growing vegetation or "ladder fuels" that can readily move fire into the forest canopy. Changes in dominant tree species have occurred alongside these structural changes as fire exclusion has allowed shade tolerant but fire-susceptible species such as white fir to replace fire-resistant species like ponderosa pine.[4] Combined, these conditions contribute to increased susceptibility to insects and disease and high-severity fire.





*Figure 3. Dense, fire-prone stand in the Eldorado National Forest (top) and heavy fuel loading in the Sierra National Forest (bottom). USDA Forest Service photos.*

California forests have changed drastically over the last century. Forests have transitioned from a heterogenous mix of stand types, including open stands characterized by large, fire-resistant trees to a homogenous landscape overstocked with smaller, fire-intolerant trees at serious risk for catastrophic fire and density-induced tree mortality.



*Figure 4. A comparison of forest conditions at two sites in Lassen Volcanic National Park from 1925 and 2009 that highlights the transition from "open, park-like stands dominated by large trees" to dense stands dominated by small and medium trees and with extensive fuel ladders.[5] Adapted from Hessburg et al. 2019.[6] Photo credits: Weislander 1925, Taylor 2008 and 2009.*

## A Changing Climate

Climate change has been a key driver increasing the risk, extent, and severity of wildfires in the western United States,[7] while also contributing to declines in forest health.

California is getting warmer (Figure 5) and drier. The period between September 2019 and August 2021, when California faced some of the largest, most destructive fires in its history, ranks as the third warmest on record, with temperatures that were roughly 2.9°F warmer than average.[8] That same period ranked as the second driest on record for the state. The 2018 Carr Fire, one of the largest and most destructive fires in state history, erupted amid one of the hottest summers on record when fuels were extremely dry (Figure 6).



**California Average Annual Temperature**

*Figure 5. California is getting warmer, as shown in this chart that displays an increasing trend in annual average temperatures across the state (temperature data through 2023). Source: OEHHA Indicators of Climate Change in California (updated 2024) and WRCC California Climate Tracker.[9]*

Warmer and drier conditions have contributed to larger, more severe wildfires.[10] Warmer springs, longer summer dry seasons, and drier soils and vegetation cause fires in forested areas to start more easily, spread faster, and burn hotter.[11] Climate change has also extended the duration and severity of fire seasons and resulted in increased frequency of extreme fire weather.[12]

Climate change has also contributed to more variable climate conditions. Recently, droughts have become more frequent and more severe. From 2012 to 2016, California experienced the most severe drought on record,[13] which was followed by unprecedented tree mortality and catastrophic wildfires. Sierra Nevada forests are also facing earlier spring snow melt and reduced snowpack, further limiting water availability during hot summer conditions.

Climate change also has negative consequences for forest health. Warmer temperatures combined with increasingly severe droughts and reduced snowpack further stress trees in overly dense forests, where competition for limited resources like water is increased, leaving trees more susceptible to attack from insects and disease.[14] The warmer and more variable conditions associated with climate change are resulting in vast expanses of drought-stressed and overcrowded trees succumbing to insect and disease outbreaks (see "Declining Forest Health" below).

The trends of longer wildfire seasons, larger, more severe fires, and declining forest health are expected to continue as temperatures rise and the state experiences more frequent and severe droughts.

In sum, over 100 years of fire suppression and a changing climate have resulted in millions of acres of dense forests at extreme risk of burning in catastrophic wildfires or dying from drought and forest pests and pathogens.



*Figure 6. The 2018 Carr Fire killed eight people, destroyed more than one thousand homes, and forced thousands to evacuate. Extreme heat and winds fueled fire growth and contributed to the fire's destruction. USDA Forest Service photo.*



*Figure 7. A wildfire rages behind a neighborhood during California's unprecedented 2020 fire season. Cal Fire photo.*

# Wildfires Today

Due to the abundance of extremely dry fuels and a warmer and drier climate, wildfires increasingly impact communities and natural resources as they become larger, spread more quickly, and result in larger expanses of high-severity fire across the landscape. Nationally, the total area burned by wildfires each year has increased since the 1980s (Figure 8), and in the Sierra Nevada, more acres burned in 2020 and 2021 than in the entire previous decade.[15] The number and size of large (greater than 1,000 acres) wildfires has also increased. In California, fifteen of the twenty largest wildfires in state history have occurred since 2012.[16] In the last four years alone, wildfires have burned more than 8 million acres in California,[17] and during the unprecedented 2020 fire season (Figure 7), nearly 4.4 million acres burned across the state.[18]



*Figure 8. Increasing trend in annual acres burned from 1983 to 2024. Source: NIFC.*

Significantly, these recent fires are burning at higher severity (see Figure 9) over larger areas than was typical under historic conditions.[19] Researchers have documented a greater than eight-fold increase in the annual area burned at high severity in western U.S. forests from 1985 to 2017, and climate change is expected to further contribute to increased fire severity.[20] During the 2021 fire season, the Sierra Nevada experienced more than 18 times the average amount of high-severity fire compared to what would be common under a natural fire regime.[21] As the following sections describe, the increase in acres burned at high severity significantly impacts natural resources and increases risks to the public.



*Figure 9. Conditions within a high severity burn patch after the 2014 King Fire show near complete tree mortality and adverse impacts to soils and aquatic resources. USDA Forest Service photo by Eric Knapp.*

In summary, the low-to-moderate intensity fires that once supported forests in California have transformed into large, high-severity infernos that threaten the sustainability and resilience of those forests.



*Figure 10. Extensive tree mortality on the Sierra National Forest and adjacent state and private lands in the wildland urban interface, August 2016. USDA Forest Service photo.*

## Tree Mortality Crisis

Trees in the overstocked stands present in vast areas of California's national forests face intense competition for light, growing space, and especially water. As a result, the health of the individual trees is reduced, with the trees becoming highly susceptible to disease and insect infestation (Figure 10). Additional stressors, including a warming climate and drought, have contributed to a decline in forest health conditions resulting in historically high levels of tree mortality across the state (Figure 11).

Prior to the extended and severe drought from 2012-2017, tree mortality due to disease or insects occurred on less than 2% of California's forests. In 2016, four years into the drought, tree mortality was found in 9% of the surveyed area.[22] From 2012-2017 cumulative tree mortality was estimated at 129 million dead trees.[23]

Drought conditions returned from 2020 to 2022, with the state experiencing some of the warmest and driest years on record, and, as a result, tree mortality increased substantially. In 2022, tree mortality was detected on approximately 7% of the area surveyed and an estimated 36 million trees died across the state.[24] In 2023, uncharacteristically high levels of tree mortality continued, with 28.8 million dead trees detected.[25] These recent tree mortality events in California have been widespread and severe, affecting larger expanses of forest land and killing significantly more trees.



*Figure 11. Estimated total number of dead trees and percent of surveyed area with tree mortality as detected by aerial survey in forests of California. No aerial detection survey data was available in 2020. Source: USDA Forest Service Pacific Southwest Aerial Detection Program.*

Since 2018, tree mortality has been particularly severe and widespread in the Sierra Nevada and southern Cascades areas of California.[26] Throughout the region, 25% or more of watersheds are at risk of insect and disease outbreaks (Figure 12). In the central and southern Sierra Nevada, some areas have experienced more than 90% tree mortality, producing extensive landscapes of standing dead trees (Figure 10 and Figure 13).[27]

In addition to the ecological effects of such high tree mortality, these dead trees add to the already high fuel loading in California's forests, increasing the risk of larger and more severe wildfires.[28] In the Southern Sierra Nevada, recent drought and bark beetle related tree mortality caused a buildup of dead biomass that researchers suggest helped fuel explosive growth of the 2020 Creek Fire.[29] The unprecedented drought leading to the 2012-2016 tree mortality event and the resulting increased fuel loads present significant risks of continued large, severe fires in the coming decades.

The combination of unusually high fuel buildup, denser forests comprised of smaller trees, warmer temperatures, and drought, has led to unprecedented levels of both fire threat and risk of insect and disease infestation across the state. The decades-long trend of increasing fire size and severity, combined with historic declines in forest health has caused serious ecological and socio-economic damage that is further described below.



*Figure 12. Statewide insect and disease risk map showing percentages of watersheds at risk of insect and disease outbreak. Source: NDRM 2012.*



*Figure 13. Extensive beetle kill from the 2012-2016 drought-related tree mortality event near Bass Lake in the Sierra National Forest. USDA Forest Service photo.*



*Figure 14. Severely burned area of the Plumas National Forest following the 2021 Dixie Fire. High tree mortality and exposed soils are evidence of the high-severity fire that comprised nearly half of the fire's footprint. USDA Forest Service Photo.*

# Lost Natural Resource Values

The unprecedented scale and severity of California's recent wildfires and declining forest health have immediate and long-term implications for ecosystem health and resilience.

## Impacts to California's Biodiversity

California's national forests support over 400 species of wildlife and more than 3,500 species of plants.[30] While fire is a natural part of many ecosystems, not all species are adapted to survive high-severity megafires and changing fire regimes threaten biodiversity globally.[31] In California, increasingly large areas of high-severity fire and high levels of tree mortality from drought, insects, and disease are impacting species and their habitats across the state.

The current shift towards larger areas of high-severity fire can hinder ecosystem recovery, leading to long-term loss of essential habitat for native plants and animals.[32] During California's unprecedented 2020 and 2021 fire seasons, 19,000 km$^2$ of forest vegetation burned (10× more than the historical average), potentially affecting the habitat of 508 vertebrate species.[33] These fires resulted in uncharacteristically large and contiguous patches of high-severity fire, with some patches exceeding 10,000 hectares (~25,000 acres). High-

severity patches of this size have negative consequences for some vertebrate species and animal communities.[34]

Many species associated with older forests, including the California spotted owl (*Strix occidentalis occidentalis*) and Pacific fisher (*Martes pennanti*), are at risk due to habitat loss from increasing high-severity fire and tree mortality from drought, insects, and disease.[35] From 2011-2020, 50% of mature forests and 85% of high-density mature forests experienced a significant decline of habitat quality from high-severity fire and tree mortality from drought, insects, and disease.[36]

## California Spotted Owl

High-severity wildfires and tree mortality from drought, insects, and disease present a dire threat to the persistence of the California spotted owl.[37] In February 2023, the U.S. Fish and Wildlife Service (USFWS) proposed to list two distinct population segments (DPS) of the California spotted owl under the Endangered Species Act.[38] The Coastal-Southern California DPS was proposed as endangered, and the Sierra Nevada DPS was proposed as threatened.[39] Recognizing that the magnitude of impacts from high-severity fire, tree mortality, drought, climate change, and other threats are likely to increase into the future, the listing proposal stated the Sierra Nevada DPS is likely to become in danger of extinction within the foreseeable future.

The proportion of high-severity fire throughout the California spotted owl's range has dramatically increased in recent years. In the Sierra Nevada, fires in 2020 and 2021 burned more habitat at high severity in two years than fires over the previous three and a half decades.[40] High-severity fires may impact owls through direct mortality of eggs and individuals (see, e.g., Figure 15) and through impacts to their habitat as large trees and canopy cover critical for their survival are incinerated. Researchers studying the effects of the 2014 King Fire found that extensive severe fire within California spotted owl sites resulted in both immediate site abandonment and prolonged lack of re-colonization by owls six years post-fire.[41] Figure 16 shows a former nesting site that was abandoned following the King Fire.



*Figure 15. Fire-scorched bones and leg-band of a California spotted owl recovered following the 2014 King Fire. The metal leg-band identified the individual as one of the most productive breeders over a 23-year study period (MZ Peery, unpublished data; figure from Jones et al. 2016).*



*Figure 16. A former spotted owl nesting site in the aftermath of the 2014 King Fire. This site had been occupied by a pair of owls for 21 of 22 years prior to the fire. Photo: Sheila Whitmore.*

Without taking action to reduce the extent of severe fire across California spotted owl habitat, the continued persistence of the species is in danger.

## Pacific Fisher

The Pacific fisher is a forest carnivore in the weasel family with a strong affinity for old forests dominated by large trees, large logs, and areas of dense canopy. The population of fisher in the southern Sierra Nevada is quite small and was recently listed as a Threatened Species under the Endangered Species Act. Unfortunately, the recent surge in large, high-severity fires has had serious adverse impacts on the fisher's habitat, putting the species at even greater risk (see Figure 17).



*Figure 17. Approximately 55% of Pacific fisher habitat in the southern Sierra Nevada burned from 2012-2021. Map source: Katie Moriarty, National Council for Air and Stream Improvement, Inc. (NACSI).[42]*

The U.S. Fish and Wildlife Service identified high-severity wildfire and tree mortality from drought, insects, and disease as explicit threats to survival of the

Pacific fisher's Southern Sierra Nevada population in the Service's listing under the Endangered Species Act.[43] Between 2017 and 2021, approximately 16-18% of the reproductive habitat for the Southern Sierra Nevada fisher burned at high-severity, rendering those areas largely or entirely unsuitable as fisher reproductive habitat.[44] High-severity fires also have the potential to impact narrow travel corridors which are important to the species' expansion and recovery.[45] If catastrophic fires and forest health declines continue unabated, the Pacific fisher's chances of extinction will only increase.

## Long-Term Ecosystem Changes

Large, severe fires and insect and disease outbreaks not only directly kill trees, but also set the stage for long-term effects like recurrent high-severity fires and vegetation type conversion, the shift in dominant vegetation type following a disturbance (e.g., from forest to shrub dominated; see Figure 18).[46] Primarily due to wildfires, drought, and drought-associated beetle epidemics, 30% of the conifer forests in the southern Sierra Nevada transitioned to non-forest vegetation during 2011–2020.[47]





*Figure 18. Areas of single (top) and multiple (bottom) high-severity fires resulting in dominance of shrubs and complete loss of conifers in areas that were previously forested on the Lassen National Forest. Image from Niemens et al. 2022.[48]*

## Impacts to Aquatic & Hydrologic Resources

Natural resource impacts from wildfire extend well beyond forests and the species that live within them to include streams and other waterways. High-severity fires can influence aquatic ecosystems long after the flames have passed. Impacts include loss of riparian and wetland habitat, destabilization of stream channels (Figure 19), increased runoff and sedimentation (Figure 20), warmer stream temperatures, degraded water quality, and impairment of fish habitat.[49] Severely burned areas are also susceptible to landslides and debris flows which can further impact waterways and downstream habitats.



*Figure 19. Severe erosion of stream channel resulting from rainfall in a high-severity fire area. Prior to fire, this drainage had no definitive bank. USGS photo by John A. Moody.*

High-severity fires resulting in extensive tree mortality and loss of ground cover expose soil to erosion (Figure 21) and lead to increased water runoff and stream sedimentation. Following the 2018 Carr Fire, sediment yields measured in three watersheds ranged from 10-to-100 times greater than before the fire.[50]

Elevated sediment loads can result in serious and long-lasting negative impacts to water quality and in-stream habitat for fish and aquatic invertebrates. The 2022 McKinney Fire, which included large high-severity fire effects, resulted in a massive fish kill along 10-20 miles of the Klamath River due to extreme loads of sediment and ash washed into the river following the fire.

The current wildfire and forest health crisis is resulting in the loss of essential forest habitats and the degradation of critical aquatic resources. These impacts will increase as severe wildfires and tree mortality become more widespread.



*Figure 20. Confluence of the Middle Fork (bottom of photo) and North Fork American River following the 2014 King Fire. Ash and burned soil in the Middle Fork are shown merging with clean waters of the North Fork. Placer County Water Agency Photo.*



*Figure 21. Denuded, ash-covered hillslopes above a stream drainage in an area burned at high-severity during the 2013 Rim Fire. High-severity fires leave land susceptible to severe erosion, resulting in excessive sediment loading and degradation of downstream waterways. USDA Forest Service Photo by Roy Bridgman.*



*Figure 22. Burned vehicles and homes in the community of Paradise after the 2018 Camp Fire, the deadliest and most destructive wildfire in California's history. Adobe Stock Photo.*

# A Public Health and Safety Emergency

Catastrophic fires and declining forest health have already caused extensive and tragic loss of lives and harm to homes, communities, and infrastructure in California. Vast areas of the state remain at extreme risk (Figure 23). As wildfires increase in severity, frequency, and duration, they are becoming more damaging and costly, and if swift action is not taken, the loss of life and property will continue to climb.

## Communities at Risk

More than 11 million Californians live in the wildland urban interface or "WUI," areas where human structures and wildland vegetation overlap or are interspersed with each other.[51] Catastrophic fire threatens thousands of neighborhoods and downtowns, and risks killing and injuring people, and destroying homes and entire communities. There are more houses located within the WUI in California (approximately five million[52]) than in any other state, and that number is increasing every year. As development expands into the WUI and wildfires

become larger, more frequent, and more extreme, the risks to communities in and around forestlands is growing.



*Figure 23. Map of wildfire risk to homes, with darker shades of red throughout much of the west indicating very high levels of risk. The full map is available at www.fs.usda.gov/wildfirerisk.[53]*

In the last decade, wildfires have become significantly more dangerous and destructive. From 2014 to 2020, the number of structures destroyed by wildfire nationally increased fourfold, and from 2017 through January 2025 wildfires in California caused more than 200 deaths and destroyed nearly 69,000 structures (see Figure 24). In 2018, the Camp Fire burned through Paradise, California, a town of 27,000, taking 85 lives and destroying almost 14,000 homes (Figure 22).[54] It was the deadliest and most destructive American wildfire in a hundred years. In fact, 15 of the 20 most destructive wildfires in California have occurred in the last 10 years.[55]



*Figure 25. A home burns during the 2020 CZU Lightning Complex which destroyed nearly 1,500 structures. Adobe Stock Photo.*



*Figure 24. Increasing trend in the number of structures destroyed annually by California wildfires from 1989 to January 2025. *2025 data for January only. Source: CalFire.*

Other recent fires in the state have also resulted in catastrophic impacts. In 2020, the North Complex Fire killed 15 people and destroyed more than 2,300 structures and 1,500 structures were destroyed. In total, the 2020 wildfires destroyed more than 11,000 structures and resulted in 33 deaths (Figure 25).[56] A year later, the 2021 Caldor Fire destroyed more than one thousand structures and forced 50,000 people to evacuate.[57] In January 2025, the Eaton and Palisades fires, two of the most devastating wildfires in state history, destroyed more than 16,000 structures and resulted in 29 deaths. Nearly 200,000 residents were under mandatory evacuation orders due to the two fires, with many not able to return to their homes for days or weeks. Given the wildfire trajectory in the West, vast parts of California's WUI are at risk from increasingly destructive fires.



*Figure 26. Burned homes in a neighborhood devastated by the Sonoma County fires of 2017. Adobe Stock photo.*



*Figure 27. In January 2025, the fast-moving Palisades fire destroyed nearly 7,000 structures, decimating entire neighborhoods and displacing thousands of residents. Thought to be among the costliest natural disasters in state history, the economic impacts of the Easton and Palisades fires are likely to be felt for years to come. U.S. Army Photo by Sgt. 1st Class Jon Soucy.*

## Economic Impacts

Wildfires can be hugely destructive economically, creating an enormous financial burden for affected communities as well as federal and state taxpayers. Costs include those directly related to fire suppression, as well as short- and long-term costs ranging from evacuation relief and property loss to medical costs and loss of business and tax revenue.

In the decade from 2015 to 2024, wildfire suppression cost the Forest Service and the Department of the Interior an average of $2.9 billion per year.[58] Wildfires also account for billions of dollars in additional economic losses each year, with one study estimating the economic impact of California's 2018 fires to be $149 billion. The combined economic impact of the 2025 Eaton and Palisades fires (Figure 27) alone is estimated between $95 and $164 billion in total property and capital losses, as well as a total wage loss of $297 million for local businesses and employees.[59]

Recent California fires are not an anomaly, but rather part of a trend towards larger and increasingly

destructive wildfires.[60] And as these fires increase in frequency, size, and severity, so to do the impacts and risks to people and property.



*Figure 28. The 2024 Park Fire, which burned through more than 429,000 acres across three counties, cost more than $350 million to suppress. CalFire Photo.*


*Smoke from the 2020 wildfires turned the sky orange in San Francisco. Adobe Stock Photo.*

## Hazardous Air Quality

Recent fire seasons in California have caused extraordinary declines in air quality, with serious risks to human health.[61] When forests burn at high intensity, they become a source of massive and dangerous air pollution. Compounding this problem is the fact that large wildfires tend to burn late in the summer, when air quality conditions are already bad, exacerbating health conditions at that time. Wildfire smoke exposure has increased substantially in recent years, especially in California, Oregon, and Washington (Figure 29).[62] Since 2010, potential population exposures to wildfire smoke have been increasing in California, peaking in 2020, when smoke plumes covered every county for at least 46 days.[63]



*Figure 29. Increase in smoke exposure represented by decadal change in smoke particulate matter comparing 2006–2010 and 2016–2020. Source: Childs et al. 2022.*

The immediate health effects from wildfire smoke can range from relatively minor (e.g., eye and respiratory tract irritation) to very serious (e.g., heart failure and death).[64] Chronic smoke exposure can cause asthma and pneumonia, and increase the risk for lung cancer, stroke, heart failure, and sudden death.[65]

Health impacts from smoke can also be widespread, endangering millions of people far from the flames, as in September 2020 when there was significant wildfire activity in California and Oregon, with extremely high smoke outputs. The California fires resulted in harmful and, for some, life-threatening levels of air pollution in five northern California counties, and high elevation smoke turned the sky orange in San Francisco, a situation described in the video "The Day the San Francisco Sky turned Orange."[66]

Wildfire smoke is a serious and growing public health concern as larger and more severe fires cause more widespread and prolonged exposure to harmful air pollutants.

## Threats to Drinking Water

Forested watersheds are the origin of more than 60 percent of the California's developed water supply.[67] Because of this, impacts of large, high-severity wildfires on aquatic and hydrologic resources also have significant implications for most people in California. Wildfires can alter water quantity and quality both during fires and for months and years into the future. As wildfires burn at greater severity over larger areas, the risk of wildfire damage to water supplies is increasing.

Burned watersheds are prone to flooding and erosion, particularly in high severity areas, which can harm water-supply reservoirs, water quality, and drinking-water treatment processes. [68] The 2021 Caldor Fire burned through the Grizzly Flats community, destroying two water intakes and damaging the surrounding watershed, the community's sole source of drinking water.

Wildfires have also directly damaged water supply systems, especially at the wildland urban interface, where fires can introduce contaminants from the combustion of man-made structures. [69] Following the 2017 Tubbs Fire and 2018 Camp Fire, widespread chemical contamination was discovered in drinking water distribution networks. [70] The Tubbs Fire melted pipes and contaminated sections of the Santa Rosa water system with benzene, a known carcinogen, resulting in a long-term advisory against residents drinking or bathing in the water.

## Post-Disaster Hazards

### Debris Flows

High-severity fires significantly increase the risk of subsequent natural disasters like landslides and floods. Particularly concerning are debris flows, a type of landslide made up of a rapidly moving mixture of dirt, rocks, trees, and water that can destroy homes and other structures and, in some cases, result in the loss of life. Figure 30 shows a home destroyed by a debris flow following the 2009 Station Fire. Debris flows can be triggered by storms occurring days to years after a fire. [71] The January 2018 Montecito debris flows, in an area of Santa Barbara County impacted by the 2017 Thomas fire, caused at least 21 fatalities, destroyed more than 100 homes, damaged more than 300 other homes, and shut down Highway 101 for nearly two weeks. [72]

### Hazard Trees

Hazard trees, trees that are weakened or killed by high-severity fire, drought, insects, diseases, and other factors and at risk of falling also pose a significant public safety threat. The risk is particularly acute where hazard trees are found adjacent to roads, trails, structures, and recreational sites.

One measure of the harm and potential risk is the number of hazard tree-related claims against the Forest Service. In the 10 years prior to 2022, there were 69 claims related to property damage, 11 injuries, and four fatalities in the western regions associated with falling trees and limbs. California alone had 37 claims of property damage, five injuries, and one fatality. These figures are based solely on reported claims and likely underrepresent the actual harm hazard trees cause.

Wildland fire is a serious threat to lives and property throughout the state and the risk and devastation extends beyond the active fire to widespread and long-term impacts.



*Figure 30. Downstream impacts of a post-fire debris-flow after a burst of high-intensity rainfall fell over the area burned by the September 2009 Station Fire. USGS Photo.*



*Figure 31. Stanislaus National Forest prescribed burn applying low-severity fire to reduce surface fuels. This treatment was part of a project to reduce the risk of high-intensity wildfire and strengthen past fuel reduction efforts by completing second-entry prescribed burns. USDA Forest Service Photo.*

# Managing for Resilient Forests

Active forest management is critical to addressing the current wildfire crisis and restoring forest health. Actions aimed at reducing forest density and accumulated fuels can help ensure that when wildfires occur, rather than burning through the canopy and killing most trees, they instead burn along the surface at low-to-moderate intensity, consuming only small trees.[73] The actions described below—forest thinning, prescribed fire, and managed wildfire—can reduce the risk of uncharacteristically large and severe wildfires, while improving forest health and resilience.[74]

## Forest Thinning

Thinning for fire hazard reduction and forest health improvement is the selective removal of some trees from overstocked forest stands to reduce overall forest density and increase the spacing between tree crowns (Figure 32). Thinning focuses on smaller and medium-sized trees to allow for retention of larger, more fire-resilient trees that provide essential wildlife habitat. Thinning treatments also aim to create more variable tree density consistent with natural, resilient stand patterns.

Thinning can mitigate wildfire and declining forest health impacts in several ways. By reducing ladder fuels and canopy fuels, thinning reduces the potential for crown fire and high-severity fire effects.[75] Thinning also reduces tree competition for water and other resources, thereby minimizing potential impacts from bark beetle outbreaks.[76] Studies show forest thinning treatments were effective in reducing drought-related tree mortality during the 2012-2016 severe drought.[77]



*Figure 32. Mechanical tree thinning near South Lake Tahoe. USDA Forest Service Photo by Jason Pollard.*

## Prescribed Fire

Prescribed fire is the planned and carefully managed application of low-intensity fire to the landscape under specified conditions (e.g., weather, fuel load, season). Prescribed fire treatments, which can include pile burning or broadcast burning, can reduce surface fuels, minimizing the risk for future high-severity fires (Figure 33).[78] Prescribed fire can be used to safely and effectively reintroduce fire where fire has been excluded, to restore and maintain resilient, fire-adapted landscapes.



*Figure 33 . Fire personnel conducting a prescribed burning operation, Inyo National Forest. USDA Forest Service Photo by Lisa Cox.*

## Managed Wildfire

Under certain conditions, naturally ignited wildfires may be managed to reduce fuel loading and forest density and minimize effects of future wildfires, while simultaneously reintroducing fire as an essential natural process to the ecosystem. Under this approach, if appropriate pre-planning has been completed, a wildfire may be managed for resource benefit on public land in one area of the fire while being actively suppressed in areas where people, homes, infrastructure, or other values are potentially threatened. This tool must be used cautiously, given the risk inherent with active fire on the landscape. However, naturally ignited wildfires can be managed strategically and effectively to reduce heavy fuel accumulations at larger scales than what might be possible by thinning or prescribed fire alone.[79]

## Combining Treatments for Effectiveness

While thinning, prescribed fire, and managed wildfire can each effectively reduce tree density and fuel accumulations, research indicates they can be especially effective at reducing fire severity and achieving forest resilience and larger-scale restoration when applied in combination.[80] In dense forests with excessive fuel

buildup, it may be necessary to remove some trees through thinning before a prescribed fire can be conducted safely and effectively; and while thinning can help reduce ladder fuels and increase tree crown separation, follow-up prescribed fire treatments may be needed to reduce surface fuels.[81] A good overview and visual tour of variable density thinning and prescribed fire is found here: Stanislaus virtual tour (psu.edu) (also see Figure 34). Thinning and prescribed fire can also expand the application and effectiveness of managed wildfire.[82]

Having a range of treatment tools is also important because individual treatment types may be limited geographically or temporally by legal or operational constraints. For example, thinning may not be feasible on steep slopes, where prescribed or managed fire would be appropriate.[83] Additionally, successful implementation of prescribed or managed fire may be limited by weather, fuel conditions, or other constraints and in such instances, thinning can be effective as a first step.[84]





*Figure 34. (Top) Typical contemporary condition of second-growth forest on the Stanislaus-Tuolumne Experimental Forest following logging in 1929 and over a century of fire exclusion. USDA Forest Service Photo. (Bottom) A treatment unit eight years after thinning and six years after prescribed fire. Photo: Variable Density Thinning Study Photo Tour.*

The combination of forest thinning and prescribed fire were found to be critical in protecting communities near South Lake Tahoe during the 2021 Caldor fire[85] (Figure 35) as well as the Mariposa giant sequoia grove in Yosemite National Park during the 2022 Washburn Fire.[86] A combination of prescribed fire and thinning was also shown to effectively reduce fire severity despite extreme fire weather conditions during the 2021 Antelope fire on the Klamath National Forest.[87] Likewise, a study in the Dixie fire footprint on the Lassen National Forest found mechanical thinning combined with prescribed fire reduced fire severity and tree mortality.[88]

The scientific literature and agency experience have clearly demonstrated that having a range of treatment tools and using those treatments in combination, where appropriate, are extremely effective in reducing fire hazard.[89]





*Figure 35. The 2021 Caldor Fire near South Lake Tahoe burned both sites pictured. Note the high tree density in a stand that had not been recently thinned or burned which experienced high severity and mortality (top photo) compared to a stand with previous fuel treatment where fire severity was reduced, leading to lower tree mortality.[90] USDA Forest Service photos by Cecilio Ricardo.*

Forest thinning, prescribed fire, and managed wildfire not only serve to reduce the potential for and impacts of future extreme fires, they also improve forest and watershed health and resilience.[91] For example, thinning and prescribed fire improved tree resistance and resilience to drought stress and bark beetle outbreak following the 2012-2016 drought.[92] Additional benefits include enhanced biodiversity, increased water availability, improved forest resilience and adaptation to climate change, and reduced air pollution.[93] Thinning, prescribed fire, and managed wildfire are actions that can be taken now to effectively return fire to its natural place in the ecosystem, while simultaneously reducing harm to natural resources and communities.

## Post-Disturbance Recovery & Management

The threats to ecosystems and public safety from severe fires and tree mortality events may persist for many years after large scale disturbances. Post-disturbance management actions, such as active reforestation, fuel reduction treatments, hazard tree removal, and other treatments, are often urgently needed to avoid or minimize adverse effects and put landscapes on the path to recovery.

### Reforestation

In large, high-severity burn patches, natural forest regeneration may be hampered because there are few or no live trees nearby to provide seeds, and any seedlings that do establish may struggle to compete with fast-growing shrubs. Reforestation may be necessary in these areas. Strategic and timely reforestation efforts (Figure 36) can greatly improve opportunities for stand recovery while minimizing the potential for long-term conversion of forest to shrublands (see "Long-Term Ecosystem Changes," above).



*Figure 36. Crews planting conifer seedlings in the French Fire Ecological Restoration project area after the 2020 Creek Fire (May 2021). USDA Forest Service Photo.*

## Salvage and Fuel Reduction

High-severity fire often creates high fuel loading conditions (e.g., high snag and shrub cover) that contributes to subsequent high-severity "reburns."[94] High-severity reburns can damage recovering watersheds, harm habitat, threaten communities, and lead to vegetation type conversion. Post-fire fuel reduction treatments can effectively reduce reburn risk and foster ecological recovery, especially when coupled with active or natural reforestation.

## Erosion Control

High-severity fires commonly expose soil to significant erosion. Soil stabilization to control erosion and prevent flooding and debris flows can be done through reseeding native grasses and plants, replanting trees and shrubs, and by utilizing mechanical techniques. Erosion control may be necessary immediately after a fire and into the future until vegetation re-establishes and severely impacted landscapes recover.

## Hazard Tree Removal

As described above under "Post-Disaster Hazards," fire-killed and damaged trees and trees weakened or killed by insects and disease may threaten public health and safety. If left unabated, these trees may fall on roads, trails, and facilities, potentially causing injury or death (Figure 37). Standing dead and downed trees may also hinder future firefighting efforts by limiting firefighter access. It is critical that the Forest Service act quickly to recognize and remove hazard trees that pose an imminent risk of injury or death.



*Figure 37. Fire weakened trees may fall across roads as shown here after the 2020 Creek Fire, posing threats to firefighter and public safety. USDA Service Photo.*



*Figure 38. Sequoia National Forest following the 2020 Castle Fire. The 2023 Castle Fire Ecological Restoration Project includes a combination of dead tree removal, mechanical fuels treatments, managed wildfire, prescribed fire, and planting, to increase forest resilience in areas of the forest that burned at high severity and minimize the threat of catastrophic fire to remaining unburned areas. USDA Forest Service Photo.*

# The Dixie Fire Example

In 2021, the Dixie Fire in Northern California burned nearly one million acres, becoming the largest single fire in California's recorded history. The fire burned for more than three months before being fully contained. During that time, extreme fire growth and severity contributed to widespread harm to communities and natural resources. Impacts from the fire included the following:

- The historic town of Greenville was decimated (Figure 40), and the fire destroyed or damaged other communities across five counties. More than 1,300 structures were destroyed and more than 25,000 people were forced to evacuate.

- Drifting smoke from the fire caused unhealthy air quality across the Western United States including states as far east as Utah, where small airborne particulates ($PM_{2.5}$) spiked to more than 3 times the federal standard.[95]

- The fire burned through the headwaters of the Feather River, the source of the California State Water Project, which provides water to over 25 million Californians across the state, as well as water to vast areas of California farmland.[96]

- The Dixie Fire was the single most expensive wildfire in terms of suppression costs in United States history. $637.4 million was spent to fight the fire.[97]

- Fifty percent of the Dixie Fire burned at high severity, killing 75% or more of the dominant vegetation (Figure 39).[98]



*Figure 39. The Dixie and nearby Beckwourth Fire perimeters with high-severity burn areas shown in red. Sierra Nevada Conservancy map.*





*Figure 40. The Dixie Fire as seen from Grenville before the fire destroyed much of the historic town, USDA Forest Service Photo (left); aerial photo of the devastation left behind in Greenville, Plumas County GIS interactive web map (center); large high-severity burn area following the Dixie Fire showing exposed soils with high erosion potential and former forest stands unlikely to naturally regenerate in the near-future, USDA Forest Service photo (right).*

# Responding to the Emergency

Overgrown forests, extended drought, insect and disease infestations, a warming climate, and a growing number of homes in the wildland urban interface have left California forests in a full-blown wildfire and forest health crisis. The situation facing California's forests is dire, and catastrophic fires and declines in forest health necessitate urgent and accelerated action to protect communities and ecosystems. [99]

Millions of acres of national forest lands in California are in urgent need of management actions to address the current wildfire and forest health emergency (see, e.g., Figure 41).



*Figure 41. Statewide map of wildfire hazard potential. Vast portions of national forest land across the state are in the "high" and "very high" hazard categories. Source: Scott et al. 2020.*

In recent decades, the Forest Service has treated up to two million acres per year in the West, through forest thinning, prescribed burning, and other means. While many of those treatments have proven effective at improving forest resilience, even stopping or slowing fire growth in some areas, the pace and scale of these treatments must be accelerated to change the trajectory of wildfire risk and restore forest health and resilience.

Current treatment rates are estimated to be an order of magnitude lower than historical rates of fuel reduction from the natural fire regime. [100] Not only are current treatments covering just a small portion of the landscape compared to the area burned at low and moderate intensity under a natural fire regime, but the natural fire deficit caused by over 100 years of fire suppression has created a massive backlog of acres that require fuel reduction and forest health treatments.

Under current practices, the time required for planning and approving forest management projects designed to reduce wildfire risks and improve forest health is not adequate to address the urgent need for action facing California's forests. Once the Forest Service initiates the National Environmental Policy Act review process for projects, it takes an average of 2.8 years to complete an Environmental Assessment and issue a Decision Notice for a mechanical treatment and 2.5 years for hazardous fuels management projects like prescribed burns. Environmental Impact Statements take even longer, averaging 4.5 years to complete.

Recognizing the urgent need for action, USDA and the Forest Service have developed a Wildfire Crisis Strategy and taken unprecedented steps towards addressing this state of emergency. From additional funding to capacity building and cross-boundary initiatives, the agency has taken an "all hands on deck" approach, with a goal of dramatically increasing the pace and scale of fuels and forest health treatments. Commensurate with the urgent need for action, the Forest Service is also utilizing emergency authorities where appropriate.

The scope of California's wildfire and forest health emergency requires an immediate, sustained, and effective response. To meet this crisis, protect our communities, and conserve the natural resources our national forests provide, the time to act is now.

# Acknowledgements

This summary paper was prepared by Lorena Wisehart, Chris Langdon, and John Hunt, USDA Forest Service Pacific Southwest Region Ecosystem Planning, as well as Jamie Rosen, USDA Office of General Counsel. Additional Forest Service staff also contributed to the development or review of this paper, including: Al Olson, Marc Meyer, Ruby Burks, Kayanna Warren, Jamie Hinrichs, Craig Thompson, Christina Liang, and Jennifer Marsolais.

Please send any questions or comments to Lorena Wisehart, lorena.wisehart@usda.gov.

# References

[1] Collins, B. M., Fry, D. L., Lydersen, J. M., Everett, R., & Steogebsm S, L. (2017). Impacts of different land management histories on forest change. *Ecological Applications,* 27, 2475-86. https://doi.org/10.1002/eap.1622

[2] E.g., Safford, H. D., A. K. Paulson, Z. L. Steel, D. J. Young, & R. B. Wayman. (2022). The 2020 California Fire Season: A Year Like No Other, a Return to the Past or a Harbinger of the Future? *Global Ecology and Biogeography*, 31, 2005-25. https://doi.org/10.1111/geb.13498

[3] McIntyre, P. J., Thorne, J. H., Dolanc, C. R. & Ackerly. D. D. (2015). Twentieth-century shifts in forest structure in California: Denser forests, smaller trees, and increased dominance of oaks. *Proceedings of the National Academy of Sciences*, 112(5), 1458-1463. https://doi.org/10.1073/pnas.1410186112

[4] Parsons D. J. & DeBenedetti, S. H. (1979). Impact of fire suppression on a mixed-conifer forest. *Forest Ecology and Management*, 2, 21-33. https://doi.org/10.1016/0378-1127(79)90034-3

[5] Hessburg P. F., Miller C. L., Parks S. A., Povak N. A., Taylor A. H., Higuera P. E., Prichard S. J., North M. P., Collins C. M., Hurteau M. D., Larson A. J., Allen C. D., Stephens S. L., Rivera-Huerta H., Stevens-Rumann C. S., Daniels L. D., Gedalof Ze'ev, et al., (2019). Climate, Environment, and Disturbance History Govern Resilience of Western North American Forests. *Frontiers in Ecology and Evolution*, 7, 239. https://doi.org/10.3389/fevo.2019.00239

[6] Hessburg, P. F. et al (2019).

[7] Westerling, A. L. (2016). Increasing western US forest wildfire activity: sensitivity to changes in the timing of spring. *Philosophical Transactions of the Royal Society B*, 371, 20150178. https://doi.org/10.1098/rstb.2015.0178

Parks, S. A., & Abatzoglou, J. T. (2020). Warmer and drier fire seasons contribute to increases in area burned at high severity in western US forests from 1985 to 2017. *Geophysical Research Letters*, 47, e2020GL089858. https://doi.org/10.1029/2020GL089858

Wasserman, T.N., Mueller, S.E. (2023). Climate influences on future fire severity: a synthesis of climate-fire interactions and impacts on fire regimes, high-severity fire, and forests in the western United States. *Fire Ecology*, 19, 43. https://doi.org/10.1186/s42408-023-00200-8

Turco, M., Abatzoglou, J.T., Herrera, S., et al. (2023). Anthropogenic climate change impacts exacerbate summer forest fires in California. *PNAS*, 120 (25). https://doi.org/10.1073/pnas.2213815120

[8] NASA Earth Observatory. What's Behind California's Surge of Large Fires?

https://earthobservatory.nasa.gov/images/148908/whats-behind-californias-surge-of-large-fires accessed March 19, 2023.

[9] California Office of Environmental Health Hazard Assessment. 2024. 2022 Report: Indicators of Climate Change in California. Air temperatures (updated July 1, 2024). https://oehha.ca.gov/climate-change/epic-2022/changes-climate/air-temperatures.

[10] Zhuang, Y., Fu, R., Santer, B.D.,  Dickinson, R.E., and Hall, A. (2021). Quantifying contributions of natural variability and anthropogenic forcings on increased fire weather risk over the western United States. *PNAS*, 118 (45). https://doi.org/10.1073/pnas.2111875118

[11] U.S. Global Change Research Program (USGCRP). (2018). Impacts, risks, and adaptation in the United States: Fourth National Climate Assessment, volume II. Reidmiller, D. R., Avery, C. W. Easterling, D. R., Kunkel, K. E., Lewis, K. L. M. Maycock, T. K. & Stewart B. C. (eds.). Doi:10.7930/NCA4.2018. https://nca2018.globalchange.gov/downloads.

Williams, A. P., Abatzoglou, J. T., Gershunov, A., Guzman-Morales, J., Bishop, D. A., Balch, J. K., & Lettenmaier, D. P. (2019). Observed impacts of anthropogenic climate change on wildfire in California. *Earth's Future*, 7, 892-910. https://doi.org/10.1029/2019EF001210

Swain, D. L. (2021). A shorter, sharper rainy season amplifies California wildfire risk. *Geophysical Research Letters*, 48. https://doi.org/10.1029/2021GL092843.

[12] Dong C., Williams A.P., Abatzoglou J.T., Lin K., Okin G.S., Gillespie T.W., Long D., Lin Y.-H., Hall A., & MacDonald G.M. (2022). The season for large fires in Southern California is projected to lengthen in a changing climate. *Communications Earth & Environment*, 3, 22. https://doi.org/10.1038/s43247-022-00344-6

MacDonald G., Wall T., Enquist C. et al. (2023) Drivers of California's changing wildfires: a state-of-the-knowledge synthesis. *International Journal of Wildland Fire*, 32, 1039-1058. https://doi.org/10.1071/WF22155

[13] California Office of Environmental Health Hazard Assessment, (2024). 2022 Report: Indicators of Climate Change in California. Drought (updated July 1, 2024). https://oehha.ca.gov/climate-change/epic-2022/changes-climate/drought.

[14] Clark, J., Iverson, L., Woodall, C., Allen, C., Bell, D., Bragg, D. [et al.]. (2016). The impacts of increasing drought on forest dynamics, structure, and biodiversity in the United States. *Global Change Biology*, 22, 2329-2352. https://doi.org/10.1111/gcb.13160

Stephens, S. L., Collins, B. M., Fettig, C. J., Finney, M. A., Hoffman, C. M., Knapp, E. E., North, M. P., Safford, H., & Wayman, R. B. (2018). Drought, Tree Mortality, and Wildfire in Forests Adapted to Frequent Fire. *BioScience*, 68(2), 77-88. https://doi.org/10.1093/biosci/bix146

[15] Sierra Nevada Conservancy. (2023, January 19). 2022 fire season: a break from fire & smoke, but not from risk. https://sierranevada.ca.gov/2022-fire-season-a-break-from-fire-smoke-but-not-from-risk/

[16] Cal Fire. (2024). Top 20 Largest Wildfires. https://www.fire.ca.gov/our-impact/statistics

[17] CalFire. 2024. Statistics: Past Wildfire Activity Statistics (Redbooks). https://www.fire.ca.gov/our-impact/statistics

[18] CalFire. (2020). 2020 Incident Archive. https://www.fire.ca.gov/incidents/2020

[19] Cova, G., Kane, V. R., Prichard, S., North, M., & Cansler, C. A. (2023). The outsized role of California's largest wildfires in changing forest burn patterns and coarsening ecosystem scale. *Forest Ecology and Management*, 528. https://doi.org/10.1016/j.foreco.2022.120620

[20] Parks, S. A., Abatzoglou, J. T. (2020). Warmer and drier fire seasons contribute to increases in area burned at high severity in western US forests from 1985 to 2017. *Geophysical Research Letters*, 47, e2020GL089858. https://doi.org/10.1029/2020GL089858

[21] Sierra Nevada Conservancy. 2021: Another historic Sierra Nevada fire season. https://sierranevada.ca.gov/2021-another-historic-sierra-nevada-fire-season/ accessed on March 20, 2023.

[22] USDA Forest Service. (2021). 2021 Aerial Detection Survey Results: California. Available at: https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd999359.pdf

[23] Buluç, L., Fischer, C., Ko, J., Balachowski, J. & Ostoja, S. (2017). Drought and tree mortality in the Pacific Southwest Region: a synopsis of presentations and work group sessions from the science and management symposium - lessons learned from extreme drought and tree mortality in the Sierra Nevada. (U.S. Department of Agriculture, California Climate Hub).

[24] USDA Forest Service. (2023). Aerial Detection Survey: 2022 Summary Report. https://www.fs.usda.gov/detail/r5/forest-grasslandhealth/?cid=fsbdev3_046696

[25] USDA Forest Service, (2023).

[26] USDA Forest Service, (2023).

[27] Stephens et al., (2018).

[28] Reed, C. C., Hood, S. M., Cluck, D. R., & Smith, S.L. (2023). Fuels change quickly after behavior and emissions.

*Fire Ecology*. 19, 16. https://doi.org/10.1186/s42408-023-00175-6

[29] Stephens, S. L., Bernal, A. A., Collins, B. M., Finney, M. A., Lautenberger, C. & Saah, D. (2022). Mass fire behavior created by extensive tree mortality and high tree density not predicted by operational fire behavior models in the southern Sierra Nevada. *Forest Ecology and Management*, 518, 120258. https://doi.org/10.1016/j.foreco.2022.120258

[30] Sierra Nevada Ecosystem Project. (1996) Status of the Sierra Nevada-Final Report to Congress (Vol. I): Assessment Summaries and Management Strategies, University of California, Centers for Wildland and Water Resources.

[31] Kelly, L. T., Giljohann, K. M., Duane, A., et al. (2020.) Fire and biodiversity in the Anthropocene. *Science,* 370. https://doi.org/10.1126/science.abb0355

[32] California Department of Fish and Wildlife. Science: Wildfire Impacts. https://wildlife.ca.gov/Science-Institute/Wildfire-Impacts accessed on March 19, 2023.

[33] Ayars, J., Kramer, H.A., & Jones, G. M. (2023). The 2020 to 2021 California megafires and their impacts on wildlife habitat. *PNAS*, 120(48). https://doi.org/10.1073/pnas.2312909120

[34] Roberts L. J. & Safford H. D. (2022). When bigger isn't better—Implications of large high-severity wildfire patches for avian diversity and community composition. *Diversity and Distributions*, 28, 439-453. https://doi.org/10.1111/ddi.13281

[35] Zielinski, W. J. et al. (2005) Historical and contemporary distributions of carnivores in forests of the Sierra Nevada, California, USA. *Journal of Biogeography*, 32, 1385-1407.

[36] Steel, Z. L., Jones, G. M., Collins, B. M., Green, R., Koltunov, A., Purcell, K. L., & Sawyer, S. C., et al. (2022). Mega-Disturbances Cause Rapid Decline of Mature Conifer Forest Habitat in California. *Ecological Applications*, e2763. https://doi.org/10.1002/eap.2763

[37] USDA Forest Service, Pacific Southwest Region. (2019). "Conservation Strategy for the California Spotted Owl in the Sierra Nevada. Version 1.0" www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd624135.pdf

Stephens, S. L., Miller, J. D., Collins, B. M., North, M. P., Keane, J. J. & Roberts. S. L. (2016). Wildfire impacts on California spotted owl nesting habitat in the Sierra Nevada. *Ecosphere*, 7, 11, e01478. https://doi.org/10.1002/ecs2.1478

[38] US Fish and Wildlife Service. (2023, February 22). Endangered and Threatened Wildlife and Plants: California Spotted Owl; Endangered Status for the Coastal-Southern California Distinct Population Segment and Threatened Status with Section 4(d) Rule for the Sierra Nevada Distinct Population Segment. Federal Register Number 2023-03526.

https://www.regulations.gov/document/FWS-R8-ES-2022-0166-0001

[39] US Fish and Wildlife Service. (2023, February 22). Endangered and Threatened Wildlife and Plants: California Spotted Owl; Endangered Status for the Coastal-Southern California Distinct Population Segment and Threatened Status with Section 4(d) Rule for the Sierra Nevada Distinct Population Segment. Federal Register Number 2023-03526. https://www.regulations.gov/document/FWS-R8-ES-2022-0166-0001

[40] US Fish and Wildlife Service. (2023, February 22). Endangered and Threatened Wildlife and Plants: California Spotted Owl; Endangered Status for the Coastal-Southern California Distinct Population Segment and Threatened Status with Section 4(d) Rule for the Sierra Nevada Distinct Population Segment. Federal Register Number 2023-03526. https://www.regulations.gov/document/FWS-R8-ES-2022-0166-0001

[41] Jones, G. M., Kramer, H. A., Berigan, W. J., Whitmore, S. A., Gutierrez, R. J. & Peery, M. Z. (2021). Megafire causes persistent loss of an old-forest species. *Animal Conservation*, 24, 925-936

[42] Moriarty, Katie. "Forest Carnivores on the Brink: Up in Smoke or Climbing to the Top?." Presentation at the Wildlife Society's annual meeting in Spokane, WA, on Nov 10, 2022.

[43] US Fish and Wildlife Service. (2020, May 15). Final Rule. Endangered Species Status for the Southern Sierra Nevada Distinct Population Segment of Fisher. 85 FR 29532.

[44] Thompson, C. Wildlife Biologist, US Forest Service, Pacific Southwest Research Station. "Analysis of 2017-2021 Fire Impacts to Fisher Habitat in the Southern Sierra Nevada." Unpublished data.

US Fish and Wildlife Service. (2022, November 7). Proposed Rule. Endangered and Threatened Wildlife and Plants; Designation of Critical Habitat for the Southern Sierra Nevada Distinct Population Segment of Fisher. 87 FR 66987.

[45] Thompson, C., Smith, H., Green, R., Wasser, S., & Purcell, K. (2021). Fisher use of postfire landscapes: implications for habitat connectivity and restoration. *Western North American Naturalist*. 81(2), 225-242. https://doi.org/10.3398/064.081.0207

[46] See e.g., Nemens, D. G., Kidd, K. R., Varner, J. M., & Wing, B. (2022). Recurring wildfires provoke type conversion in dry western forests. *Ecosphere*, 13(8), e4184. https://doi.org/10.1002/ecs2.4184

Guiterman, C. H., Gregg, R. M., Marshall, L. A.E. et al. (2022). Vegetation type conversion in the US Southwest: frontline observations and management responses. *Fire Ecology*, 18(6). https://doi.org/10.1186/s42408-022-00131

[47] Steel, Z. L., Jones, G. M., Collins, B. M., Green, R., Koltunov, A., Purcell, K. L., Sawyer, S. C., et al. (2023).

"Mega-Disturbances Cause Rapid Decline of Mature Conifer Forest Habitat in California." *Ecological Applications*, 33(2), e2763. https://doi.org/10.1002/eap.2763.

[48] Nemens, D. G., Kidd, K. R., Varner, J. M., & Wing, B. (2022). "Recurring Wildfires Provoke Type Conversion in Dry Western Forests." *Ecosphere*, 13(8), e4184. https://doi.org/10.1002/ecs2.4184

[49] Bladon,K. D., Emelko, M. B., Silins, U. & Stone, M. (2014). Wildfire and the Future of Water Supply. *Environmental Science & Technology*, 48 (16), 8936-8943. DOI: 10.1021/es500130g https://pubs.acs.org/doi/10.1021/es500130g

Goode, J. R., Luce, C. H., & Buffington, J. M. (2012). Enhanced sediment delivery in a changing climate in semi-arid mountain basins: Implications for water resource management and aquatic habitat in the northern Rocky Mountains. *Geomorphology*, 139, 1-15. https://doi.org/10.1016/j.geomorph.2011.06.021

Wagner, M. J., Bladon, K. D., Silins, U., Williams, C. H. S., Martens, A. M., Boon, S., MacDonald, R. J., Stone, M., Emelko, M. B. & Anderson, A. (2014). Catchment-scale stream temperature response to land disturbance by wildfire governed by surface–subsurface energy exchange and atmospheric controls. *Journal of Hydrology*, 517, 328-338. https://doi.org/10.1016/j.jhydrol.2014.05.006

[50] Perkins, J. P., Diaz, C. Corbett, S. C., Cerovski-Darriau, C., Stock, J. D., Prancevic, J. P., Micheli, E., & Jasperse, J. (2022). Multi-Stage Soil-Hydraulic Recovery and Limited Ravel Accumulations Following the 2017 Nuns and Tubbs Wildfires in Northern California. *Journal of Geophysical Research, Earth Surface*, 127(6). https://doi.org/10.1029/2022JF006591

[51] Martinuzzi, S., Stewart, S. I., Helmers, D. P., Mockrin, M. H., Hammer, R. B., & Radeloff, V. C. (2015). The 2010 wildland-urban interface of the conterminous United States. Research Map NRS-8. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 124 p. https://doi.org/10.2737/NRS-RMAP-8.

[52] Radeloff, V. C., Hammer, R. B., Stewart, S. I., Fried, J. S., Holcomb, S. S., & McKeefry, J. F. (2005). The wildland-urban interface in the United States. *Ecological Applications*, 15(3), 799-805.

Martinuzzi et al., (2015).

[53] Scott, J. H., Gilbertson-Day, J. W., Moran, C., Dillon, G. K., Short, K. C., & Vogler, K. C. (2020). Wildfire Risk to Communities: Spatial datasets of landscape-wide wildfire risk components for the United States. Fort Collins, CO: Forest Service Research Data Archive. Updated 25 November 2020. https://doi.org/10.2737/RDS-2020-0016

54 CalFire (2024) Remembering the Camp Fire. https://www.fire.ca.gov/our-impact/remembering-the-camp-fire accessed September 18, 2024.

55 CalFire. (2025). Top 20 Most Destructive Fires. https://www.fire.ca.gov/our-impact/statistics

56 CalFire. (2020). Incident Archive. https://www.fire.ca.gov/incidents/2020

57 USDA Forest Service. (October 28, 2021). Caldor Fire: Defending Lake Tahoe Basin. https://www.fs.usda.gov/about-agency/features/caldor-fire-defending-lake-tahoe-basin

58 USDA Forest Service. (May 14, 2024). Economic risks: Forest Service estimates costs of fighting wildfires in a hotter future. https://www.fs.usda.gov/about-agency/features/economic-risks-forest-service-estimates-costs-fighting-wildfires-hotter

59 Li, Z. and Yu, W. (2025). Economic Impact of the Los Angeles Wildfires. https://www.anderson.ucla.edu/about/centers/ucla-anderson-forecast/economic-impact-los-angeles-wildfires

60 Buechi, H., Weber, P., Hard, S., Cameron, D., & Plantinga, A. J. (2021). Long-term trends in wildfire damages in California. (2021). International Journal of Wildland Fire, 30. https://doi.org/10.1071/WF21024

61 Safford, H. D., Paulson, A. K., Steel, Z. L., Young, D. J., & Wayman. R. B. (2022). "The 2020 California Fire Season: A Year Like No Other, a Return to the Past or a Harbinger of the Future?" *Global Ecology and Biogeography*, 31, 2005-25. https://doi.org/10.1111/geb.13498

62 Marissa L.C., Li, J. Wen, J., Heft-Neal, S., Driscoll, A. Wang, S., Gould, C. F., Qiu, M, Burney, J., & Burke. M. (2022). Daily Local-Level Estimates of Ambient Wildfire Smoke PM2.5 for the Contiguous US. *Environmental Science and Technology,* 56(19), 13607-13621. https://pubs.acs.org/doi/10.1021/acs.est.2c02934

63 California Office of Environmental Health Hazard Assessment (2024). 2022 Report: Indicators of Climate Change In California-Wildfire smoke, updated July 1, 2024. https://oehha.ca.gov/climate-change/epic-2022/impacts-human-health/wildfire-smoke

64 US EPA. (2022, November 7). Health Effects Attributed to Wildfire Smoke. www.epa.gov/wildfire-smoke-course/health-effects-attributed-wildfire-smoke

65 Vasilogambros, M. (2022, October 17). Proliferating Wildfires Poison Public Health Across the Country Stateline, an initiative of The Pew Charitable Trusts. https://www.pewtrusts.org/en/research-and-analysis/blogs/stateline/2022/10/17/proliferating-wildfires-poison-public-health-across-the-country

66 No author. (14, December 2020). Wildfires—A Growing Public Health Crisis. *AJN, American Journal of Nursing*, 120(12), DOI: 10.1097/01.NAJ.0000724172.95963.d3

67 Sierra Nevada Conservancy. (March 2021). Regional Update. "2020 megafires create risks for California's water supply." https://sierranevada.ca.gov/2020-megafires-create-risks-for-californias-water-supply/

68 USGS. (2019). Water Quality After Wildfire. https://www.usgs.gov/mission-areas/water-resources/science/water-quality-after-wildfire

69 Pennino, M. J., Leibowitz, S. G., Compton, J. E., Beyene, M. T., & LeDuc, S. D. (2022). Wildfires can increase regulated nitrate arsenic, and disinfection byproduct violations and conentrations in public drinking water supplies. *Science of the Total Environment*. 804. https://doi.org/10.1016/j.scitotenv.2021.149890

70 Proctor, C. R., Lee, J. Shah, A. D., & Whelton, A. J. (2020). Wildfire caused widespread drinking water distribution network contamination. *AWWA Water Science*, 2(4). https://doi.org/10.1002/aws2.1183

71 US Geological Survey (USGS). (2022). Postfire debris flow hazards – Tips to keep you safe https://www.usgs.gov/publications/postfire-debris-flow-hazards-tips-keep-you-safe accessed March 20, 2023.

72 CA Department of Conservation. (2023.) Post Fire Debris Flow Facts. https://www.conservation.ca.gov/index/Pages/Fact-sheets/Post-Fire-Debris-Flow-Facts.aspx accessed March 20, 2023.

73 North, M., Stephens, S. L., Collins, B. M., Agee, J. K. Aplet, G., Franklin, J. F. & Fule, P. Z. (2015). Reform forest fire management. *Science*, 249(6254), 1280-1281. https://www.science.org/doi/10.1126/science.aab2356

Davis, K.T., Peeler, J., Fargione, J., et al. (2024). Tamm review: A meta-analysis of thinning, prescribed fire, and wildfire effects on subsequent wildfire severity in conifer dominated forests of the western U.S. *Forest Ecology and Management*, 561, 121885. https://doi.org/10.1016/j.foreco.2024.121885

74 Fulé, P. Z., Crouse, J. E., Roccaforte, J. P. & Kalies, E. L. (2012). Do thinning and/or burning treatments in western USA ponderosa or Jeffrey pine-dominated forests help restore natural fire behavior? *Forest Ecology and Management*, 269, 68-81. https://doi.org/10.1016/j.foreco.2011.12.025

North, M. P., Stine, P., Hara, K. O., Zielinski, W. & Stephens, S. L. (2009). An ecosystem management strategy for Sierran mixed- conifer forests, Gen. Tech. Rep. PSW-GTR-220. (U.S. Department of Agriculture, Forest Service, Pacific Southwest Research Station).

Krofcheck, D. J., Hurteau, M. D., Scheller, R. M. & Loudermilk, E. L. (2018). Prioritizing forest fuels treatments based on the probability of high-severity fire restores adaptive

capacity in Sierran forests. *Global Change Biology*, 24, 729-737. https://doi.org/10.1111/gcb.13913

[75] Prichard, S. J., Hessburg, P. F., Hagmann, R. K., Povak, N. A., et al. (2021). Adapting western North American forests to climate change and wildfires: 10 common questions. *Ecological Applications*, 31(8), 28-58. https://doi.org/10.1002/eap.2433

Hessburg, P. F., Prichard, S. J., Hagmann, R. K., Povak, N. A., & Lake, F. K. (2021). Wildfire and climate change adaptation of western North American forests: a case for intentional management. *Ecological Applications*, 31(8), e02432. https://doi.org/10.1002/eap.2432

[76] Hood, S. M., Baker, S. & Sala, A. (2016). Fortifying the forest: thinning and burning increase resistance to a bark beetle outbreak and promote forest resilience. *Ecological Applications*, 26(7), 1984-2000. https://doi.org/10.1002/eap.1363

[77] Restaino, C., Young, D., Estes, B., Gross, S., Wuenschel, A., Meyer, M., & Safford, H. (2019). Forest structure and climate mediate drought-induced tree mortality in forests of the Sierra Nevada, USA. *Ecological Applications*, 29(4), e01902. https://doi.org/10.1002/eap.1902

[78] Davis, K. et al., (2024).

[79] Meyer, M. D. (2015). Forest Fire Severity Patterns of Resource Objective Wildfires in the Southern Sierra Nevada, *Journal of Forestry*, 113(1), 49–56. https://doi.org/10.5849/jof.14-084

North, M. P., Collins, B. M., & Stephens, S. L. (2012). Using fire to increase the scale, benefits and future maintenance of fuels treatments. *Journal of Forestry*, 110(7), 492-401. https://doi.org/10.5849/jof.12-021

[80] See, e.g., Kalies, E. L. and Yocom Kent, L. L. (2016). Tamm Review: Are fuel treatments effective at achieving ecological and social objectives? A systematic review. *Forest Ecology and Management*, 375, 84-95. https://doi.org/10.1016/j.foreco.2016.05.021

Davis, K. T., Peeler, J., Fargione, J., et al. (2024). Tamm review: A meta-analysis of thinning, prescribed fire, and wildfire effects on subsequent wildfire severity in conifer dominated forests of the Western US. *Forest Ecology and Management*, 561, 121885. https://doi.org/10.1016/j.foreco.2024.121885

[81] Shive, K.L., Coppoletta, M., Bewley Wayman, R., et al., (2024). Thinning with follow-up burning treatments have increased effectiveness at reducing severity in California's largest wildfire. *Forest Ecology and Management*, 572. https://doi.org/10.1016/j.foreco.2024.122171.

[82] North, M.P., York, R.A., Collins, B.M., Hurteau, M.D., Jones, G.M., Knapp, E.E., Kobziar, L., McCann, H., Meyer, M.D., Stephens, S.L., Tompkins, R.E., & Tubbesing, C.L. (2021). Pyrosilviculture Needed for Landscape Resilience of Dry Western United States Forests. *Journal of Forestry*, 119(5), 520-544. https://doi.org/10.1093/jofore/fvab026

[83] North et al., (2015).

[84] See, e.g., Schultz, C. A., McCaffrey, S. M., Huber-Stearns, H. R. (2019). Policy barriers and opportunities for prescribed fire application in the western United States. *International Journal of Wildland Fire*, 28, 874-884. https://doi.org/10.1071/WF19040

[85] USDA Forest Service. (2024). Caldor Fire: Defending Lake Tahoe Basin. https://www.fs.usda.gov/about-agency/features/caldor-fire-defending-lake-tahoe-basin. Accessed on October 25, 2024.

[86] Hankin, L. E., Anderson, C. T., Dickman, G. J. et al. (2023). How forest management changed the course of the Washburn fire and the fate of Yosemite's giant sequoias (*Sequoiadendron giganteum*). *Fire Ecology,* 19, 40. https://doi.org/10.1186/s42408-023-00202-6

[87] Brodie, E.G., Knapp, E.E., Brooks, W.R. et al. (2024) Forest thinning and prescribed burning treatments reduce wildfire severity and buffer the impacts of severe fire weather. *Fire Ecology,* 20, 17. https://doi.org/10.1186/s42408-023-00241-z

[88] Shive, K.L, et al. (2024).

[89] See, e.g., Martinson, E. J. & Omi, P. N. (2013). Fuel treatments and fire severity: A meta-analysis. Res. Pap. RMRS-RP-103WWW. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 38 p.

Pritchard, et al., (2021).

[90] USDA Forest Service, Rocky Mountain Research Station. (2024). Science You Can Use: What do we know about forest treatments and fire? Photos and long-term studies help us understand. https://www.fs.usda.gov/rm/pubs_journals/rmrs/sycu/2024/sycu_photos_2024_10_treatments.pdf

[91] E.g., Stephens, S. L., Foster, D. E., Battles, J. J., Bernal, A. A., Collins, B. M., et al. (2024). Forest restoration and fuels reduction work: Different pathways for achieving success in the Sierra Nevada. *Ecological Applications,* 34. https://doi.org/10.1002/eap.2932

Loverin, J. K., Xi, W., Su, H., Zhang, J. (2024). Thinning and managed burning enhance forest resilience in northeastern California. *Ecosystem Health and Sustainability,* 10. https://doi.org/10.34133/ehs.0164

Low, K. E., Collins, B. M., Bernal, A., Sanders, J. E. et al. (2021). Longer-term impacts of fuel reduction treatments on forest structure, fuels, and drought resistance in the Lake Tahoe Basin. *Forest Ecology and Management*, 479. https://doi.org/10.1016/j.foreco.2020.118609

Knapp, E. E., Bernal, A. A., Kane, J. M., Fettig, C. J., & North, M. P. (2021). Variable thinning and prescribed fire

influence tree mortality and growth during and after a severe drought. *Forest Ecology and Management*, 479. https://doi.org/10.1016/j.foreco.2020.118595

Knapp, E. E., Lydersen, J. M., North, M. P., Collins, B. M. (2017). Efficacy of variable density thinning and prescribed fire for restoring forest heterogeneity to mixed-conifer forest in the central Sierra Nevada, CA. *Forest Ecology and Management*, 406, 228-241. https://doi.org/10.1016/j.foreco.2017.08.028

Roche, J. W., Ma, Q., Rungee, J., & Bales, R. C. (2020). Evapotranspiration Mapping for Forest Management in California's Sierra Nevada. *Front. For. Glob. Change*, 3. https://doi.org/10.3389/ffgc.2020.00069

[92] Restaino, C., et al. (2019).

Young, D. J. N., Meyer, M., Estes, B., Gross, S., Wuenschel, A., Restaino, C., & Safford, H. (2020). Forest recovery following extreme drought in California, USA; natural patterns and effects of pre-drought management. *Ecological Applications*, 30(1), e02002. https://doi.org/10.1002/eap.2002

[93] Stephens, S. L., Westerling, A. L., Hurteau, M. D., Peery, Z., Schultz, C. A., & Thompson, S. (2020). Fire and climate change: conserving seasonally dry forests is still possible. *Frontiers in Ecology and the Environment*, 18(6), 354-360. https://doi.org/10.1002/fee.2218

[94] Coppoletta, M., Merriam, K. E. & Collins, B.M. (2016). Post-fire vegetation and fuel development influences fire severity patterns in reburns. *Ecological Applications*, 26(3), 686–699. https://doi.org/10.1890/15-0225

[95] Maffly, B. (August 7, 2021). Air quality remains poor as West Coast smoke continues to linger over much of Utah. *Salt Lake Tribune*. https://www.sltrib.com/news/environment/2021/08/07/air-quality-remains-poor/

[96] Kusel, J. (August 26, 2021). VIEWPOINTS Dixie Fire isn't just destroying towns. California's water and power supply is under threat. *The Sacramento Bee*. https://www.sacbee.com/opinion/op-ed/article253616493.html#storylink=cpy

[97] Alexander, K. (March 18, 2022). Last year's fire season in California set record for cost, Dixie Fire most expensive in U.S. history. *San Francisco Chronicle*. https://www.sfchronicle.com/bayarea/article/Last-year-s-fire-season-in-California-set-17010110.php

[98] Sierra Nevada Conservancy. (January 24, 2022). 2021: Another historic Sierra Nevada fire season. https://sierranevada.ca.gov/2021-another-historic-sierra-nevada-fire-season/

[99] North et al., (2012).

Vaillant, N. M. & Reinhardt, E. D. (2017). An Evaluation of the Forest Service Hazardous Fuels Treatment Program—Are We Treating Enough to Promote Resiliency or Reduce Hazard? *Journal of Forestry*, 115(4), 300-308. https://doi.org/10.5849/jof.16-067

[100] North et al., (2012).