# EXHIBIT 4

# Trinity Center Volunteer Fire Department



# Wildfire Response Plan

Initial Approval Date: _____12/10/2024_____

1st Revision Date: _____8/21/2025_____

2nd Revision Date: _____

3rd Revision Date: _____

# Table of Contents

Page

Trinity Center Volunteer Fire Department Fire Response  ............................................  1

Wildfire Response Elements  .........................................................................................  3

    Incident Objectives  ...............................................................................................  3

    Organization Assignments & Contact Information  ...........................................  4

    Weather Patterns  .................................................................................................  5

    Fire Behavior  .......................................................................................................  6

    Health & Safety  ...................................................................................................  7

    Resources  .............................................................................................................  8

        Equipment  ...................................................................................................  8

        Water Systems  ..........................................................................................  8

        Alternative Water Sources  .......................................................................  9

        Trinity Center Airport  ...............................................................................  9

        Facilities  .....................................................................................................  10

        Personnel  ...................................................................................................  10

    Communications  ..................................................................................................  11

        Wildfire Communication Protocol  ..........................................................  13

    Medical Plan  ........................................................................................................  14

    Documents and Agreements  ...............................................................................  15

    Fire Response Zones  ............................................................................................  16

        Trinity Center  ............................................................................................  16

        Covington Mill  ..........................................................................................  20

        Ridgeville  ...................................................................................................  23

    Evacuation Plan  ...................................................................................................  25

Recommendations for Improvements  ..........................................................................  26

# Figures

|                                                                | Page |
|----------------------------------------------------------------|------|
| Figure 1: Trinity Center Community Services District Boundary   | 2    |
| Figure 2: Trinity Center Airport Layout Plan                   | 11   |
| Figure 3: Trinity Center Fire Response Zone                    | 17   |
| Figure 4: Trinity Lake KOA                                      | 18   |
| Figure 5: Covington Mill Fire Response Zone                    | 21   |
| Figure 6: Ridgeville Fire Response Zone                        | 24   |

# Appendices

A: Hydrant maps

B: Facilities within the Trinity Center Community Services District

C: Modification to USFS Local Cooperative Fire Protection Agreement

# Trinity Center Volunteer Fire Department Fire Response

Trinity Center Volunteer Fire Department (TCVFD) is a department of the Trinity Center Community Services District.  The Community Service's District boundary stretches from Ridgeville, through Covington Mill to the Trinity Center area (Figure 1).  The District boundary is depicted by a red line.  The yellow shaded areas in Figure 1 show the District's Sphere of Influence (SOI), which broadly shows the District's service area.  The District provides fire and streetlighting services.  It is considered a local government as a Special District and is overseen by a 5 member, elected Board.

Trinity Center VFD, along with our mutual aid partner Coffee Creek Volunteer Fire Department, provides full fire/rescue/EMS services for northern Trinity County.  TCVFD is a small all-volunteer fire department.  The VFD serves several small communities interspersed between the Shasta-Trinity National Forest and Sierra Pacific Industries holdings.  The response area (Figure 1) includes the Shasta-Trinity National Recreation Area, which has thousands of campers and boaters each summer on Trinity Lake and at many campgrounds.  In addition, the VFD responds to 911 calls from the adjacent Trinity Alps Wilderness which hosts numerous hikers and backpackers.  The response area stretches for 40 miles along State Hwy 3.

The Trinity Center Community Services District is a State Response Area (SRA).   The California Master Cooperative Wildland Fire Management and Stafford Act Response Agreement (CFMA) between the five federal agencies and the California Department of Forestry and Fire Protection (CAL FIRE) provides the framework for wildland fire protection responsibilities across the state of California. Utilizing CFMA, the state is partitioned into agreed Direct Protection Areas (DPAs). These DPAs identify which participating agency is responsible for wildland fire response. Currently, under a DPA agreement between CalFire and USFS, CalFire is responsible for wildland protection on private lands and USFS handles federal lands, with a few minor exceptions. Because private and federal lands are intermingled in a checkerboard pattern, CalFire and USFS work closely together on wildland fire responses.

## Figure 1



Trinity Center
Community Services District

# Wildfire Response Elements

# Incident Objectives

<u>Management Objectives</u>

> ➢ Analyze incident risk at all times to identify and mitigate hazardous conditions to provide for responder and public safety
> ➢ Protect the communities of Ridgeville, Covington Mill and Trinity Center from catastrophic fire damage.  Limit the amount of homes and land lost to fire.
> ➢ Protect and or minimize the effects of wildfire on critical infrastructure, utilities and cultural, heritage and natural resources in the area
> ➢ Coordinate with represented agencies, local landowners and the public by providing timely and accurate fire information.  Strengthen cooperator, partner and stakeholder relationships.
> ➢ Provide for the public's safety, health, welfare and security. When necessary, provide for the safe evacuation and care of displaced public and their animals
> ➢ Provide for security and investigation of wildfire cause

<u>Control Objectives</u>

> ➢ Keep fire from crossing roadside or ridgetop fuel breaks that protect structures
> ➢ For fires descending from the Trinity Alps Wilderness, keep the fire west of Highway 3
> ➢ Prevent fire from reaching designated Safety Zones
> ➢ Respond to fires potentially crossing Trinity Lake which may affect the TCCSD service area

# Organization Assignments and Contact Information

| Name | Title | Unit # | Phone # |
|------|-------|--------|---------|

*Trinity Center VFD*

| Name | Title | Unit # | Phone # |
|------|-------|--------|---------|
| Dwight Stewart | Chief | 1101 | (530) 925-5587 |
| Carol Fall | Asst Chief | 1102 | (530) 623-7155 |
| Ed Burch | Captain | 1104 | (903) 245-0046 |
| Scott King | Captain | 1105 | (408) 410-9808 |
| MaryAnn Bunce | Medical Director | 1103 | (530) 515-6734 |

*Coffee Creek VFD*

| Name | Title | Unit # | Phone # |
|------|-------|--------|---------|
| Tony Valls | Chief | 1301 | (530) 925-4009 |
| Steve Renten | Asst Chief | 1302 | (530) 356-6756 |
| George Lawrence | Captain | 1303 | (925) 586-2189 |

| | |
|--|--|
| CalTrans (Trinity Center Station) | (530) 266-3413 |
| Sierra Pacific industries (Keith Greenwood, Manager) | (360) 333-8388 |
| Trinity County Public Works | (530) 623-1365 |
| Trinity County Sheriff (non-emergency dispatch) | (530) 623-8126 |
| Trinity Public Utilities District | (530) 623-5536 |
| USFS Mule Creek Station | (530) 286-2222 |
| USFS Weaverville Office | (530) 623-2121 |
| USFS District Ranger (Tara Jones) | (530) 949-6799 |

## Weather Patterns

The Trinity Center Volunteer Fire Department service area has a characteristic mediterranean climate, with hot, dry summers and relatively mild, wet winters.  In the summer, the area experiences large diurnal temperature changes (40-50°), low humidity, and high solar radiation.  Rainfall occurs mainly in the winter with approximately 50" of precipitation, often in the form of heavy wet snow.

Local weather patterns are influenced by elevation, topography and Trinity Lake.  Trinity Center village and adjacent communities along Hwy 3 are at approximately 2400-2500' elevation, with residential areas such as Lake Forest and Long Canyon reaching up to 4000' elevation.  The difference in elevation means that some areas will receive rain while other receive snow during the same storm.

The Trinity Alps, just west of the TCVFD service area, range up to 9000' in elevation.  Large drainages (Stuart's Fork, Swift Creek, Coffee Creek) and canyons such as Long Canyon intersect the Alps.  The drainages and canyon experience diurnal up canyon and down canyon winds.  Winds typically blow downslope through late morning and upslope through sunset. These winds can become quite strong by the middle of the afternoon with stronger gusts in alignment with terrain.   Winds are higher on upper slope and ridgetop locations.

The up canyon and down canyon winds are often accelerated by their proximity to Trinity Lake.  Trinity Lake is a large open area created by a dam in the Trinity River canyon.  As such, it often experiences up lake winds in the afternoon, followed by down lake winds in the evening.

During wildfires low lying drainages often experience smoke in the early morning with mixing by late morning.  Periodic inversions may create a large smoke layer which inhibits aerial attack.  Usually a weak cold front or some other active weather is required to disperse these large inversions.

There are no Remote Automated Weather Stations (RAWS) located in the Trinity Center VFD service area.  The closest stations are Scorpion, located north of Coffee Creek (NWS ID# 040517, 41.109483°N, 122.697467W) and Trinity Camp, located south of Trinity Lake (NWS ID# 040516, 40.786419, -122804486).

## Fire Behavior

Fire behavior in the area varies with terrain, temperatures, humidity levels and fuel load. Responders should be aware of live and dead fuel moisture levels and current and predicted weather conditions.  Fuel loads are generally high, with primary tree species including Douglas Fir, Ponderosa Pine and Incense Cedar.

The area contains heavy dead fuels, timber-litter and light flashy fuels which are highly receptive to spotting and active growth.  At times, the probability of ignition reaches 100%.  Because of the steep topography, the likelihood of roll outs is high.

For fires coming out of the Trinity Alps Wilderness, there are topographic features such as granite ridges which may reduce the likelihood of fire spread.  There are also drainages which may increase the likelihood of wildland fire spreading downhill into residential neighborhoods.

# Health and Safety

<u>Major Hazards and Risks</u>

- ➢ **Heat related injuries**: Temperatures can exceed 100° F in the summer.  Consider heat effects during assignments. Firefighters should stay hydrated, drink fluids in a 3:1 ratio of water to sports drinks and take frequent breaks.
- ➢ **Extended Extraction Times**: Firefighters should be familiar with the medical plan. Develop a plan on how you would get an injured firefighter out in a timely manner. Factor in how smoke inversions will reduce the likelihood of utilizing helicopters for a medevac.
- ➢ **Hazardous Roads**: Narrow roads with steep drop-offs and heavy fuel loads are common in this area.  In addition, erratic drivers and operator fatigue may lead to vehicle accidents.
    - o  Much of the Planning Area is remote, roadless or controlled by locked gates primarily on lands managed by the USFS or Sierra Pacific Industries (SPI).
    - o  A significant number of neighborhoods have dead-end streets and cul-de-sacs that make escape difficult during structure triage.
- ➢ **Changing Conditions**: routinely reassess LCES (lookouts, communications, escape routes, safety zones) as conditions or locations change.  Follow 10s and 18s as described in the Incident Response Pocket Guide.

<u>Safety Zones</u>

Safety Zones are identified in each Fire Response Area in this document.  Suggested Safety Zones meet the following criteria.

- ➢ A firefighter should be able to survive in a Safety Zone without a fire shelter.  Take advantage of heat barriers.
- ➢ The distance separation between the firefighter and the flames must be at least four times the maximum flame height.
- ➢ The location has been scouted, marked well and reassessed if necessary.
- ➢ Locations are not in chimneys, saddles, or narrow canyons or that require a steep escape route.
- ➢ If possible, avoid the suggested safety zone if it is downwind from the fire.

## Resources

Equipment

Trinity Center Volunteer Fire Department Rolling Stock

| Equipment Type | Designation | Year | Water Capacity | Pump Capacity | Notes |
|---|---|---|---|---|---|
| Type 1 | 1112 | 2002 | 800 Gallons | 1250 GPM | HME Firetruck Formerly CalOES 311 |
| Type 3 | 1131 | 2006 | 500 Gallons | 150 GPM | International Navistar 7400 Permanent loan through FEPP |
| Type 6 | 1134 | 2004 | 400 Gallons | 120 GPM | Ford F550 |
| Type 2 water tender | 1142 | 2016 | 2000 Gallons | 250 GPM | International Durastar 4300 |
| Light Rescue | 1162 | 1999 | 0 | 0 | Ford F550 |
| 4WD Ambulance | 306 | 2002 | 0 | 0 | Ford F350 |

Water Systems

Appendix A shows hydrant locations for the Trinity Center and Trinity Knolls Water Companies.

Water Systems within Trinity Center Community Services District

| Water System | Capacity (Gallons) | Contact Name | Contact Phone | GPS Coordinates |
|---|---|---|---|---|
| Trinity Knolls Mutual Water Company | 120,000 | Ken Reynolds | 530-266-3307 | 41.005698 -122.706894 |
| Trinity Center Mutual Water Company | 650,000 | Lyn Scott Duke Kneaper | 530-524-8306 707-499-7389 | 40.982689 -122.711628 |
| Long Canyon | 20,000 | Zach Sullivan | 808-421-9870 | |
| Lake Forest Covington Mill Mutual Water Company Div A | 54,000 | Howard Covington Dean Hamblin | 530-246-9691 530-518-0832 | 40.913070 -122.784969 |
| Guy Covington Covington Mill Mutual Water Company Div B | 17,000 | Jim Henson Scott Frost | 530-768-0302 818-823-7998 | 40.911346 -122.772926 |
| Ridgeville Homeowners Association | 5,000 Firefighting water supply only – static tank | Laura McLaughlin | 619-857-7613 | 40.859633 -122.802006 |

Alternative Water Sources

Drafting is possible from several locations within the Trinity Center Volunteer Fire Department Service area. The feasibility of drafting depends on water levels, including Trinity Lake. Drafting locations include:

| Location | Latitude | Longitude | Notes |
|---|---|---|---|
| Trinity Center Boat ramp | 40.97245 | -122.69097 | Paved access to Trinity Lake |
| Bowerman Boat ramp | 40.89101 | -122.77045 | Paved access to Trinity Lake |
| Clark Springs Boat ramp | 40.85732 | -122.81223 | Paved access to Trinity Lake |
| Agricultural ditch south of Trinity Center Airport (requires approval of the Scott family) | 40.85732 | -122.69643 | Requires temporary removal of the airport fence (approval needed by Trinity County Department of Transportation). Has been used for helibase water supply. |
| Davis Creek at Hwy 3 | 40.922139 | -122.767139 | SPI gate |
| EF Stuarts Fork at Guy Covington Bridge | 40.905139 | -122.769444 | |
| Former mill pond on Guy Covington Dr | 40.91190 | -122.77060 | Have private landowner permission to open gate |
| EF Stuarts Fork at Long Canyon Bridge | 40.923194 | -122.817778 | |
| Mule Creek at Mule Creek Rd | 40.881167 | -122.822167 | |
| Long Canyon Rd, 2 miles | 40.923111 | -122.806000 | Low flow |
| Upper Rainier Rd at private bridge on Mule Creek | 40.882778 | -122.823750 | |
| Hwy 3 at Mule Creek | 40.870556 | -122.812528 | |

Trinity Center Airport

Trinity Center Airport/James E. Swett Field (086) Runway 14/32 is Asphalt Surfaced 3215 feet in length by 50 feet wide at Elevation 2390, with Runway 32 having Right Hand Traffic. 200 foot paved displaced thresholds are located at each runway. Unicom 122.9. AWOS- (530) 266-3220 FSS Rancho Murieta Unicom 122.4. 1-800-WX BRIEF.

The Trinity Center Airport Layout Plan is presented in Figure 2. A link to the plan is at https://www.trinitycounty.org/sites/default/files/DOT/documents/TRINITY%20CENTER%20ALP_support.pdf

Facilities

The Trinity Center Volunteer Fire Department has one station located at 111 Trinity Vista Street in Trinity Center. The station has 6 vehicle bays, a training/community meeting room, kitchen, office and storage. There is a 20' trailer with folding tables and chairs for 100 people. The station maintains a supply of medical equipment (wheelchairs, crutches, shower chairs, toilet boosters, etc) which are loaned to the public free of charge. The station has WIFI, a radio communication center and emergency generators. There is no fire station located in the southern portion of the Community Services District.

A general description of the facilities within the Trinity Center Community Services District is included in Appendix B. The descriptions include address, uses, contact information, photographs and whether the structure has WIFI, cell coverage, or generator.

Currently, there are no designated clean air centers in the Trinity Center area. The Trinity Center VFD stores a portable HEPA filtration system, assigned by Trinity County Health and Human Services. When needed during smoke events, the unit is transferred to the IOOF Hall which has a modern HVAC system.

Personnel

The number of volunteer firefighters responding to a wildfire incident varies. The TCVFD roster carries 10 firefighters. Typically, 5 or 6 are available for immediate response to a wildfire.

TCVFD also has a group of volunteers, the Fire Emergency Assistance Team (FEAT), who assist with traffic control and evacuations when needed.



Figure 2

# Communications

## Communication system

Be aware that the rugged terrain limits communication and creates dead zones. Trinity Center VFD uses 3 mountain-top repeaters to communicate via VHF radio: Oregon, Norwegian and Carrville. In general, the Oregon repeater (located south of Weaverville) functions south of Usher Grade. Usher Grade is an elevation high point on Hwy 3 (MM 57) south of Trinity Center. Norwegian repeater, located on Frethy Ridge just south of Trinity Center (40.96733, -122.70939) functions from Cedar Stock (MM 47 on Hwy 3) to the north end of Trinity Lake. Carrville repeater (41.06079, -122.73687) is located off of Boulder Lakes Rd, southwest of Coffee Creek.

Both the Oregon and Norwegian repeaters are connected to power provided by the Trinity Public Utilities District. The Norwegian repeater is currently located on a power pole provided by Velocity Communications in Weaverville ([www.velotech.net](www.velotech.net)). Back-up power during power outages is provided by a bank of batteries. The Carrville repeater, which is powered by solar panels, is also provided by Velocity Communications. Back-up power is provided by a bank of batteries, which were replaced in August 2024.

Tones for the repeaters are listed below.

| | |
|---|---|
| Oregon Fire Net | Tone 11 |
| Oregon Command Net | Tone 7 |
| Norwegian FireNet | Tone 2 |
| Norwegian Command Net | Tone 3 |
| Carrville Fire Net | Tone 6 |
| Carrville Command Net | Tone 14 |

In addition to FireNet, TCVFD uses Trinity County Tactical Channel 5. CalCord is used to communicate with incoming medevac units. TCVFD uses Kenwood NX-5200 K3 radios and has 2 Bendix King 500 radios with cloning cables. USFS Bonanza King, which transmits from the USFS dispatch center in Redding, is generally functional in the north Trinity Lake area. FEAT uses BaoFeng handheld radios to communicate when providing traffic control. The FEAT leader communicates with the Incident Commander using Tac 5 or FEAT 0.

An emergency alert siren is installed at the TCVFD station. In the event of an immediate emergency, such as a wildfire rapidly approaching the Trinity Center village, Trinity County Sheriff's Dispatch can activate the siren. Siren activation must be followed up by social media or other methods to communicate the nature of the emergency. TCVFD is currently installing a ham radio antenna and receiver at the fire station. There are no AlertCalifornia wildfire detection cameras which include the TCCSD service area in their viewshed.

## Wildfire Communication Protocol

TCVFD is dispatched to reports of wildland fires or requests for smoke checks by Trinity County Sheriff's Dispatch (911). Upon receiving a page, TCVFD takes the following actions:

- ➢ Copy page. Available volunteers respond to fire station and notify Dispatch of Unit ID(s) and number of personnel responding. Volunteers responding POV will notify Dispatch of their status.
- ➢ Notify Dispatch upon arriving at scene and perform a scene size-up. The IC will notify Dispatch if no additional resources are needed. If necessary, IC will ask Dispatch to request a response from USFS or CalFire. Those resources can be cancelled if not needed.
- ➢ For smoke checks, TCVFD will notify Dispatch if unable to locate (UTL).
- ➢ If appropriate, TCVFD will advise the Sheriff's Office if there is a need to implement public warnings and evacuation notices.
- ➢ If appropriate, TCVFD will request that Dispatch activate FEAT for assistance.

### Incident Command Duties

- ➢ The IC will establish an Incident Command Post and direct and control emergency operations at the scene.
- ➢ The IC will provide scene size-up and periodic situation updates to incoming resources.
- ➢ The IC will notify TC Dispatch if the fire is on private or federal lands and request that they notify CalFire or USFS dispatch as appropriate
- ➢ The IC will assess hazards and opportunities and inform incoming resources. Local thresholds & watch out conditions will be communicated, including
  - o Winds greater than 10 mph
  - o Relative humidity less than 25%
  - o Temperature over 90°F
  - o 100-hour fuel moisture less than 13%
  - o Crews working in steep terrain
- ➢ The IC will identify Safety Zones and Escape Routes
- ➢ The IC will designate Incident and tactical radio frequencies
- ➢ The IC will post lookouts as needed and monitor weather & winds
- ➢ The IC will create a personnel/equipment roster as resources arrive and where they are assigned. Resources will be documented on a Form 214
- ➢ Following containment of the fire, the IC will supervise mop-up operations

# Medical Plan

Trinity Center Volunteer Fire Department operates a Basic Life Support (BLS) ambulance (Unit 306). TCVFD personnel includes 2 NREMTs and an R.N (Medical Director) who respond to medical calls. Coffee Creek Volunteer Fire Department also operates a BLS ambulance (Unit 309). CCVFD personnel includes 1 EMT and 1 NREMT.

In the event of a medical emergency, a 911 call will activate the Emergency Management System. TCVFD or CCVFD will respond, depending on available personnel. Depending on the nature of the medical emergency, first responders may immediately request a medevac helicopter and will perform initial patient care. Generally, 306 or 309 will transfer patients to a higher level of care provided by Trinity Life Support or the medevac helicopter. However, when those units are not available (due to smoke during wildfires, fog, snow, or other calls), the patient will be transported to Trinity Hospital by ambulance.

The following equipment/facilities typically service the north Trinity Lake area:

| Name | Location | Level of Service |
|------|----------|------------------|
| *Transport** | | |
| Reach 5 | Redding | ALS |
| PHI | Redding | ALS |
| CHP | Redding | ALS |
| Enloe | Chico | ALS |
| | | |
| *Hospitals* | | |
| Trinity Hospital | Weaverville | Trauma Level 4 |
| Mercy Medical Center | Redding | Trauma Level 2 |
| Shasta Regional | Redding | Trauma Level 3 |
| UC Davis Medical | Sacramento | Trauma Level 1 |

* Medevac helicopters are requested by Dispatch on a rotational basis. If Reach 5 or PHI are unavailable, Dispatch will contact CHP (H14) or other medical helicopters.

## Documents and Agreements

Trinity Center VFD has mapbooks which depict roads, houses, hydrants and some gates, courtesy of the Trinity County Resource Conservation District. Hard copies of these mapbooks are available at the TCVFD station.

Trinity Center VFD has a Local Cooperative Fire Protection Agreement with the USFS Shasta-Trinity National Forest (21-FL-11051400-053). The agreement provides for reciprocal fire protection, including mutual aid, reimbursable assistance, and coordination for the prevention, detection, management, and suppression of wildland fires on property within the Trinity Center Community Services District and adjoining USFS lands. TCVFD may provide initial attack or supporting services during a wildfire. If USFS requests assistance, TCVFD receives a resource number which allows it to request reimbursement if the duration is longer than 4 hours (Modification attached as Appendix B). The modification expires on November 30, 2025.

Trinity Center VFD has an Assistance by Hire (ABH) agreement with CalFire, Shasta-Trinity Unit. This annual agreement is effective from July 1st through June 30th of each year. The agreement sets out reimbursement rates based on the CalOES- approved salary survey and equipment rates set by CalFire.

The Trinity Center Community Services District is enrolled in the Mutual Aid Reimbursement System (MARS) through the California Office of Emergency Services. The California Fire Assistance Agreement (CFAA) is renewed annually and includes portal to portal rates.

# Fire Response Zones

## Trinity Center

The Trinity Center Fire Response Zone consists of the village of Trinity Center, the Trinity Knolls and Trinity Meadows/Northwoods Estates housing developments, Gratten Flat and the Trinity Lake KOA campground (Figure 3).

The Trinity Center Fire Response Zone is approximately 640 acres and possesses a moderate to high fire hazard rating. There are gentle to moderate slopes. The area is subject to diurnal wind patterns and gusts from Trinity Lake. Heavy fuels between structures and along evacuation routes increase the risk of group torching. Fire spread from structure to structure is possible. Homes are primarily stick built. It is anticipated that there will be a difficulty evacuating due to limited communication and ingress/egress points.

The village of Trinity Center is sandwiched between Trinity Lake and Hwy 3. The Trinity Center airport borders the community to the east, Swift Creek is to the north and privately-owned pasture is to the south. Airport Road is the only ingress and egress from the village onto Hwy 3.

The subdivisions of Trinity Knolls and Trinity Meadows/Northwoods Estates are located north of Swift Creek on the west side of Hwy 3. The subdivisions are densely forested, bordered by Sierra Pacific Industries on the west and US Forest Service lands to the east (across from Hwy 3). Because of the surrounding fuel loads, the fire hazard rating is high. Trinity Knolls has only one ingress/egress point at El Dorado Way. Trinity Meadows and Northwest Estates share two ingress/egress points.

Gratten Flat is a remote community located approximately 2 miles west of Hwy 3 on Swift Creek Rd. The isolated homes, which are off the grid, are surrounded by Sierra Pacific lands.

Trinity Lake KOA is located east of Hwy 3 and north of Swift Creek. This large 70 acre campground includes campsites (tent and RV) and numerous cabins (Figure 4). The campground is generally open from April through October. During peak holidays, over 900 campers may be staying there.

**Safety Zone** Potential safety zones for the Trinity Center Fire Response Area include

- ➢ Trinity Lake at the Trinity Center Boat Ramp (end of Mary Avenue), includes seasonally open bathrooms
- ➢ Trinity Lake at the east end of Airport Road, past James Swett Memorial Park (known locally as "the Point"). Access is along the north end of the airport.
- ➢ Trinity Lake off North Fork Cutoff Road

Figure 3



Figure 4: KOA Campground



Note: Locations of safety zones vary with lake levels. Trinity Center Airport should not be considered a safety zone due to fences, locked gates and possible use by emergency responders.

**Short Term Firefighter Survival Zones include:**

➢ West of Swift Creek: Gratten Flat pond, 290 Gratten Flat Rd, (40°58'53.5" N, -122°44'08.4" W)

➢ South of Trinity Center: Norwegian Meadows wetlands, 240 Norwegian Ranch Rd (40°57'46.1" N, -122°43'11.9" W) gated

➢ Village of Trinity Center: Trinity Center Elementary School ballfield, 1 Trinity Vista St. (40°58'57.5 N, -122°42'24.2" W)

**Other Considerations:**

➢ Approximately 70% of the homes are seasonal or vacation. The permanent population is less than 200 residents. During the summer wildfire season, the actual total population (residents and visitors) will vary widely.

➢ There is a significant percentage of senior citizens and those with limited mobility.

➢ Since there are no natural gas lines, many homes have 100 to 500 gallon propane, heating oil or kerosene tanks.

➢ The Trinity Center General Store and Trinity Lake KOA sell gasoline and propane, so have large above-ground storage tanks. Other large above-ground storage tanks are located at the CalTrans Trinity Center Maintenance Yard (59570 Hwy 3) and the Trinity County DOT Maintenance Yard (35 Airport Rd).

➢ Swift Creek Rd leads to the popular Swift Creek, Lake Eleanor and Poison Canyon trailheads. Evacuation of hikers in the Trinity Alps may be necessary.

**Significant Structures:**

➢ IOOF Hall, 10 Scott Blvd. Historical structure (listed on CA state registry).

➢ Scott Historical Museum, 540 Airport Rd.

➢ Trinity Center Mutual Water Company water treatment plant, Hwy 3. Pumping station from Swift Creek, supplies water to the hydrants in the village of Trinity Center.

➢ Sugar Pine Self Storage, 59480 Hwy 3. Large residential and commercial storage complex with unknown contents. The concrete-lined water treatment plant overflow channel through storage area can be dammed and used for firefighter water supply.

## Covington Mill

The Covington Mill Fire Response Area consists of the communities of Long Canyon, Lake Forest, Guy Covington, Grizzly Ln and Strope Creek (Figure 5).

The fire risk rating for the Covington Mill area is high. There are steep slopes, dense fuels, inadequate roads and poor defensible space. Homes are located up long narrow driveways with dense vegetation. A fire starting on Hwy 3 can cut-off primary evacuation routes. Heavy fuels between structures and along evacuation routes increase the risk of group torching.

The Long Canyon and Lake Forest communities are located west of Hwy 3 and increase steadily in elevation from east to west. Their canyon location causes significant diurnal wind shifts (down in the morning, up canyon in the afternoon).

The lower portion of Long Canyon Road is owned by Sierra Pacific Industries with a power line easement with brush underneath. Homes begin approximately one mile up Long Canyon Rd. Most are stick built. Evacuation can occur east (down) to Hwy 3 or west (upslope) to Mule Creek Rd, connecting to Rainier Rd (35N25Y) and Hwy 3. This route is not managed as an escape route, so vegetation issues and fire hazards can be anticipated along it. Evacuations of Long Canyon may also trigger evacuations of Lake Forest (and vice versa) exceeding initial resources capabilities. Long Canyon Rd is the access route to the Long Canyon trailhead. Evacuation of hikers from the Trinity Alps may be necessary.  There is no safety zone.

The Lake Forest community consists of many small lots, most approximately 0.25 acres. Structures include numerous mobile homes, RVs with ramadas and some stick built homes. Structures are close to each other and many have combustible attachments. Roads end in cul-de-sacs and the connection with Hwy 3 is the only ingress/egress point. There is no safety zone.

The Guy Covington neighborhood is located east of Hwy 3 and west of the East Fork of Stuart's Fork. This area has gentle to moderate slopes. Guy Covington drive exits the neighborhood to the south and leads to US Forest Service facilities, including the historic Bowerman Barn, Bowerman Boat Ramp and the Alpine View Campground. Homes are stick-built, including old structures from the operation of the lumber mill and the mill pond. Evacuation is focused on Guy Covington Drive to Hwy 3 to the north. In the event that a fire starts at the Hwy 3 intersection, evacuation may occur south to 35N24, east to Bowerman Ridge Rd, then north back to Hwy 3. 35N24 is steep and may not be suitable for low clearance vehicles. Bowerman Ridge Rd is not maintained as an evacuation route. Evacuation of the campers at the Alpine View Campground may be necessary.



Figure 5

**Safety Zone** Potential safety zones for the Covington Mill Fire Response Area include:

➤ Bowerman Boat ramp parking lot, ~ 1700 Guy Covington Dr, no street address. (40°53'25.6" N, -122°46'16.0" W)

**Short Term Firefighter Survival Zones include:**

➤ CalTrans gravel pit on Lake Forest Dr, first right.  (40°54'35.0" N, -122°46'33.2" W)
➤ Bowerman meadow, ~ 1200 Guy Covington Dr, no street address. (40°54'04.3" N, -122°46'05.6" W).  The meadow is heavily vegetated with grasses and invasive roses.

**Other Considerations:**

➤ The majority of the homes are seasonal or vacation.  There is a significant percentage of senior citizens and those with limited mobility.
➤ Since there are no natural gas lines, many homes have 100 to 500 gallon propane, heating oil or kerosene tanks.
➤ Hayward Flat campground is located approximately 2 miles south of Covington Mill.  The campground is 2 miles from Hwy 3.  Evacuation of the campground may be necessary for a wildland fire moving south from Covington Mill or west from the Trinity Alps/Little Mule Creek.

**Significant Structures:**

➤ Bowerman Barn is listed on the National Register of Historic Places and is owned by the US Forest Service.

## Ridgeville

The Ridgeville Fire Response Zone consists of the neighborhoods of Ridgeville and Estrellita Heights and Estrellita Road (Figure 6).

The fire risk rating for the Ridgeville area is high. Homes in the Ridgeville subdivision are located on a ridgetop extending into Trinity Lake with steep slopes on USFS lands below. Estrellita Heights is located uphill from Hwy 3 and has 4 houses beyond a locked gate. Estrellita Road leads downhill from Hwy 3 to the former marina and has 3 houses beyond a locked gate. For all areas, a fire starting on Hwy 3 can cut-off primary evacuation routes. Heavy fuels between structures and along evacuation routes increase the risk of group torching. There is only one ingress/egress point with no alternate evacuation routes.

Homes in this area are relatively new and stick built, most with a minimum CalFire water supply and standpipes. Power lines are underground. The Ridgeville subdivision has a 5000 gallon static water tank for fire-fighting water supply located 0.5 miles from Hwy 3 on Ridgeville Rd.

**Safety Zone:**

➢ None identified

**Short Term Firefighter Survival Zones:**

➢ None identified

**Other Considerations:**

➢ The USFS Ridgeville Boat-In Campground is located on the lake below the Ridgeville subdivision and is a potential source of fire starts that would move uphill toward homes
➢ The USFS Clark Springs, Bushytail and Minersville campgrounds are located across the Mule Creek Arm of Trinity Lake from the Ridgeville subdivision. Evacuation of the campgrounds may be necessary for a wildland fire starting in that area.
➢ The USFS Mule Creek station, staffed seasonally, is located at MM 47 (40.86143, -122.81734).

Figure 6

Ridgeville



## Evacuation Plan

Evacuation zones are designated by the Trinity County Sheriff's Office and Office of Emergency Services. Evacuation zones for the TCVFD response area are numbered TRC-131 through TRC-153. Maps of evacuation zones and information on evacuation status are posted at https://firesafetrinity.org/evacuation-guide/. Evacuation zones can also be determined by going to https://www.readytrinity.org/zones. A large map showing Evacuation Zones, with smaller individual zone maps is available at the TCVFD station.

Residents and seasonal homeowners are urged to register for ReadyTrinity, an emergency notification system. After signing up, people can receive alerts via text, voice call or email of emergency situations including wildfires or requests to shelter in place. ReadyTrinity sign-ups are at https://www.readytrinity.org/alerts.

Evacuation route maps are currently being developed by the Trinity County Resource Conservation District, with input from local knowledge. Once that project is complete, evacuation routes will be incorporated by reference into this document.

Trinity Center VFD does not currently have an evacuation plan for animals. During large wildfires we will coordinate with the Trinity County Sheriff's Department' Animal Control officer to assist in an evacuation plan. There are a limited number of large animals in our response area and most owners have developed their own evacuation plans.

# Recommendations for Improvements

## A. Organization

A.1. Although the Trinity Center CSD service area is within a federal Direct Protection Area, the USFS stations are not staffed year-round. With extended wildland fire seasons, USFS should plan to staff Coffee Creek and Mule Creek stations early and late in each year.

A.2. In addition, CalFire should assume responsibility for structure fires and motor vehicle accidents as they do in the central part of Trinity County.

## B. Resources

### Water Systems

B.1. The Trinity Center Volunteer Fire Department typically conducts an assessment of the hydrants and standpipes in the mutual water companies within their service area each year. They identify failing standpipes and needed hardware to access water. This information should be compiled in an annual report and provided to the mutual water companies with requests for repair of failing equipment. This previously informal process needs to be better documented.

### Alternative Water Sources

B.2. Potential drafting sites need to be depicted on a map and marked on-site.

### Trinity Center Airport

B.3. Frequently the helibase to fight fires in the northern half of Trinity County is established at the Weaverville airport. In Weaverville the flight crews have access to hotels and restaurants. However the airport sits in a bowl subject to smoke inversions and is adjacent to the most populated area.

Incident Management Teams should consider the use of the Trinity Center Airport as a helibase for wildland fires in the northern part of the County. The airport is located in a less populated area, adjacent to Trinity Lake, with generally less smoky conditions. Alternatives to hotels such as vacation rentals and KOA cabins are available. Fuel must be trucked in to both locations. During the River Complex in 2021 a drafting site was established on the airport grounds to provide water for the retardant mixing operation. This required temporary removal of a fence with the permission of the Trinity County Director of Transportation. The temporary fence should be replaced by a gate with a standard procedure to obtain permission from the County for use as a helibase.

## Facilities

B.4. The historic IOOF (Oddfellows) Hall is used extensively as a community center. It was used for community meetings during the River Complex. However its usefulness for disseminating information through social media was limited due to the lack of WIFI. It is recommended that WIFI be added to the Hall.

B.5. The IOOF Hall is an invaluable community resource that can not be replaced. Extra effort needs to be taken to protect the structure in the event of a nearby wildland fire, including wrapping and placement of sprinklers. Although some structure hardening has taken place, including installation of concrete siding at ground level and placement of a 3 foot non-combustible zone, additional measures such as installation of permanent sprinklers should be considered.

B.6. Trinity Center does not currently have a clean air refuge from wildfire smoke. As noted, TCVFD stores a HEPA filter provided by the Trinity County Department of Health. During wildfires, this unit is rolled over to the IOOF Hall as a temporary clean air refuge. The Trinity Center Volunteer Fire Department is in the process of remodeling the old station and upgrading the HVAC system. Once remodeling is complete, TCVFD should take the necessary steps to establish the station as a clean air refuge.

B.7. There is no fire station located in the southern portion of the Community Services District. TCCSD should seek to obtain a parcel of land in the Covington Mill area that could then store a fire engine for a direct response in that area.

## Personnel

B.8. Trinity Center VFD firefighters train to deal with wildland and structure fires. Training schedules incorporate the NFPA standards for a Firefighter I, which has limited wildland fire training. It is recommended that all TCVFD firefighters complete the NWCG S-130 training and all prerequisites for basic wildland firefighting.

## C. Communications

C.1. The Norwegian repeater is currently located on a power pole. Velocity Communications has plans to install a metal tower, which would increase the height and range of the repeater and potentially add a wildfire detection camera. TCVFD should assist Velocity in the installation of the tower.

C.2 The Trinity County Office of Emergency Services paid to install an emergency warning siren at the TCVFD station. An additional siren may be needed for the Covington Mill area. A communication plan should be developed to provide immediate information when the siren is

activated.  Immediate communication methods may include the disbursement of VFD or FEAT vehicle with loudspeakers, installation/operation of a low power FM radio station, or telephone tree.

C.3. Since many residents do not use social media or the internet, alternative methods of longer-term emergency notification are needed.  TCVFD should install loud speakers on emergency vehicles and obtain sign boards which can be placed when needed.

C.4 The Coffee Creek area does not have cell phone reception, which makes it difficult to communicate with our mutual aid partners on routine calls and in the event of a wildland fire. Every effort should be made to obtain a cell phone provider for this underserved area.

C.5. TCVFD should obtain a VHF-AM aviation radio to communicate directly with aircraft at the Trinity Center airport in the event of an emergency or closing of the airport.

C.6. TCCSD should work with USFS, SPI, and AlertCalifornia to ensure that wildfire detection cameras are installed and maintained which cover the north Trinity Lake viewshed.

## D. Fire Response Zones/Evacuation Planning

D.1. Evacuation routes are discussed in the North Trinity Lake Fuel Management Plan (Baldwin, 2024), under Recommended Community Defense Projects, section B, Specific Road Treatments. Recommendations in the Plan should be implemented.  An alternative evacuation route from Lake Forest (B.16.a) is the highest priority, which requires access through USFS lands.  Other high priorities are the construction of a shaded fuel break along Hwy 3, the primary ingress/egress route in the event of a wildfire and along Mule Creek/Rainier Rd to accommodate evacuation from Long Canyon and Lake Forest.

Secondary priorities are implementing shaded fuel breaks on USFS lands along 1) roads to campgrounds (Alpine View, Minersville, Clark Springs and Hayward Flat) to facilitate evacuation of campers, 2) along Mary Avenue leading to the Trinity Center Boat Ramp safety zone and 3) around the Bowerman Boat Ramp parking lot safety zone.

D.2 Signs identifying evacuation routes should be installed, once the Evacuation Route Plan being developed by the Trinity County Resource Conservation District is complete.

D.3 During the River Complex Fire, residents from Coffee Creek were under evacuation orders and attempted to temporarily relocate to the Trinity Center area to be near their properties and animals.  Since Trinity Center was under an evacuation warning, no services were provided to evacuees by agencies.  In order to obtain services, evacuees were instructed to travel to Weaverville which most refused to do.  An evacuation warning requires that people be ready to

leave, especially those that need extra time.  Until an evacuation is ordered, evacuees should be able to access services in adjacent communities without traveling great distances.

<u>Trinity Center</u>

D. 4 There is currently only one ingress/egress point from the Trinity Center village at the intersection of Hwy 3 and Airport Rd.  During the River Complex, 2 additional temporary ingress/egress routes were constructed connecting Cedar St and Marilyn St to Hwy 3 (Figure 7).  It was anticipated that the Cedar St route could be used for additional evacuation of residents from Trinity Center and that the Marilyn St route could be used for emergency vehicles to enter the village.  Both routes were bulldozed to bare earth and best suited to high ground clearance vehicles.

The Cedar St route required the removal of large boulders at the paved end of the street, then a bulldozed lane around the Trinity Center School perimeter and across Sierra Pacific property to reach Hwy 3.  The Marilyn St route also required the removal of large boulders, followed the existing road to the Trinity Center Mutual Water Company diversion box, then was bulldozed along a ATV path to the Powerline Rd.  The use of Powerline Rd to connect to Hwy 3 required permission from Sierra Pacific to open their gate.

Both these routes should be configured for permanent emergency ingress/egress to Trinity Center village.  Gates which can be opened by first responders should be installed rather than the current placement of large boulders.  Rights-of-way should be obtained from Sierra Pacific for emergency evacuation and the routes graded, graveled and maintained to accommodate low clearance vehicles.

## Appendix A: Hydrant Maps



# Untitled map

**Scott Subdivision**
- All items

**The Knolls**
- All items



# Untitled map

Scott Subdivision
All items

The Knolls
All items



# Appendix B
# Facilities within Trinity Center Community Services District
## Trinity Center Volunteer Fire Department

Location: 111 Trinity Vista St, Trinity Center
Facility: Fire Station
      6 Equipment bays, training/community meeting room, kitchen, office, storage
      20' trailer with folding tables & chairs for 100 people
      WIFI:  yes
      Emergency Generator:  yes
      Cell Phone Coverage: good
Uses:   Distribution point for information on area, maps of roads & house locations, hydrant capacity, etc
Contact: Trinity Center Volunteer Fire Department Chief
      Phone: (530) 266-3420
      Email: tcvfdchief@outlook.com
      Website: https://trinitycentercsd.org
      Facebook: TrinityCenterVFD
Notes:  Used as a location for temporary weather station during River Complex Fire.  Has spare keys to gates.  TCVFD has a mutual aid agreement with Coffee Creek Fire District (equipment includes Type 1 engine, Type 1 water tender, wet rescue rig and 4WD ambulance)



## Trinity Center General Store

Location: 55 Scott Blvd, Trinity Center
Facility: General Store
      Groceries, fuel (24 hours), 1 bdr & 3 bdr rental cabins
      WIFI:  yes
      Emergency Generator:  yes
      Cell Phone Coverage: good
Uses:    Key location for posting information on fire status
Contact: Store Manager
Phone: (530) 266-3393
      Facebook: trinitycentergeneralstore



## IOOF (International Order of Odd Fellows) Hall

Location: 20 Scott Blvd
Facility: Community Hall
       Large meeting/dining room, kitchen
       WIFI:  no
       Emergency Generator:  yes
       Cell Phone Coverage: good
Uses:   Community meetings
Contact: North Trinity Lake Improvement Association (NTLIA)
       Phone: (530) 722-7853
Notes: Building is owned by Trinity County, but managed by NTLIA.  Hall rental requires a use agreement



## Trinity Center Elementary School

Location: 1 Trinity Vista St, Trinity Center
Facility: Elementary School
        Large ballfield, kitchen, classrooms
        WIFI:  yes
        Emergency Generator:  no
        Cell Phone Coverage: good
Uses: Meeting location
Contact: Trinity Center School Office
        Phone: (530) 266-3342
        Website: http://www.trinitycenterschool.org/
Notes: TCES was used as an outdoor meeting location (COVID) during the River Complex Fire.  Use of school grounds requires an agreement



## Trinity Center Airport

Location: 400 Marilyn Ln, Trinity Center
Facility: Airport FAA Identifier 086
      Asphalt Surfaced runway, 3125' long by 50'wide at 3290' elevation
      Hangars, tie downs, overnight rental fee, bathroom
      No lights, no fuel
      Located adjacent to Trinity Lake
      Fenced, access code is 1229.  Keys to locks available at TCDOT or TCVFD.
Uses:    General aircraft, medivac (Reach, PHI, CHP) landing zone, helibase, retardant base
Contact: Trinity County Department of Transportation Director
      Phone: (530) 623-1365
      Website: https://www.trinitycounty.org/Airports
Notes: used as helibase & retardant base for Delta and River Complex Fires.  To close airport for use as a helibase or retardant base, contact TCDOT Director in order to make the request to FAA.
Drafting location available at SW corner by temporarily removing fence with permission from TCDOT.
See Photo.



## Trinity Lake KOA Holiday

Location: 60260 State Hwy 3, Trinity Center
Facility: Campground
        Camping, numerous rental cabins
        Accommodates large RVS (65', 50 amp connections)
        Groceries, fuel, propane, laundry, meeting pavilion
        WIFI:  Yes
        Emergency Generator: No
        Cell Phone Coverage: good
Uses:    camping & rental cabins
Contact: Trinity Lake KOA manager
        Phone: (530) 266-3337
        Website: https://koa.com/campgrounds/trinity-lake/
        Facebook: trinitylakeKOA

## Vacation Rentals

Location: Various locations throughout TCCSD
Facility: Rentals for overnight stays
Uses:  Rentals for overnight stays
Contact: AirBNB at Airbnb.com
        VRBO Vacation Rentals at vrbo.com

## Trinity Center Boat Ramp

Location: Mary Ave, Trinity Center
Facility: Boat Ramp
       Large parking area, toilets
Uses:  Access to Trinity Lake
Contact:  US Forest Service
       Phone: (530) 623-2121
       Website: https://www.fs.usda.gov/recarea/stnf/recarea/?recid=6505
Notes:  Used during the River Complex as overflow parking area for firefighting resources
       Provides access to safety zone (lake bottom) at low water levels



## Hobel Solid Waste Transfer Station

Location:  173 Hobel Dump Rd, Trinity Center
Facility:  Solid waste disposal site
Uses:    Solid waste disposal, including cardboard, brush and electronics.  No metal or hazardous materials.
       Open Mon, Tues, Fri, Sat 8 am to 4 pm
Contact: Trinity County Solid Waste
       Phone: (530) 623-1326
       Email:
       Website: https://www.trinitycounty.org/Transfer-Sites
Notes:  No water, power or cell phone coverage

## Trinity County Department of Transportation: Trinity Center Yard

Location:  35 Airport Rd, Trinity Center
Facility: TCDOT Maintenance facility
Uses:    Storage of TCDOT equipment (very limited)
Contact: Trinity County Department of Transportation Director
        Phone: (530) 623-1365
        Website: https://www.trinitycounty.org/Transportation



## Caltrans Maintenance Yard: Trinity Center

Location:  59570 Hwy 3, Trinity Center
Facility: Caltrans Maintenance facility
Uses:    Storage of CalTrans equipment (snow plows, backhoe, etc)
        Fuel tank (diesel) for Trinity Center Volunteer Fire Department equipment
Contact: CalTrans District 2
        Phone: (530) 266-3413
        Website:



## Trinity Center Community Church

Location: 173 Hobel Dump Rd, Trinity Center
Facility: Solid waste disposal site
Uses: Religious facility
        Has large meeting room and kitchen
        2 electric/water hook-ups in rear parking lot
Contact: Linda Burch
        Phone: (805) 660-0084



## Trinity Public Utilities District

Facility: Provides electrical power throughout TCVFD response area
Contact: Paul Hauser, Manager
        (530) 623-5536

## USFS Facilities within TCVFD Service Area

Mule Creek Station

Campgrounds:
        Preacher Meadow (2 miles south of Trinity Center)
        Alpine View (Guy Covington Dr., Covington Mill)
        Clark Springs (adjacent to Mule Creek station)
        Bushytail  (has electric hook-ups)
        Minersville (open all year round)
Dispersed Camping Areas:
        Ballpark (north of Trinity Center, has been used as spike camp)

# Appendix C



| MODIFICATION OF GRANT OR AGREEMENT | | PAGE OF PAGES 1 |
|---|---|---|

USDA Forest Service
U.S. Department of Agriculture

7S-1700-19 (VER. 12/04)
OMB No. 0596-0217
EXP: 06/30/2007

| 1. USDA FOREST SERVICE GRANT/AGREEMENT NUMBER: 21-FI-11051400-083 | 2. RECIPIENT/COOPERATOR'S GRANT or AGREEMENT NUMBER (If ANY): | 3. MODIFICATION NUMBER: 002 |
|---|---|---|
| 3. NAME/ADDRESS OF AUTHORIZED SERVICE UNIT ADMINISTERING (USDA FS ACREEMENT) (enter name, street, city, state and zip code): Pacific Southwest Region, Grants and Agreements 1323 Club Drive Vallejo, CA 94592-1110 | 5. NAME/ADDRESS OF U.S. FOREST SERVICE UNIT ADMINISTERING (SUBCONTRACTING) (enter name, street, city, state and zip code): Shasta Trinity National Forest Supervisor's Office 3644 Avtez Parkway Redding CA 96002-0341 | |
| 6. NAME/ADDRESS OF GRANT RECIPIENT/COOPERATOR (enter name, street, city, state and zip code): TRINITY CENTER COMMUNITY SERVICES DISTRICT 111 Trinity Vista Street Trinity Center, California 96091-0000, Trinity County | 7. RECIPIENT/COOPERATOR'S CONGRESSIONAL ACCOUNT (MODIFICATION FOR financial purposes): | |

## 8. PURPOSE OF MODIFICATION

| CHECK ALL THAT APPLY | This modification is issued pursuant to the modification provision in the grant/agreement references in Item no. 1, above. |
|---|---|
| ☒ | CHANGE IN PERFORMANCE PERIOD (Revised Period of Performance to 11/09/2125 |
| ☐ | CHANGE IN FUNDING |
| ☒ | ADMINISTRATIVE CHANGES (Update U.S. Forest Service contact to Andrea Saltzman |
| ☐ | OTHER (Specify type of modification): |

Except as provided herein, all terms and conditions of the Grant/Agreement referenced in 1, above, remain unchanged and in full force and effect.

9. ADDITIONAL SPACE FOR DESCRIPTION OF MODIFICATION (add additional pages as needed):
Add new Service's Administrative Contact Andrea Saltzman
Andrea Saltzman (Fire Management Planning Specialist)
3644 Avtez Parkway
Redding, CA 96003
red.sts.sa.flevang@usdc.gov
(530-220-1593

Update Forest Service's Authorized Business Contact from Clare Kollett to Mandi Musacchia
Mandi Musacchia, Supervisory Budget & Business Specialist
mandi.musacchia@usda.gov
530-258-7155

This modification aligns the expiration date with the expiration of the California Fire Assistance Agreement (CFAA) with California Office of Emergency Services per document # 7-24-0316.

## 10. ATTACHED DOCUMENTATION (Check all that apply).

| | |
|---|---|
| ☐ | Revised Scope of Work |
| ☐ | Revised Financial Plan |
| ☐ | Other |



USDA — Forest Service
U.S. DEPARTMENT OF AGRICULTURE

FS-1500-19 (WEB) 05/2019
DM/S No. 05N-021?
FSTP: 05/01/2027

## 11. SIGNATURES

THE REFERENCED REPRESENTATIVES BY SIGNATURE BELOW, THE SIGNING PARTIES CERTIFY THAT THEY ARE THE OFFICIAL REPRESENTATIVE ON OF THEIR RESPECTIVE PARTIES AND AUTHORIZED TO ACT IN THEIR RESPECTIVE AREAS FOR MATTERS RELATIVE TO THE ABOVE-REFERENCED GRANT/AGREEMENT.

| 11a. TRINITY CENTER CSD SIGNATURE | 11.a1 DATE SIGNED | 11.c U.S. FOREST SERVICE SIGNATURE | 11.D DATE SIGNED |
|---|---|---|---|
| Carol Fall (signature) | | KARA CHADWICK  (Digitally signed by KARA CHADWICK  Date: 2025.02.13 22:15:56 -07'00') | |
| (Signature of Signatory Official) | | (Signature of Signatory Official) | |
| 11.b1 NAME (typed or printed) CAROL FALL | | 11.c1 NAME (typed or printed) Kara E. Chadwick | |
| 11.b2 TITLE (typed or printed) Fire Chief, Trinity Center Community Services District | | 11.c2 TITLE (typed or printed) Deputy Regional Forester | |

## 12. G&A REVIEW

| 12.A. The authority and format of this modification have been reviewed and approved for signature by: | 12.B. DATE SIGNED |
|---|---|
| CHOR YANG  (Digitally signed by Chor Yang  Date: 2024.12.11) | 12/11/2024 |
| CHOR YANG | |
| U.S. Forest Service Grants & Agreements Specialist | |

### Paperwork Reduction Act Statement

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Persons are also advised to read the collection of information a Case's lifecycle statement, and OMB control number. The OMB control number for this information collection is 0596-0217. Response to this collection of information is mandatory. The average time to complete the information for building Grants a Type A (1116, 0.05-0.06) grant is 8 hours for the federal and Policy and agreements Act of 1985, 41 U.S.C. 1701 et seq. The time required to complete this information collection is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Department of Agriculture, Clearance Officer, OCIO, 1400 Independence Ave, SW, Room 404-W, Washington, D.C. 20250; and to the Office of Management and Budget, Paperwork Reduction Project (0596-0217), Washington D.C. 20503.

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at How to File a Program Discrimination Complaint and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer, and lender.

The Paperwork Reduction Act (44 U.S.C. 3501 et seq.) requires that OMB approve certain information collection requirements before they may be enforced by a Federal Agency.