# EXHIBIT 6

| | |
|---|---|
| **From:** | Fleitz, Amelia - FS, CA |
| **Subject:** | Save the Date for Neighborhood Meeting: Community Risk Reduction Projects near Long Canyon |
| **Date:** | Thursday, November 13, 2025 3:13:31 PM |
| **Attachments:** | image001.png |

Dear Residents of Long Canyon,

I hope this finds you well!

Many of you may have noticed increased activity in the Shasta-Trinity National Forest parcels surrounding your neighborhood. Join Shasta-Trinity National Forest staff members to discuss the North Trinity Community Risk Reduction Project and Rainier and Long Canyon Timber Sales. Meet us on November 19th at Noon at the intersection of Long Canyon Rd and USFS Rd 35N10 (to Long Canyon Trailhead). We look forward to chatting with you about our projects.

Sincerely,
 Amelia




**Amelia Fleitz**
**Natural Resource Specialist**
**Forest Service**
**Shasta-Trinity National Forest**
**Hayfork, Yolla Bolla and Weaverville, Big Bar Ranger Districts**

p: 530-623-1767
c: 530-784-3825
amelia.fleitz@usda.gov

360 Main St
Weaverville, CA 96093

# North Trinity Community Risk Reduction

## Improving forest health and reducing fuels around your neighborhood

The Shasta-Trinity National Forest is taking action to fulfill the Secretary of Agriculture's vision of productive and resilient national forests through the National Active Forest Management Strategy, which integrates forest management and hazardous fuels mitigation programs and maximizing on-the-ground efforts through forest thinning, prescribed fire, and timber harvests. Sustainably harvesting wood makes critical forest management activities possible like removing dead or dying trees, thinning overgrown forests, and prescribed burning. This essential forest management reduces the risks of wildfires, supports healthy trees, and creates habitat for wildlife, among many other benefits.

The Peak Fire highlighted the vulnerability of the neighborhoods of Long Canyon. As a result, the Shasta-Trinity National Forest is implementing fuels reduction activities to protect these neighborhoods and the greater community of Trinity Center prior to next fire season. These project activities are included in the North Trinity Community Risk Reduction Project as shown on the map.

For additional information please call the Weaverville Ranger Station at 530-623-2121 during normal business hours.

**About the Forest Service:** The USDA Forest Service has for more than 100 years brought people and communities together to answer the call of conservation. Grounded in world-class science and technology– and rooted in communities–the Forest Service connects people to nature and to each other. The Forest Service cares for shared natural resources in ways that promote lasting economic, ecological, and social vitality. The agency manages 193 million acres of public land, provides assistance to state and private landowners, maintains the largest wildland fire and forestry research organizations in the world. The Forest Service also has either a direct or indirect role in stewardship of about 900 million forested acres within the U.S., of which over 130 million acres are urban forests where most Americans live.

USDA is an equal opportunity provider, employer, and lender.

