# EXHIBIT 7

For our NTC records.

**From:** Fogerty, Ryan <ryan_fogerty@fws.gov>
**Sent:** Friday, November 7, 2025 11:05 AM
**To:** Mcelroy, Keli - FS, CA <keli.mcelroy@usda.gov>; jennifer_jones@fws.gov; christine_jordan@fws.gov
**Cc:** Birkey, Rachel - FS, CA <rachel.birkey@usda.gov>; Bowers, Ann - FS, CA <ann.bowers@usda.gov>; Johnson, Todd - FS, CA <todd.johnson1@usda.gov>; Jones, Tara - FS, CA <tara.jones@usda.gov>; Sundal, Ben - FS, CA <Benjamin.Sundal@usda.gov>
**Subject:** Re: [EXTERNAL] Emergency Consultation for North Trinity Emergency Response

Hey Keli,

You're correct about Christine being back online which is great news for that programmatic.

Regarding the Peak Fire Emergency Response Project, we definitely appreciate the heads up that this portion of the NT project is moving ahead as an emergency action. We respect the determination that this matter is an emergency and is understood that we'll consult on this with the rest of the larger North Trinity County Community Risk Reduction Project (NTC) following streamlined consultation.

I don't believe we need any additional information or documentation for this specific action, but I will certainly reach out if we do.

Thanks much and I hope everyone is holding up okay! Should anything come up that is urgent don't hesitate to give my work cell a ring. Those of us still on furlough status are only permitted currently to briefly check email once per day so my response via email could be delayed.

Ryan Fogerty
Acting Field Supervisor
Habitat Restoration Branch Manager
Yreka Fish and Wildlife Office
Office #: 530-961-9617
Cell: 530- 340-7900

**From:** Mcelroy, Keli - FS, CA <keli.mcelroy@usda.gov>
**Sent:** Thursday, November 6, 2025 5:25 PM
**To:** Fogerty, Ryan <ryan_fogerty@fws.gov>; Jones, Jennifer <jennifer_jones@fws.gov>; Jordan, Christine J <christine_jordan@fws.gov>
**Cc:** Birkey, Rachel - FS, CA <rachel.birkey@usda.gov>; Bowers, Ann - FS, CA <ann.bowers@usda.gov>; Johnson, Todd - FS, CA <todd.johnson1@usda.gov>; Jones, Tara - FS, CA <tara.jones@usda.gov>; Sundal, Ben - FS, CA <Benjamin.Sundal@usda.gov>
**Subject:** [EXTERNAL] Emergency Consultation for North Trinity Emergency Response

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Ryan, Jenn and Christine,

I hope you are well and keeping your head above water during this challenging time. It sounds like Christine has been brought back to the office to work on the fuelbreak programmatic biological opinion, which is great news! Please let us know how we can support your office during this time.

I also wanted to follow up on the Emergency Consultation conversation that was discussed during the last Level 2 meeting on September 26, 2025. As anticipated, the Shasta-Trinity National Forest did receive approval from the Chief to move forward with the Peak Fire Emergency Response Project (October 15, 2025). This project utilizes an alternative arrangement on less than 10% of the North Trinity County Community Risk Reduction Project (NTC) footprint prior to the completion of the project EA and Finding of No Significant Impact.

The project would implement approximately 1,200 acres of fuels reduction treatments that include fuel management zone development along forest roads to improve suppression capabilities and provide safe ingress and egress for fire personnel and the public around local communities and nearby properties to create defensible space within the wildland urban interface and complement ongoing defensible space treatments occurring on private lands. The fuels reduction treatments would include mechanical treatment using variable density thinning to disrupt crown continuity and reduce/remove surface and ladder fuels. Hand thinning and piling of fuels would be utilized where equipment is restricted. These priority treatment acres will be completed within the next 12 months, to reduce risk of catastrophic wildfire impacts to the community of Long Canyon, which for the third time in four years was threatened again by wildfire in the form of the Peak Fire (part of the Swift Complex) in late

August/September 2025.

As discussed in Level 2, we are invoking emergency consultation to complete this time-sensitive project. We are grateful and fortunate that we have nearly one year of streamlined consultation specific to the NTC project (including several field visits) where prescriptions were designed to reduce impacts to NSO and ensure both agencies are in alignment. Due to the close work that has already been invested by both agencies, agreements in the field such as those associated with the Strope Creek NSO activity center are being carried through into this emergency action implementation consistent with the larger planned project, along with resource protection measures such as limited operating periods and prescriptions based on accepted habitat typing.

It is our intent for the North Trinity County Community Risk Reduction Project's Biological Assessment to move forward with continued streamlined consultation and analysis of the full project, including the 1200-acres associated with this emergency action. Please reach out if further information and/or documentation is needed specifically for this emergency action.

Thank you,
Keli



**Keli McElroy**
**Natural Resources Staff Officer**
**Forest Service**
**Shasta-Trinity National Forest**
p: 530-510-3338
keli.mcelroy@usda.gov
3644 Avtech Parkway
Redding, CA 96002

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.