# EXHIBIT 8



United States Department of the Interior

FISH AND WILDLIFE SERVICE
Yreka Fish And Wildlife Office
1829 South Oregon Street
Yreka, CA 96097-3446
Phone: (530) 842-5763 Fax: (530) 842-4517

North Trinity County Community Risk Reduction
Department of Agriculture
Project code: 2026-0013800

Dear Rebecca Cook

The U.S. Fish and Wildlife Service (Service) received the Federal Lead Agency's 11/07/2025 23:16:10 UTC request to consult, pursuant to the emergency Endangered Species Act (ESA) section 7 consultation procedures, for the Project. The Federal Lead Agency determined their action is an emergency based upon implementation of Executive Order 14225 (Immediate Expansion of American Timber Production) [1]. The ESA section 7 implementing regulations include a consultation process to address emergencies and the need to consult on discretionary federal actions in an expedited manner (50 CFR 402.05). These regulations apply "to situations involving acts of God, disasters, casualties, national defense or security emergencies, etc." 50 CFR 402.05(a). (Refer to Chapter 8 of the 1998 Endangered Species Consultation Handbook (Consultation Handbook) for more detailed information on emergency consultations.) When using emergency consultation procedures, federal agencies must still comply with section 7(a)(2) of the ESA by ensuring that their actions are not likely to jeopardize the continued existence of listed species or result in the destruction or adverse modification of designated critical habitat (16 U.S.C. 1531 et seq.).

Pursuant to 50 CFR 402.05(a), "Where emergency circumstances mandate the need to consult in an expedited manner, consultation may be conducted informally through alternative procedures that the Director determines to be consistent with the requirements of sections 7(a)-(d) of the Act." As part of the IPaC project entry for this project, the Federal Lead Agency indicated that it has more than twenty-eight days to informally coordinate with the Service pursuant to 50 CFR 402.05(a). IPaC will automatically notify the local field office identified in the Official Species List of your emergency consultation request and may provide additional technical assistance. However, the Federal Lead Agency does NOT have to wait on field office communication before implementing its response action, provided it retains a copy of this letter demonstrating compliance with 50 CFR 402.05(a).

Based upon the information provided by the Federal Lead Agency, please reference the hyperlinks included in the Official Species List for General Project Design Guidelines providing recommendations to help avoid or minimize adverse effects to listed species and designated critical habitat. In these cases, the Service may provide additional avoidance and minimization measures informally through alternate procedures, pursuant to 50 CFR 402.05(a). The Service recommends early and ongoing communication with Service field office personnel prior to and during implementation of an emergency action. Additionally, there may be tools (e.g., existing programmatic consultations, determination keys, etc.) that will help the Federal Lead Agency to conclude consultation prior to the implementation of actions that may affect listed species or designated habitat.

Using these tools and working with Service during this informal coordination process under 50 CFR 402.05(a) will also help to streamline the Federal Lead Agency's later compliance with 50 CFR 402.05(b), which requires Federal Lead Agencies to provide the Service with the information necessary to initiate consultation, per 50 CFR 402.13(c) and 402.14(c)(1),plus (1) a description of the emergency actions; (2) a justification for the expedited consultation; and (3) an evaluation of the impacts of the emergency response on affected species and their habitats, including documentation of how the Service's recommendations were implemented and the results of implementation in minimizing impacts to those species and habitats. In accordance with 50 CFR 402.05(b), the Service will use this information to subsequently issue a biological opinion or letter of concurrence, as appropriate. Thank you for the opportunity to assist the Federal Lead Agency in complying with section 7(a)(2) of the ESA.

Sincerely,

**Yreka Fish And Wildlife Office**
1829 South Oregon Street
Yreka, CA 96097-3446
(530) 842-5763

---

[1]On April 23, 2025, the Department of the Interior (Department) announced [alternative procedures](#) for conducting emergency section 7 consultation for energy projects covered under Executive Order (EO) 14156 "Declaring a National Energy Emergency." Prior to informally coordinating with the Service pursuant to item 4 of the Department's alternative procedures, the Federal action agency and applicant (if any) must follow items 1-3 of the Department's alternative procedures.