# EXHIBIT 9




United States Department of the Interior

FISH AND WILDLIFE SERVICE
Yreka Fish And Wildlife Office
1829 South Oregon Street
Yreka, CA 96097-3446
Phone: (530) 842-5763 Fax: (530) 842-4517

In Reply Refer To: 11/07/2025 23:15:59 UTC
Project Code: 2026-0013800
Project Name: North Trinity County Community Risk Reduction

Subject: List of threatened and endangered species that may occur in your proposed project location or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as well as proposed and final designated critical habitat, that may occur within the boundary of your proposed project and/or may be affected by your proposed project. The species list fulfills the requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of species, changed habitat conditions, or other factors could change this list. Please feel free to contact us if you need more current information or assistance regarding the potential impacts to federally proposed, listed, and candidate species and federally designated and proposed critical habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the Act, the accuracy of this species list should be verified after 90 days. This verification can be completed formally or informally as desired. The Service recommends that verification be completed by visiting the IPaC website at regular intervals during project planning and implementation for updates to species lists and information. An updated list may be requested through the IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to utilize their authorities to carry out programs for the conservation of threatened and endangered species and to determine whether projects may affect threatened and endangered species and/or designated critical habitat.

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2) (c)). For projects other than major construction activities, the Service suggests that a biological

evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

https://www.fws.gov/sites/default/files/documents/endangered-species-consultation-handbook.pdf

**Migratory Birds**: In addition to responsibilities to protect threatened and endangered species under the Endangered Species Act (ESA), there are additional responsibilities under the Migratory Bird Treaty Act (MBTA) and the Bald and Golden Eagle Protection Act (BGEPA) to protect native birds from project-related impacts. Any activity resulting in take of migratory birds, including eagles, is prohibited unless otherwise permitted by the U.S. Fish and Wildlife Service (50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)). For more information regarding these Acts, see https://www.fws.gov/program/migratory-bird-permit/what-we-do.

It is the responsibility of the project proponent to comply with these Acts by identifying potential impacts to migratory birds and eagles within applicable NEPA documents (when there is a federal nexus) or a Bird/Eagle Conservation Plan (when there is no federal nexus). Proponents should implement conservation measures to avoid or minimize the production of project-related stressors or minimize the exposure of birds and their resources to the project-related stressors. For more information on avian stressors and recommended conservation measures, see https://www.fws.gov/library/collections/threats-birds.

In addition to MBTA and BGEPA, Executive Order 13186: *Responsibilities of Federal Agencies to Protect Migratory Birds*, obligates all Federal agencies that engage in or authorize activities that might affect migratory birds, to minimize those effects and encourage conservation measures that will improve bird populations. Executive Order 13186 provides for the protection of both migratory birds and migratory bird habitat. For information regarding the implementation of Executive Order 13186, please visit https://www.fws.gov/partner/council-conservation-migratory-birds.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Code in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- Official Species List

# OFFICIAL SPECIES LIST

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Yreka Fish And Wildlife Office**
1829 South Oregon Street
Yreka, CA 96097-3446
(530) 842-5763

## PROJECT SUMMARY

Project Code: 2026-0013800
Project Name: North Trinity County Community Risk Reduction
Project Type: Restoration / Enhancement - Forest
Project Description: The Forest proposes the North Trinity County Community Risk Reduction Project to reduce risk to rural communities from high severity wildfire by reducing hazardous fuels, increasing safety along critical egress/ingress routes, and improving resilience of adjacent forested ecosystems. The project is comprised of several separate treatment areas due to private land ownership inholdings within the project area. This will be accomplished through a variety of methods, including mechanical or manual fuels reduction treatments and prescribed fire.

Project Location:
The approximate location of the project can be viewed in Google Maps: https://www.google.com/maps/@41.05574215,-122.7208022261685,14z



Counties: Trinity County, California

# ENDANGERED SPECIES ACT SPECIES

There is a total of 12 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species. Note that 1 of these species should be considered only under certain conditions.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

1. [NOAA Fisheries](), also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

## MAMMALS

| NAME | STATUS |
| --- | --- |
| North American Wolverine *Gulo gulo luscus* <br> No critical habitat has been designated for this species. <br> This species only needs to be considered under the following conditions: <br>  ▪ Species may be present based on transient occurrence as it moves through or too suitable habitat. Effects should be considered to species and projects should consult with the Service, however, depending on the project, consultation may not be necessary. <br> Species profile: https://ecos.fws.gov/ecp/species/5123 | Threatened |

## BIRDS

| NAME | STATUS |
| --- | --- |
| California Condor *Gymnogyps californianus* <br> Population: Pacific Northwest NEP <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/8193 | Experimental Population, Non-Essential |
| Northern Spotted Owl *Strix occidentalis caurina* <br> There is **final** critical habitat for this species. Your location overlaps the critical habitat. <br> Species profile: https://ecos.fws.gov/ecp/species/1123 | Threatened |
| Yellow-billed Cuckoo *Coccyzus americanus* <br> Population: Western U.S. DPS <br> There is **final** critical habitat for this species. Your location does not overlap the critical habitat. <br> Species profile: https://ecos.fws.gov/ecp/species/3911 | Threatened |

## REPTILES

| NAME | STATUS |
| --- | --- |
| Northwestern Pond Turtle *Actinemys marmorata* <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/1111 | Proposed Threatened |

## INSECTS

| NAME | STATUS |
| --- | --- |
| Franklin's Bumble Bee *Bombus franklini* <br> No critical habitat has been designated for this species. <br> Species profile: https://ecos.fws.gov/ecp/species/7022 | Endangered |
| Monarch Butterfly *Danaus plexippus* <br> There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat. <br> Species profile: https://ecos.fws.gov/ecp/species/9743 | Proposed Threatened |
| Suckley's Cuckoo Bumble Bee *Bombus suckleyi* <br> Population: | Proposed Endangered |

| NAME | STATUS |
|---|---|
| No critical habitat has been designated for this species. Species profile: https://ecos.fws.gov/ecp/species/10885 | |

## CRUSTACEANS

| NAME | STATUS |
|---|---|
| Conservancy Fairy Shrimp *Branchinecta conservatio* | Endangered |
| There is **final** critical habitat for this species. Your location does not overlap the critical habitat. Species profile: https://ecos.fws.gov/ecp/species/8246 | |
| Vernal Pool Fairy Shrimp *Branchinecta lynchi* | Threatened |
| There is **final** critical habitat for this species. Your location does not overlap the critical habitat. Species profile: https://ecos.fws.gov/ecp/species/498 | |
| Vernal Pool Tadpole Shrimp *Lepidurus packardi* | Endangered |
| There is **final** critical habitat for this species. Your location does not overlap the critical habitat. Species profile: https://ecos.fws.gov/ecp/species/2246 | |

## CONIFERS AND CYCADS

| NAME | STATUS |
|---|---|
| Whitebark Pine *Pinus albicaulis* | Threatened |
| No critical habitat has been designated for this species. Species profile: https://ecos.fws.gov/ecp/species/1748 | |

## CRITICAL HABITATS

There is 1 critical habitat wholly or partially within your project area under this office's jurisdiction.

| NAME | STATUS |
|---|---|
| Northern Spotted Owl *Strix occidentalis caurina* | Final |
| https://ecos.fws.gov/ecp/species/1123#crithab | |

## IPAC USER CONTACT INFORMATION

Agency: Department of Agriculture
Name: Rebecca Cook
Address: 14225 Holiday Road
City: Redding
State: CA
Zip: 96003
Email rebecca.cook@usda.gov
Phone: 5302425550

You have indicated that your project falls under or receives funding through the following special project authorities:

- EMERGENCY CONSULTATION (EO 14225)