# EXHIBIT 10

| From: | Fogerty, Ryan |
|---|---|
| To: | Mcelroy, Keli - FS, CA; jennifer_jones@fws.gov; christine_jordan@fws.gov |
| Cc: | Birkey, Rachel - FS, CA; Bowers, Ann - FS, CA; Johnson, Todd - FS, CA; Jones, Tara - FS, CA; Sundal, Ben - FS, CA |
| Subject: | Re: [EXTERNAL] Emergency Consultation for North Trinity Emergency Response |
| Date: | Friday, November 21, 2025 4:26:55 PM |
| Attachments: | image001.png<br>Guidance for Emergency Endangered Species Act Consultation for Projects.pdf |

Keli,

As a follow up to my response to your November 7, 2025, email regarding your intended use of Emergency Consultation related to the North Trinity County Community Risk Reduction Project, and as we discussed yesterday, I would like to provide additional information and conservation recommendations to provide protections to the northern spotted owl during operations.

We acknowledge there has been substantial early involvement on the overall Project. The Service deeply appreciates knowing the Forest plans to adopt or carry through the agreements developed between our Agencies to date, including incorporation of limited operating periods.  Additionally, we appreciate your consideration of the August 25, 2025, "Guidance for Emergency ESA Consultation for Projects….Declared via Executive Orders, Secretary Orders, or Presidential Proclamations" or Guidance document from the USDA Forest Service, Washington Office.

We received a notification from our IPaC System the same day as your notifying email (Project Code: 2026-0013800). We checked the project link (2026-0013800) in our ECOSpshere program and did not see an attached Preliminary Biological Assessment (per Guidance pp. 2-3) to address the actions you describe in your email notification, or maps. Please let us know if you have this information available, per the above Guidance, as soon as possible.

In the interim, and per the Guidance (p. 4), the Service provides the following conservation measures to help avoid or minimize effects, and the effects of any take, that may occur during the emergency response to the threatened northern spotted owl or its designated critical habitat. Because a Preliminary Biological Assessment and map(s) have not been provided to address the emergency activities described in your email notification, these measures may be more or less comprehensive than what the Forest already plans to incorporate to complete the emergency response. They align with past general conservation measures and recommendations the Service has shared with the Forest Service:

1. Minimize continuous treatment in northern spotted owl cores and home ranges.

2. Retain 26"+ dbh trees in nesting, roosting, and foraging habitat as safely feasible.

3. In nesting/roosting habitat in occupied cores or home ranges, limit thinning to 10" dbh and smaller trees, or utilize low-intensity prescribed fire techniques to reduce fuel loading.

4. Include the Service in planned pre-treatment marking exercises within nesting, roosting, or foraging habitat.

5. As safely feasible, time the emergency response actions to reduce impacts to northern spotted owls, their habitat, and prey (e.g. temporally separate mechanical thinning from follow-up piling and burning of piles or underburning treatments).

6. Utilize existing openings or landings to the greatest extent possible and minimize construction of temporary roads, landings, and skid trails in nesting/roosting habitat if these features are required to implement the emergency activities described in your email notification.

If consultation is not completed prior to undertaking the project, the originating unit must complete consultation pursuant to 50 CFR 402.05(b) as soon as practicable after the emergency is under control.

Procedurally, an emergency consultation is treated like any other consultation with the standard applicable time frames and informational requirements of 50 CFR 402.13 or 402.14. However, we must provide additional information to complete consultation (50 CFR 402.05(b)) as soon as practicable after the emergency is under control: (1) a description of the emergency actions; (2) a justification for the expedited consultation; and (3) an evaluation of the impacts of the emergency response on affected species and critical habitats, including documentation of how the Services' conservation measure recommendations were implemented and the results of implementation in minimizing and avoiding impacts to listed species and critical habitats.

Thank you all for your time and dedication to conservation as well as the collaboration! Be safe and be well and I hope everyone has a wonderful next week enjoying time with friends and/or family.

Ryan Fogerty

Acting Field Supervisor

Habitat Restoration Branch Manager

Yreka Fish and Wildlife Office

Office #: 530-961-9617

Cell: 530- 340-7900

---

**From:** Mcelroy, Keli - FS, CA <keli.mcelroy@usda.gov>
**Sent:** Thursday, November 6, 2025 5:25 PM
**To:** Fogerty, Ryan <ryan_fogerty@fws.gov>; Jones, Jennifer <jennifer_jones@fws.gov>; Jordan, Christine J <christine_jordan@fws.gov>
**Cc:** Birkey, Rachel - FS, CA <rachel.birkey@usda.gov>; Bowers, Ann - FS, CA <ann.bowers@usda.gov>; Johnson, Todd - FS, CA <todd.johnson1@usda.gov>; Jones, Tara - FS, CA <tara.jones@usda.gov>; Sundal, Ben - FS, CA <Benjamin.Sundal@usda.gov>
**Subject:** [EXTERNAL] Emergency Consultation for North Trinity Emergency Response

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Ryan, Jenn and Christine,

I hope you are well and keeping your head above water during this challenging time. It sounds like Christine has been brought back to the office to work on the fuelbreak programmatic biological opinion, which is great news! Please let us know how we can support your office during this time.

I also wanted to follow up on the Emergency Consultation conversation that was discussed during the last Level 2 meeting on September 26, 2025. As anticipated, the Shasta-Trinity National Forest did receive approval from the Chief to move forward with the Peak Fire Emergency Response Project (October 15, 2025). This project utilizes an alternative arrangement on less than 10% of the North Trinity County Community Risk Reduction Project (NTC) footprint prior to the completion of the project EA and Finding of No Significant Impact.

The project would implement approximately 1,200 acres of fuels reduction treatments that include fuel management zone development along forest roads to improve suppression capabilities and provide safe ingress and egress for fire personnel and the public around local

communities and nearby properties to create defensible space within the wildland urban interface and complement ongoing defensible space treatments occurring on private lands. The fuels reduction treatments would include mechanical treatment using variable density thinning to disrupt crown continuity and reduce/remove surface and ladder fuels. Hand thinning and piling of fuels would be utilized where equipment is restricted. These priority treatment acres will be completed within the next 12 months, to reduce risk of catastrophic wildfire impacts to the community of Long Canyon, which for the third time in four years was threatened again by wildfire in the form of the Peak Fire (part of the Swift Complex) in late August/September 2025.

As discussed in Level 2, we are invoking emergency consultation to complete this time-sensitive project. We are grateful and fortunate that we have nearly one year of streamlined consultation specific to the NTC project (including several field visits) where prescriptions were designed to reduce impacts to NSO and ensure both agencies are in alignment. Due to the close work that has already been invested by both agencies, agreements in the field such as those associated with the Strope Creek NSO activity center are being carried through into this emergency action implementation consistent with the larger planned project, along with resource protection measures such as limited operating periods and prescriptions based on accepted habitat typing.

It is our intent for the North Trinity County Community Risk Reduction Project's Biological Assessment to move forward with continued streamlined consultation and analysis of the full project, including the 1200-acres associated with this emergency action. Please reach out if further information and/or documentation is needed specifically for this emergency action.

Thank you,
Keli



**Keli McElroy**
**Natural Resources Staff Officer**
**Forest Service**
**Shasta-Trinity National Forest**
p: 530-510-3338
keli.mcelroy@usda.gov
3644 Avtech Parkway
Redding, CA 96002

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and

delete the email immediately.