Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Applicants Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **Safe Alternatives for our Forest Environment**, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**TARA JONES**, in her official capacity as District Ranger of the Weaverville Ranger District, **RACHEL BIRKEY**, in her official capacity as Forest Supervisor of the Shasta-Trinity National Forest, **JACQUELINE BUCHANAN**, in her official capacity as Acting Regional Forester of the Pacific Southwest Region, **TOM SCHULTZ**, in his official capacity as Chief of the U.S. Forest Service, and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | No. 2:25-cv-03424-DMC<br><br>**SECOND DECLARATION OF MERIEL L. DARZEN** |

I, Meriel L. Darzen, declare as follows,

1. I am over the age of eighteen, have personal knowledge of the matters stated herein and, if called as a witness, would and could competently testify thereto. I submit this declaration in support of the Plaintiffs' Response to Notice of Intent to Respond (ECF7).

2. I am counsel of record to Plaintiffs in this matter.

3. I submit this declaration pursuant to Local Rule 231(c)(5) to detail Plaintiffs efforts to effect notice to the affected parties.

4. On November 25, 2025, Ritu Ahuja, counsel for the Forest Service, provided my colleague Oliver Stiefel and myself with a copy of the Emergency Response Authorization for the Peak Fire Emergency Response Project via email. A copy of the email is attached hereto as Exhibit 1.

5. Between November 26, 2025 and December 2, 2025, I engaged in a good faith conferral with Defendants' counsel regarding the potential for avoiding a TRO. That conferral included numerous emails, attached hereto as Exhibit 2, as well as at least two phone calls. Ultimately no agreement was reached.

6. Below is an image from google earth, earth.google.com, last accessed December 5, 2025, depicting the Rainier timber sale area adjacent to a private land holdings, showing the clearcutting occurring in NSO habitat on the private lands, with a portion of the Rainier Timber Sale Map (ECF9-19) shown below for reference.

DARZEN DECL. - 1

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*





SECOND DARZEN DECL. - 2

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief. Executed on December 5, 2025 in Portland, OR.

_____
Meriel L. Darzen

SECOND DARZEN DECL. - 3

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*