

Meriel Darzen <meriel@crag.org>

# Seeking Information Related to the North Trinity Project

**Ahuja, Ritu - OGC, CA** <ritu.ahuja@usda.gov>  Tue, Nov 25, 2025 at 11:52 AM
To: Oliver Stiefel <oliver@crag.org>
Cc: Meriel Darzen <meriel@crag.org>, Kelsey Dunn <kelsey@crag.org>

Hi Oliver,

Thank you for the heads up.  I have finally received the corrected Chief's decision document, attached.

Ritu Ahuja
Attorney
Pacific Region



Office of the General Counsel

630 Sansome Street, Suite 1040

San Francisco, California 94111

Office Number:  (415) 744-3011

p: (415) 744-3161

---

**From:** Oliver Stiefel <oliver@crag.org>
**Sent:** Friday, November 21, 2025 4:47 PM
**To:** Ahuja, Ritu - OGC, CA <ritu.ahuja@usda.gov>
**Cc:** Meriel Darzen <meriel@crag.org>; Kelsey Dunn <kelsey@crag.org>

[Quoted text hidden]

[Quoted text hidden]

> On Nov 21, 2025, at 4:25 PM, Ahuja, Ritu - OGC, CA <ritu.ahuja@usda.gov> wrote:
>
> Hi Oliver,
>
> I wanted to acknowledge that I received your email requesting the emergency response authorization and consultation documents related to the Peak Fire Emergency Response portion of the proposed North Trinity Project, and that I am working on getting you the requested documents; however, I'm unfortunately not able to provide all of the requested documents by COB today because some are currently with the Chief's office for corrections (formatting issues, primarily) and re-signature.  The signed request from the Regional Forester was approved by the Chief on October 15, 2025, but after the Chief signed the authorization (which is on the

Case 2:25-cv-03424-DMC    Document 19-2    Filed 12/05/25    Page 2 of 4

same documents as the 34-40 DM request), but we've noted with 6/15/25 revision 2 of the document formatting and, in turn, fresh signatures from both the Regional Forester and the Chief. We are still awaiting the Chief's new signature, though the Project authorization still has an effective date of October 15, 2025. I am hoping to get the re-signed authorization memo next week, though it might be delayed because of the holiday.

The Forest did confirm with FWS that it was requesting emergency consultation on the Peak Fire Emergency Response portion of the North Trinity Project, which has already been under consultation, via email, and the BA for the larger North Trinity Project, including the Peak Fire Emergency Response, is still in progress. Please see the attached email exchange and iPac letters between the Forest Service and FWS confirming the request for emergency consultation on this portion of the Project.

I will follow up as soon as I receive the corrected, re-signed Request and Memorandum from the Chief's Office granting the emergency response authorization. If you don't hear from me before then, I hope you have a very happy Thanksgiving holiday!

Ritu Ahuja
Attorney
Pacific Region

<image001.png>
Office of the General Counsel
630 Sansome Street, Suite 1040
San Francisco, California 94111
Office Number: (415) 744-3011
p: (415) 744-3161

---

**From:** Oliver Stiefel <oliver@crag.org>
**Sent:** Thursday, November 20, 2025 1:16 PM
**To:** Ahuja, Ritu - OGC, CA <ritu.ahuja@usda.gov>
**Cc:** Meriel Darzen <meriel@crag.org>; Kelsey Dunn <kelsey@crag.org>
**Subject:** [External Email]Seeking Information Related to the North Trinity Project

> You don't often get email from oliver@crag.org. Learn why this is important
>
> [External Email]
> If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
> Use caution before clicking links or opening attachments.
> Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello Ritu,

We met in September at the hearing in Sacramento regarding the South Fork Sacramento Project. I hope this email finds you well.

The same action which has been monitoring another project on the Shasta-Trinity National Forest called the North Trinity County Community Risk Reduction Project. According to our clients, a portion of the Project is proceeding under an emergency authorization. Over the last several days, our clients have been attempting to get additional information about the Project from the District Ranger, to no avail.

There appears to be a fast-moving situation on the ground—I understand that a timber sale contractor has began mobilizing equipment. I'm reaching out to see if you are able to provide the additional information sought by our clients, to help them understand the scope of the designated emergency. Can you please provide us with the following?

~The emergency response request from the Forest and approval from the Chief

~The Forest's request to the USFWS for emergency consultation

I hope you'll forgive this unorthodox request—our clients are simply trying to get additional information in this fast-moving situation. We respectfully ask that you provide us with the requested documents by the close of business tomorrow (Friday).

Kind regards,

Oliver Stiefel (he/him)

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, OR 97214

503.227.2212

oliver@crag.org

Protecting and Sustaining the Pacific Northwest's Natural Legacy.

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately. <20261107_Email_ FWS_Emergency Consultation for North Trinity Emergency Response.pdf><20261107_Emergency Consultation Request_IPac Letter.pdf><20261107_IPac_Species List_ Yreka Fish And Wildlife Office.pdf>

- **1. [esign-digital] peakFireEmergencyResponse.pdf**
  355K