12/4/25, 2:03 PM  Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC     Document 19-3     Filed 12/05/25     Page 1 of 12



Meriel Darzen <meriel@crag.org>

# Klamath Forest Alliance v. Jones (E.D. Cal.)

**Meriel Darzen** <meriel@crag.org>                                              Tue, Dec 2, 2025 at 10:45 AM
To: "Norman, Erika (ENRD)" <Erika.Norman@usdoj.gov>
Cc: "oliver@crag.org" <oliver@crag.org>, "kelsey@crag.org" <kelsey@crag.org>, "ritu.ahuja@usda.gov" <ritu.ahuja@usda.gov>

Erika,

Thank you. I agree that we are unfortunately at an impasse on the two items you listed above. Per our previous conferrals, Plaintiffs will be filing for a TRO today and requesting a hearing on or before Friday December 5. We will also be consenting to the magistrate.

Meriel

On Tue, Dec 2, 2025 at 9:31 AM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:

> Thank you. A couple of things:
>
> 1. I believe the inclusion of 9a in your counteroffer for Rainier is a typo (and was meant to be 9c?). There is no unit 9a. We would need Units 9b and 9c as well as the remainder of Unit 9, which was left unfinished, and makes sense to do on the way down to the other units. Additionally, doing 9b without 9c may necessitate an additional landing and would not make a lot of sense.
> 2. We cannot agree to a set of restrictions on either sale without a firm expiration date (December 12), even if the motion is still pending before the court.
>
> Unfortunately, we are likely at an impasse unless Plaintiffs will add the remainder of Unit 9 to Rainer and agree to a firm expiration date of December 12.
>
> I filed our consent to the magistrate judge this morning if it assists Plaintiffs' decision either way.
>
> Thanks,
>
> Erika
>
> ---
>
> **From:** Meriel Darzen <meriel@crag.org>
> **Sent:** Tuesday, December 2, 2025 11:34 AM
> **To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
> **Cc:** oliver@crag.org; kelsey@crag.org; ritu.ahuja@usda.gov
> **Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)
>
> Sorry for the delay - trying to get the kids out the door! I think we would assume that if the court denies the PI, the agreement would be terminated and we would renegotiate at that point.

12/4/25, 2:03 PM  Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC     Document 19-3     Filed 12/05/25     Page 2 of 12

On Dec 2, 2025, at 7:20 AM, Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:

Understood, but what if the Court denies Plaintiffs' motion for a PI? If we agree now to restrict the contractors to the units you've identified, would we continue to be bound by that agreement even after the Court denies Plaintiffs' motion if that were to happen? It sounds like yes, that is the proposal, but I want to be sure.

Thanks,

Erika

**From:** Meriel Darzen <meriel@crag.org>
**Sent:** Tuesday, December 2, 2025 10:08 AM
**To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
**Cc:** oliver@crag.org; kelsey@crag.org; ritu.ahuja@usda.gov
**Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)

Good morning,

Yes, I think we would propose that if the contractors complete everything on that list and no decision has issued, we can re-confer on next steps or a further stipulation. By that time, we may have additional information that informs a potential further agreement.

Thanks

Meriel

On Tue, Dec 2, 2025 at 5:37 AM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:

> Thanks, Meriel. We were wondering what would happen if the court were to take longer than we hoped to resolve the PI (sometimes happens) or if plaintiffs did not prevail in their PI motion. It sounds like under your proposal the contractor could not go into other units in either case unless we reached agreement on additional units later on. Is that right?
>
> Get Outlook for iOS
>
> ---
>
> **From:** Meriel Darzen <meriel@crag.org>
> **Sent:** Tuesday, December 2, 2025 1:27 AM
> **To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
> **Cc:** oliver@crag.org <oliver@crag.org>; kelsey@crag.org <kelsey@crag.org>
> **Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)
>
> Hi Erika,

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 3 of 12

Sorry, I am not sure I understand the question. Per the proposal below from Plaintiffs, the contractors could proceed with the units listed below (but no others), unless/until a preliminary injunction issues. Does that make sense? If I am misunderstanding the question, or if Defendants had a different understanding of how this might work, please let me know.

Thanks

Meriel

On Mon, Dec 1, 2025 at 6:39 PM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:

> Thanks, Meriel. We'll confer and be in touch tomorrow morning. I wasn't 100% sure from your counter if you were removing the December 12 end date or not – could you confirm?
>
> Erika
>
> ---
>
> **From:** Meriel Darzen <meriel@crag.org>
> **Sent:** Monday, December 1, 2025 7:04 PM
> **To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
> **Cc:** oliver@crag.org; kelsey@crag.org
> **Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)
>
> Erika,
>
> Thank you for the continued conferral. My clients wish to make one final counteroffer:
>
> Rainier: from 8A, proceed to 9a, 9b, 10, 10a, 12, and 14. Stop after 14, unless otherwise agreed to.
>
> Long Canyon: Stay in 1a, do not log 1 (Nesting Roosting). Stop after 1a, or proceed to a plantation unit unless otherwise agreed to.
>
> If this is acceptable, please let us know by this evening if possible, or before 9AM PST tomorrow at the very latest. If this is not acceptable, Plaintiffs will plan to file for a TRO tomorrow before COB.
>
> Finally, my clients would like me to request that the agency require the contractors to adhere to the prescriptions in the contracts which specify thinning from below. See e.g. Rainier Provision C Pages.
>
> Thanks
>
> Meriel

12/4/25, 2:03 PM    Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 4 of 12

On Mon, Dec 1, 2025 at 2:42 PM Meriel Darzen <meriel@crag.org> wrote:

> Thank you, Erika,
>
> Do you have time to hop on a call this afternoon? We have a couple of follow up questions.
>
> Thanks
>
> Meriel
>
> On Mon, Dec 1, 2025 at 2:25 PM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:
>
>> Meriel,
>>
>> Here is a summary of where the contractors currently are and a proposal on both sales to avoid a TRO. If this is not acceptable to Plaintiffs, we'd appreciate it if you could let us know what day you intend to file (I am assuming it would be today or tomorrow), the requested/anticipated hearing date, and whether Plaintiffs intend to consent to the magistrate judge.
>>
>> Rainer
>>
>> Rainer did not finish Unit 9 and moved into Unit 8 last week. On Friday, in connection with our negotiations,* USFS requested they move into Unit 8A, where they are working today. Our proposal on Rainer is that they stay in non-habitat units through December 12, continuing in 8A, then moving to 9B and 9C and 10A, 11, 12, 13, and 14. Moving directly to Units 14 and 15 now is not practicable or economical. Alternatively, they could work in all of Units 9 and 10 (which would include foraging habitat) for about two weeks.
>>
>> Long Canyon
>>
>> Long Canyon is still working in Unit 1A. They could stay there for about two weeks.
>>
>> Please note that the plans outlined above apply only in the situation where the parties can reach an agreement on a PI.
>>
>> Erika
>>
>> *This was based in part on our conversation regarding possible solutions and Oliver's 11/25/25 email to Ritu where he said, "if operations in [NRF habitat] could at least be delayed, then we could agree to a more extended preliminary injunction briefing schedule."

12/4/25, 2:03 PM  Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 5 of 12

Senior Trial Attorney

Natural Resources Section

Environment and Natural Resources Division

U.S. Department of Justice

150 M Street, NE

Washington, DC 20002

T: 202-305-0475

C: 202-532-3143

---

**From:** Meriel Darzen <meriel@crag.org>
**Sent:** Monday, December 1, 2025 11:05 AM
**To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
**Cc:** oliver@crag.org; kelsey@crag.org
**Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)

Good morning Erika,

Sorry for the delay in getting you any further information from my clients but I was able to communicate with one of them late last night. In order to avoid a TRO, subject to other terms we can discuss around timing, they would propose:

**1)** SPI/Rainier moves down to units 14 &15 after #9.

**2)** Trinity River stays in Unit 1 but avoids NR habitat, including for temp roads. From unit 1, if done before preliminary injunction, they could move to Plantation Unit 22.

I wanted to get this to you ASAP in case you are talking with your clients this morning.

I can be available for a call any time after 12:30EST/9:30PST. It would be good to touch base if you have some more information from your clients, including the issues with wet weather logging and whether the plantations are included in the 1200 acres, as I mentioned last week. We can also discuss scheduling. Let me know what time is good for you.

Thanks

Meriel

12/4/25, 2:03 PM                      Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 6 of 12

> On Fri, Nov 28, 2025 at 11:09 AM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:
>
>> Meriel,
>>
>> I have a map which shows the CORE areas.
>>
>> Talk soon,
>>
>> Erika
>>
>> ---
>>
>> **From:** Meriel Darzen <meriel@crag.org>
>> **Sent:** Friday, November 28, 2025 11:49 AM
>> **To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
>> **Cc:** oliver@crag.org; kelsey@crag.org
>> **Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)
>>
>> Hi Erika,
>>
>> Yes, that makes sense to push it back a bit. 2pm works fine. I will give you a call then.
>>
>> Meriel
>>
>> On Fri, Nov 28, 2025 at 8:38 AM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:
>>
>>> Meriel,
>>>
>>> I am waiting to hear back from the agency who has a call into the purchases this morning and I've also passed along your request for the maps. I think our call would be more productive at 1:30 or 2 pm ET – could we push it back?
>>>
>>> Thanks,
>>>
>>> Erika

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 7 of 12

**From:** Meriel Darzen <meriel@crag.org>
**Sent:** Wednesday, November 26, 2025 5:41 PM
**To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
**Cc:** oliver@crag.org; kelsey@crag.org
**Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)

Understood, thanks. Have a nice holiday tomorrow.

Meriel

> On Nov 26, 2025, at 3:05 PM, Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:
>
> Thanks very much. Talk to you then. Unfortunately, I cannot agree to accept email service (DOJ policy); it will need to be served on the United States Attorney's Office in the district where filed.
>
> Erika
>
> ---
>
> **From:** Meriel Darzen <meriel@crag.org>
> **Sent:** Wednesday, November 26, 2025 2:40 PM
> **To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
> **Cc:** oliver@crag.org; kelsey@crag.org
> **Subject:** Re: [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)
>
> Erika,
>
> Noon EST on Friday works, I will plan to give you a call then. I will work to send you some units ahead of time if possible.
>
> Are you able to accept email service of the complaint and summons on behalf of Defendants?
>
> Thanks,
>
> Meriel
>
> > On Wed, Nov 26, 2025 at 11:31 AM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:
> >
> > Thanks, Meriel. That could be helpful if they have specific units/portions in mind I could share with the agency.

12/4/25, 2:03 PM      Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC     Document 19-3     Filed 12/05/25     Page 8 of 12

I'll be in the office Friday at the number below. How about noon in case I receive some additional information early on Friday?

Erika

Erika Norman

Senior Trial Attorney

Natural Resources Section

Environment and Natural Resources Division

U.S. Department of Justice

150 M Street, NE

Washington, DC 20002

T: 202-305-0475

C: 202-532-3143

---

**From:** Meriel Darzen <meriel@crag.org>
**Sent:** Wednesday, November 26, 2025 2:19 PM
**To:** Norman, Erika (ENRD) <Erika.Norman@usdoj.gov>
**Cc:** oliver@crag.org; kelsey@crag.org
**Subject:** [EXTERNAL] Re: Klamath Forest Alliance v. Jones (E.D. Cal.)

Hi Erika,

Thank you for the email. I will be lead counsel for Plaintiffs on this matter now that the complaint is filed. I would be happy to talk on Friday. If it would be helpful to the conferral, I can see if our clients can provide some proposed specific units or parts of units that could be deferred or delayed. Let me know if that would make sense to find out. Otherwise, I am available all day Friday (I am currently on east coast time but can be flexible in either direction), let me know what time works for you.

Thanks

Meriel

On Wed, Nov 26, 2025 at 10:59 AM Norman, Erika (ENRD) <Erika.Norman@usdoj.gov> wrote:

12/4/25, 2:03 PM  Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 9 of 12

I wanted to introduce myself. I will be handling this case for DOJ and will be filing my notice of appearance shortly. I understand from correspondence I have from Ritu that Plaintiffs have suggested delaying operations on the two sales in nesting, roosting, and foraging habitat to allow the parties (and the court) a bit more time to brief and decide a preliminary injunction motion. I am in communication with the agency and expect to have a proposal or answers for you on that by Friday. Could we talk then? I appreciate Plaintiffs building in some time for us to confer given the holiday week.

Thank you,

Erika

Erika Norman

Senior Trial Attorney

Natural Resources Section

Environment and Natural Resources Division

U.S. Department of Justice

150 M Street, NE

Washington, DC 20002

T: 202-305-0475

C: 202-532-3143

--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers

www.crag.org

12/4/25, 2:03 PM
Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC  Document 19-3  Filed 12/05/25  Page 10 of 12

--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers

www.crag.org

--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers

www.crag.org

--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

12/4/25, 2:03 PM  Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC    Document 19-3    Filed 12/05/25    Page 11 of 12

Pronouns: she/hers

www.crag.org

--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers

www.crag.org

--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers

www.crag.org

--

Meriel L. Darzen

Senior Staff Attorney

12/4/25, 2:03 PM                          Crag Law Center Mail - Klamath Forest Alliance v. Jones (E.D. Cal.)

Case 2:25-cv-03424-DMC     Document 19-3     Filed 12/05/25     Page 12 of 12

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers


www.crag.org



--

Meriel L. Darzen

Senior Staff Attorney

Crag Law Center

3141 E Burnside Street

Portland, Oregon 97214

(503) 525-2725

meriel@crag.org

Pronouns: she/hers


www.crag.org


--
Meriel L. Darzen
Senior Staff Attorney
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
(503) 525-2725
meriel@crag.org
Pronouns: she/hers

www.crag.org