IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al., | No. 2:25-cv-3424-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| TARA JONES, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The matter is set for an initial status/scheduling conference before the undersigned on February 25, 2026, at 10:00 a.m., via Zoom. On or before February 18, 2026, the parties shall meet and confer and file with the Court a <u>joint</u> scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: January 12, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1