**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al., | No.  2:25-cv-3424-DMC |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| TARA JONES, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action for judicial review under the Administrative Procedures Act.  Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment.  See 28 U.S.C. § 636(c).  An initial status/scheduling conference was held in this matter on February 25, 2026, at 10:00 a.m., before the undersigned via Zoom.  Meriel Darzen, Esq., and Kelsey Dunn, Esq., appeared for Plaintiffs.  Alison Finnegan, Esq., and Erika Norman, Esq., appeared for Defendants.

Upon consideration of the status report on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

1

1. No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

2. Jurisdiction and venue are not contested.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(i), the parties are exempt from the requirement of exchanging initial disclosures.

4. The following deadlines are set regarding submission of the administrative record:

   a. Defendants shall provide Plaintiffs a draft index to the administrative record on or before **March 20, 2026**.

   b. The parties shall meet and confer informally regarding the contents of the administrative record on or before **March 31, 2026**.

   c. Defendants shall lodge and serve the administrative record on or before **March 31, 2026**. The requirement under Eastern District of California Local Rule 138(b) to lodge a paper copy of the administrative record is waived.

5. The following deadlines are set regarding completion, supplementation, or other modification to the administrative record:

   a. Plaintiffs shall identify to Defendants, in writing, any issues with the administrative record which may require completion, supplementation, or other modification on or before **April 7, 2026**.

   b. Defendants shall respond, in writing, to any issues identified by Plaintiffs on or before **April 21, 2026**.

   c. Plaintiffs shall file any motion to complete, supplement, or otherwise modify the administrative record on or before **April 28, 2026**. Such motion shall not exceed 15 pages, excluding the caption, table of contents and authorities, and signature block.

   d. If such a motion is filed, Defendants' opposition is due on or before **May 19, 2026**. Such opposition shall not exceed 15 pages, excluding the caption, table of contents and authorities, and signature block.

   e. Plaintiffs' reply is due on or before **June 2, 2026**. Such reply shall not exceed 10 pages, excluding the caption, table of contents and authorities, and signature block.

/ / /

/ / /

2

If Plaintiffs file a motion regarding completion, supplementation, or other modification of the administrative record, the matter will stand submitted without a hearing upon completion of briefing unless otherwise ordered by the Court.  The deadlines below regarding cross-motions for summary judgment will be vacated upon the filing of a motion regarding the administrative record.

6.   If no motion regarding the administrative record is filed, the following deadlines are set regarding cross-motions for summary judgment:

a.   Plaintiffs motion for summary judgment shall be filed on or before **April 28, 2026**.  Such motion shall not exceed 35 pages, excluding the caption, table of contents and authorities, and signature block.

b.   Defendants combined opposition and cross-motion for summary judgment shall be filed on or before **May 27, 2026**. The combined opposition and cross-motion shall not exceed 70 pages, excluding the caption, table of contents and authorities, and signature block (35 pages for the opposition; 35 pages for the cross-motion).

c.   Plaintiffs' combined opposition and reply shall be filed on or before **June 17, 2026**. The combined opposition and reply shall not exceed 55 pages, excluding the caption, table of contents and authorities, and signature block (35 pages for the opposition; 20 pages for the reply).

d.   Defendants' reply shall be filed on or before **July 8, 2026**. The reply shall not exceed 20 pages, excluding the caption, table of contents and authorities, and signature block.

Cross-motions for summary judgment will stand submitted without a hearing upon completion of briefing unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:  March 4, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3