Meriel L. Darzen (OR Bar No. 113645)
(503) 525-2725 | meriel@crag.org
Oliver J. H. Stiefel (OR Bar No. 135436)
(503) 227-2212 | oliver@crag.org
Kelsey Y. Dunn (OR Bar No. 244709)
(503) 234-0788 | kelsey@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, OR 97214
LEAD COUNSEL
*Applicants Pro Hac Vice*

Thomas E. Wheeler (CA Bar No. 304191)
(707) 446-9027 | tom@wildcalifornia.org
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G. Street, Suite A
Arcata, CA 95521
LOCAL COUNSEL

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLAMATH FOREST ALLIANCE**, a California non-profit corporation, **CONSERVATION CONGRESS**, a California non-profit corporation, **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, a California non-profit corporation, and **SAFE ALTERNATIVES FOR OUR FOREST ENVIRONMENT**, a California non-profit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **TARA JONES**, in her official capacity as District Ranger of the Weaverville Ranger District, **RACHEL BIRKEY**, in her official capacity as Forest Supervisor of the Shasta-Trinity National Forest, **JACQUELINE BUCHANAN**, in her official capacity as Acting Regional Forester of the Pacific Southwest Region, **TOM SCHULTZ**, in his official capacity as Chief of the U.S. Forest Service, and the **UNITED STATES FOREST SERVICE**, <br><br> Defendants. | No.  2:25–cv–03424–DMC <br><br> **ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER** |

This matter is before the Court on the parties' stipulated motion to modify case scheduling order, ECF No. 38, which is hereby approved and granted.

The case scheduling order of March 5, 2026, ECF No. 35, is hereby modified as follows:

a. The deadline for adding any documents to the administrative record is **May 27, 2026**.

b. Plaintiffs' motion for summary judgment shall be filed on or before **April 28, 2026**. Such motion shall not exceed 35 pages, excluding the caption, table of contents and authorities, and signature block.

c. Defendants' combined opposition and cross-motion for summary judgment shall be filed on or before **May 27, 2026**. The combined opposition and cross-motion shall not exceed 35 pages, excluding the caption, table of contents and authorities, and signature block.

d. Plaintiffs' combined opposition and reply shall be filed on or before **June 17, 2026**. The combined opposition and reply shall not exceed 35 pages, excluding the caption, table of contents and authorities, and signature block. By that same day, Plaintiffs shall file any motion to complete, supplement or otherwise modify the administrative record. Such motion shall not exceed 15 pages, excluding the caption, table of contents and authorities, and signature block.

e. Defendants' reply shall be filed on or before **July 8, 2026**. The reply shall not exceed 20 pages, excluding the caption, table of contents and authorities, and signature block. By that same day, Defendants shall file any opposition to any motion to complete, supplement or otherwise modify the administrative record. Such opposition shall not exceed 15 pages, excluding the caption, table of contents and authorities, and signature block.

f. Plaintiffs shall file any reply to any motion to complete, supplement or otherwise modify the administrative record on or before **July 22, 2026**. Such reply shall not exceed 10 pages, excluding the caption, table of contents and authorities, and signature block.

///

///

///

///

g.    All other provisions of the scheduling order remain unchanged.

IT IS SO ORDERED.

Dated:  April 20, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Order - 2

*Crag Law Center*
*3141 E Burnside St.*
*Portland, OR 97214*
*Tel. 503-227-2212*