**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH FOREST ALLIANCE, et al., Plaintiffs, v. TARA JONES, et al., Defendants. | No. 2:25-cv-3424-ICD<br><br>ORDER |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court are Plaintiffs' request for a status conference, ECF No. 52, and Plaintiffs' request for remote appearance, ECF No. 53. Good cause appearing, Plaintiffs' requests are granted and this matter is set for a status conference before the undersigned on September 30, 2026, at 10:00 a.m., via Zoom. The Court will provide the parties with connection information separately.

IT IS SO ORDERED.

Dated: September 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE